## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 15, 2018 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA V. PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Levin-Epstein |
| **NEXT CONFERENCE(S):** | **JUNE 12, 2018 AT 2:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:13 - 10:16 |

### RULINGS FROM INITIAL HEARING:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 3/16/18;

Deadline for motions to join new parties or amend pleadings - 3/30/18;

First requests for production of documents and interrogatories due by - 4/13/18;

Completion of Phase I discovery - 5/16/18;

All fact discovery to be completed by 12/15/18;

Final date to take first step in dispositive motion practice - 1/15/19.

At the request of the parties, the case will be referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8.  Mediation shall be completed by May 31, 2018.  If the case does not settle during the mediation process, the Court will hold an in-person status conference on June 12, 2018 at 2:00 p.m.