## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | August 28, 2018 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA V. PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 12:37 - 12:41 |

**RULINGS FROM STATUS CONFERENCE:**

Parties report that mediation has been unsuccessful so far, but that additional disco very may allow the parties to have more productive mediation sessions in the future.  Accordingly, parties will continue with the discovery deadlines previously set by the Court and the deadline for completion of mediation is extended to November 30, 2018.  Parties shall file a joint status report by December 14, 2018.