# LEVIN-EPSTEIN & ASSOCIATES, P.C.

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792-0046 • F: 212.561.7108
E: Joshua@levinepstein.com

February 15, 2019

*Via Electronic Filing*
The Honorable Magistrate Judge Steven Tiscione
U.S. District Court Eastern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Chincha v. Patel*
       **Case No.: 1:17-cv-06127-ILG-ST**

Dear Honorable Judge Tiscione:

  This law firm represents Defendant Manojkumar Patel in the above-referenced action.

  Pursuant to Your Honor's Individual Motion Practices, this letter respectfully serves to supersede the February 15, 2019 letter motion for Extension of Time to Complete Discovery [Dckt. No. 17] (the "Letter Motion").

  The Letter Motion contained an inadvertent typographical error. Neither request for the extension of time for the parties' time to file a status report; nor the time to begin dispositive motion practice are being made jointly with Plaintiff's counsel. Plaintiff's counsel declined to consent on the basis that Defendant's requests are against Plaintiff's interests.

  Thank you, in advance, for your time and attention.

             Respectfully submitted,

             LEVIN-EPSTEIN & ASSOCIATES, P.C.

             By: /s/ Joshua D. Levin-Epstein
                Joshua Levin-Epstein
                1 Penn Plaza, Suite 2527
                New York, New York 10119
                Tel.: (212) 792-0046
                Email: joshua@levinepstein.com
                *Attorneys for Defendant*

Cc:

Plaintiff's counsel (via ECF)