## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 26, 2019 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA -V- PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Levin-Epstein |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 10:13 - 10:19 |

### RULINGS FROM DISCOVERY CONFERENCE:

Defendant's Motion for Extension of Time to Complete Discovery [17] is granted. The deadline for completion of discovery is extended to April 26, 2019 and the deadline for beginning dispositive motion practice is extended to May 27, 2019.