## CIVI MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 1, 2019 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA V. PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 10:43 - 11:32 |

**RULINGS FROM MOTION HEARING:**

For the reasons discussed on the record, Plaintiff's Motion to Compel [22] is granted.  Defendants will produce financial records, tax records, contact information for potential witnesses identified by the parties and copies of rental checks or money orders for the period between 2015 and 2017 by May 3, 2019.  The deadline for completion of discovery is extended to August 2, 2019.  The deadline for beginning dispositive motion practice is extended to September 2, 2019.  Parties will advise the Court when a settlement conference would be productive.