## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | August 29, 2109 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA -V- PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | **DECEMBER 4, 2019 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:54 - 11:04 |

**RULINGS FROM MOTION HEARING:**

For the reasons discussed on the record, the Motion for Extension of Time to Complete Discovery [35] is granted.  Deadline for completion of discovery is extended to November 21, 2019; and the deadline for beginning dispositive motion practice is extended to December 20, 2019.  The Court will hold a settlement conference on December 4, 2019 at 11:00 a.m.  Ex parte settlement statements shall be filed by December 2, 2019.