# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792-0046 • F: 212.561.7108
E: Joshua@levinepstein.com

November 26, 2019

*Via Electronic Filing*
The Honorable Magistrate Judge Steven Tiscione
U.S. District Court Eastern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Chincha v. Patel*
            **Case No.: 1:17-cv-06127-ILG-ST**

Dear Honorable Judge Tiscione:

      This law firm represents Defendant Manojkumar Patel (the "Defendant") in the above-referenced action. This letter is submitted on consent of Plaintiff.

      Pursuant to Rule I(D) of Your Honor's Individual Motion Practices, this letter respectfully serves as a request to adjourn the in-person hearing scheduled for Monday, December 2, 2019 at 10:30 a.m., to Wednesday, December 4, 2019 at 11:00 a.m.

      This is the first request for adjournments of the in-person hearing. The requested adjournment would not affect any other scheduled dates.

      The basis for the request is that the undersigned will be traveling out-of-state on the date of the December 2, 2019 hearing. By way of background, Your Honor scheduled a Settlement Conference on Wednesday 4, 2019 at 11:00 a.m. [*See* Dckt. No. 38]. The parties will be prepared to address all outstanding issues on the date of the Settlement Conference.

      Thus, Defendant respectfully requests that the in-person hearing scheduled for Monday, December 2, 2019 at 10:30 a.m. be adjourned to Wednesday, December 4, 2019 at 11:00 a.m.

      Thank you, in advance, for your time and attention.

                              Respectfully submitted,

                              LEVIN-EPSTEIN & ASSOCIATES, P.C.

                              By: */s/ Jason Mizrahi*
                              Jason Mizrahi
                              1 Penn Plaza, Suite 2527
                              New York, New York 10119
                              Tel.: (212) 792-0046
                              Email: Jason@levinepstein.com
                              *Attorneys for Defendant*

Cc: All Parties via ECF