**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | December 12, 2019 |
| TIME: | 10:30 |
| DOCKET NUMBER(S): | CV-17-6127 (ILG) |
| NAME OF CASE(S): | Chincha v. Patel |
| FOR PLAINTIFF(S): | Leon |
| FOR DEFENDANT(S): | Mizrahi |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | FTR (1:36 - 1:41, 2:48 - 2:50) |

RULINGS FROM Settlement Conference:

Settlement discussions were held but the parties were unable to reach a disposition at this time. The consent MOTION for Extension of Time to Complete Discovery [39] is granted. The deadline for completion of discovery is extended to March 20, 2020 and the deadline for beginning dispositive motion practice is April 20, 2020.