## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 10, 2020 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA V. PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:39 - 11:00 |

### RULINGS FROM TELEPHONE CONFERENCE:

For the reasons discussed on the record, Defendant's MOTION for Extension of Time to Complete Discovery [47] is granted in part and denied in part. The deadline for completion of all discovery is extended to March 31, 2020. NO FURTHER DISCOVERY EXTENSIONS WILL BE PERMITTED. The deadline for beginning dispositive motion practice remains April 20, 2020.