## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 27, 2020 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA V. PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 10:32 - 10:57 (AT & T) |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Defendant's MOTION to Compel [50] is granted in part and denied in part. Counsel will confer and schedule any remaining depositions no later than close of business today. The deadline for beginning dispositive motion practice remains April 20, 2020. As previously stated, the Court will not entertain any further requests to adjourn this date.