

**LAW OFFICES OF WILLIAM CAFARO**

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: *ablum@cafroesq.com*

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

April 2, 2020

**__Via ECF__**
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   Chincha v. Patel
>        Case No.: 17-cv-06127-ILG-ST

Your Honor:

This firm represents the named Plaintiff Carlos Chincha in the above-referenced action. We submit this status letter to update the Court on the parties' discovery disputes in anticipation of today's 5:00 p.m. discovery telephone conference.

The parties have arrived at a compromise regarding Defendant Manojkumar Patel's deposition. As background, on March 30, 2020, Plaintiff noticed Defendant's deposition for April 9, 2020. *See* **Exhibit 1**. Defendant's counsel acknowledged receipt of the deposition notice that same day. Earlier today, for the first time Defendant's counsel stated that he would not be available on the 9th due to Passover, but proposed alternative dates for that deposition. *See* **Exhibit 2**. The parties subsequently agreed that Defendant Manojkumar will be deposed - as previously noticed - on **April 10, 2020**. *Id.*

This means that the only issue that remains is the scheduling of Plaintiff's deposition, which is the subject matter of our motion for a protective order and which we will discuss during our phone conference later today. We thank the Court for its attention to this matter.

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO
_____/s/_____
Louis M. Leon (LL 2057)

To: All Counsel *via* ECF