# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 2, 2020 |
| **TIME:** | 5:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA -V- PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 5:00 - 5:24 (AT & T) |

## RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Plaintiff's first Motion for Protective Order [54] is GRANTED. Plaintiff's deposition for April 3rd is terminated. Parties will conduct Plaintiff's deposition remotely on April 23, 2020. The deadline for beginning dispositive motion practice is extended to May 8, 2020.