EXHIBIT C

# Search Results

Summary

Searched for : Mr. Leon

In document : C:\Users\JasonM\Levin-Epstein & Associates, P.C\Joshua Levin-
Epstein - Shared\Clients\Patel, Manojkumar\Chincha v. Patel [17-
cv-06127]\Discovery\Depositions\2020-0423
Deposition\305065_full.pdf

Results        : 1 document(s) with 588 instance(s)

Saved on      : 5/19/2020 8:25:12 PM


Title       : 305065
Subject     :
Author      : PID: 5649 Computer: JTL5ND2 User: azampella
Keywords    :

Page:  4

---

· · · **MR. LEON**· · · · · · · ·

Page:  5

---

· · · **MR. LEON:**· Louis Leon, Plaintiff"s 25· ·counsel, consent

Page:  7

---

· · · **MR. LEON:**· Jason, like I said U.S. LEGAL SUPPORT

Page:  8

---

· · · **MR. LEON:**· Jason, we"re going to ·9· ·

Page:  9

---

· · · **MR. LEON:**· I"m going to make my ·5·

Page:  11

---

· · · **MR. LEON:**· Madam Translator, could ·4· ·you

· · · **MR. LEON:**· I actually ask that you 12· ·

Page:  13

**MR. LEON:**· So we"re going to wait or ·6

**MR. LEON:**· Okay.· (Speaking ·9· ·

·BY **MR. LEON:** 12· · · ·Q.· ·

·· **MR. LEON:**· Objection to the form of 23· ·

---

Page:· 14

---

· · · **MR. LEON:**· I would also ask, Madam ·2·

· · · **MR. LEON:**· Definitely. ·9· · · · ·

· · · **MR. LEON:**· Thank you. 12· · · · ·

· · · **MR. LEON:**· Objection to that 15· · · ·

· · · **MR. LEON:**· Objection.· Just -- the U.S. LEGAL

---

Page:· 15

---

· · · **MR. LEON:**· Objection, asked and ·9· · ·

· · · **MR. LEON:**· Well -- I"m sorry.· I"m 16·

---

Page:· 16

---

· · · **MR. LEON:**· Jason, if I want to ·5·

· · · **MR. LEON:**· Okay.· Madam Translator, 16 ·I"m

---

Page:· 17

---

· · · **MR. LEON:**· Objection, asked and 12· · · ·

· · · **MR. LEON:**· Objection, asked and 18· · · ·

· · · **MR. LEON:**· Are you withdrawing the 22· · ·

· · · **MR. LEON:**· Jason.· Jason.· Are you 25·

---

Page:· 18

---

· · · **MR. LEON:**· Objection, compound ·5· · · ·

· · · **MR. LEON:**· Objection.· Objection. ·9· · ·

· · · **MR. LEON:**· Okay.· Objection, asked 15· · ·

· · · **MR. LEON:**· Objection.· Objection. 24· · · ·

---

Page:· 19

---

· · · **MR. LEON:**· And you can star it and I 15

---

Page:· 20

---

· · · **MR. LEON:**· Madam Court Reporter, can ·7· ·

· · · **MR. LEON:**· Okay.· Objection.· Jason, 14· ·

---

Page:  21

**MR. LEON:**· Wait for a question, 10· · ·

**MR. LEON:**· Objection.· I am 14· · ·

**MR. LEON:**· I"m sorry.· I"m going to 25·

Page:  22

**MR. LEON:**· I"m sorry, I"m sorry. 21· ·Are

**MR. LEON:**· I'm confused by your U.S. LEGAL SUPPORT

Page:  23

**MR. LEON:**· As you do that, Shirley, 18· ·

Page:  24

**MR. LEON:**· Jason, you can threaten ·2· ·

**MR. LEON:**· Shirley, as you"re doing 18· ·that,

Page:  25

**MR. LEON:**· And that"s why I made the ·7

**MR. LEON:**· Wait, Jason.· Wait, 23· ·Jason.

Page:  26

**MR. LEON:**· Jason, I"m not talking to ·3·

Page:  27

**MR. LEON:**· Objection to the form. 18· · ·

**MR. LEON:**· Objection, asked and 25· · · ·

Page:  28

**MR. LEON:**· I"m just instructing ·6· · ·

**MR. LEON:**· Jason.· Jason.· Right now 11·

**MR. LEON:**· Objection to the form of U.S. LEGAL

Page:  29

**MR. LEON:**· I -- I"m sorry.· I would 12

Page:  30

**MR. LEON:**· Objection.· Do not ·3· · ·

**MR. LEON:**· Now that you ask, I"ll 11· ·

Page:  31

**MR. LEON:** Sure. ·8· · · · ·

**MR. LEON:** Objection.· You may 13· · ·

**MR. LEON:** Objection to the form of 18· ·

---

Page:· 32

**MR. LEON:** Ooh.· Objection.· Do not ·2

**MR. LEON:** Objection to form, but ·8· ·

**MR. LEON:** So, in case you paused 15· ·

---

Page:· 33

**MR. LEON:** Objection.· Respond to 13· · ·

**MR. LEON:** Objection, relevance. 23· · · · ·

---

Page:· 34

**MR. LEON:** Objection, relevance. ·3· · · ·

**MR. LEON:** Objection.· You may ·9· ·

**MR. LEON:** Objection, relevance. 13· · · · ·

**MR. LEON:** I"m not sure that"s what 16· ·

**MR. LEON:** Jason, I wasn"t coaching, 24· · ·

---

Page:· 35

**MR. LEON:** Thank you. ·5· · · ·

**MR. LEON:** Jason, I don"t know what ·8

**MR. LEON:** Where did you learn that? 20· ·

**MR. LEON:** Did you learn that at the 23·

---

Page:· 36

**MR. LEON:** No.· Jason, please don"t 24· ·

---

Page:· 37

**MR. LEON:** Objection, relevance. ·6· · · ·

**MR. LEON:** Jason, that"s not how 18· · ·

**MR. LEON:** I absolutely have the U.S. LEGAL SUPPORT

---

Page:· 38

**MR. LEON:** Same objection. 13· · · · ·

**MR. LEON:** Objection as to 18· · · ·

**MR. LEON:** No, no, no.· Jason. 25· ·

Page:· 39

· · ·**MR. LEON:**· Okay.· This is, in fact, 16·

Page:· 40

· · ·**MR. LEON:**· Objection to the form of ·2·

· · ·**MR. LEON:**· Okay.· Great. ·6· · ·

Page:· 42

· · ·**MR. LEON:**· Your Honor, can I quickly 14· ·

· · ·**MR. LEON:**· I apologize to Your Honor 17· ·

Page:· 48

· ·out that **Mr. Leon** is making improper U.S. LEGAL SUPPORT (877)

Page:· 50

· · ·**MR. LEON:**· Your Honor, I"m sorry to ·7·

· · ·**MR. LEON:**· No.· Your Honor, there"s 14· ·

Page:· 53

· · ·**MR. LEON:**· Your Honor, this is -- ·4·

· · ·**MR. LEON:**· Your Honor, this is ·8· ·

Page:· 54

· · ·**MR. LEON:**· We"re not coaching, 19· ·Your Honor.

Page:· 55

· · ·**MR. LEON:**· Your Honor, could I just 24· ·

Page:· 56

· · ·**MR. LEON:**· Sure. 24· · · ·(Recess

Page:· 57

· · ·**MR. LEON:**· Just for the record, ·2· ·

· · ·**MR. LEON:**· Objection to the form of ·7·

· · ·**MR. LEON:**· Objection to the form of 12· ·

· · ·**MR. LEON:**· Objection to the form of 22· ·

Page:· 58

· · ·**MR. LEON:**· Objection to the form of ·5·

· · ·**MR. LEON:**· Objection.· Objection. 11· · · ·

**MR. LEON:** Objection to the form of 17

**MR. LEON:** Objection to the form of 23

---

Page:  59

---

**MR. LEON:** Objection to the form of ·4·

**MR. LEON:** Objection -- no.· I"m ·8·

**MR. LEON:** Electrical, not 16· · · · ·

**MR. LEON:** Objection to the form of 24· ·

---

Page:  60

---

**MR. LEON:** Objection to the form of ·4·

**MR. LEON:** Objection to the form of 16· ·

**MR. LEON:** Objection to the form of 20· ·

**MR. LEON:** Objection to the form of 25· ·

---

Page:  61

---

**MR. LEON:** Objection to the form of ·6·

**MR. LEON:** Objection.· Assumes 11· · · ·

**MR. LEON:** Objection to the form of 18· ·

**MR. LEON:** Objection.· You may 24· ·

---

Page:  62

---

**MR. LEON:** Yes, Jason.· Thank you ·6·

**MR. LEON:** Objection.· Asked and 15· ·

**MR. LEON:** Objection to the form of 24· ·

---

Page:  63

---

**MR. LEON:** Objection to the form of ·4·

**MR. LEON:** Objection to the form of ·9·

**MR. LEON:** Objection to the form of 15· ·

**MR. LEON:** Objection.· Please wait 22· ·

---

Page:  64

---

**MR. LEON:** Objection to the form of ·4·

**MR. LEON:** Objection, relevance. ·9· · · ·

**MR. LEON:** Objection to the form of 13· ·

**MR. LEON:** Objection, relevance. 18· · · · ·

**MR. LEON:** Objection to the form of 22· ·

Page:  65

- **MR. LEON:·** Objection to the form of ·2·
- **MR. LEON:·** Objection to the form of ·7·
- **MR. LEON:·** Objection.· I"m directing 13· · ·
- **MR. LEON:·** The reason is that, in 21· ·

Page:  66

- **MR. LEON:·** No, Jason, not right now 20· ·

Page:  67

- **MR. LEON:·** Objection.· Do not ·5· ·
- **MR. LEON:·** Objection.· Do not 15· · ·

Page:  68

- **MR. LEON:·** Objection to the form of 18· ·
- **MR. LEON:·** Objection.· Objection. 24· · · ·

Page:  69

- **MR. LEON:·** Oh.· And -- no, no.· And
- **MR. LEON:·** Same objection.· Do not 16· ·
- **MR. LEON:·** Ooh.· Objection.· Unless 22· ·

Page:  70

- **MR. LEON:·** Carlos, I"m directing you 12· · ·
- **MR. LEON:·** Objection to the form of 20· ·
- **MR. LEON:·** Objection to the form of U.S. LEGAL

Page:  71

- **MR. LEON:·** Objection to the form of 11· ·
- **MR. LEON:·** Objection to the form of 16· ·
- **MR. LEON:·** Objection to the form of 23· ·

Page:  72

- **MR. LEON:·** Jeez, it"s like you don"t ·3·
- **MR. LEON:·** Objection to the form of 15· ·
- **MR. LEON:·** Objection to the form of 20· ·
- **MR. LEON:·** Objection to the form of 25· ·

Page:  73

**MR. LEON:** Objection to the form of ·4·

**MR. LEON:** You may respond. ·9· · ·

**MR. LEON:** Objection to the form of 18· ·

**MR. LEON:** Objection to the form of 22· ·

---

Page:  74

---

**MR. LEON:** Objection to the form of ·2·

**MR. LEON:** Objection to the form of ·7·

**MR. LEON:** Objection to the form of 16· ·

**MR. LEON:** Objection to the form of 20· ·

**MR. LEON:** You may respond. U.S. LEGAL SUPPORT (

---

Page:  75

---

**MR. LEON:** You may respond. ·9· · ·

**MR. LEON:** I"m sorry.· I just want 12·

---

Page:  76

---

**MR. LEON:** Madam Court Reporter, ·9· · ·

**MR. LEON:** Objection to the form of 12· ·

**MR. LEON:** Objection to the form of 18· ·

**MR. LEON:** Objection to the form of U.S. LEGAL

---

Page:  77

---

**MR. LEON:** Objection, asked and ·7· · ·

**MR. LEON:** You may respond. 13· · · ·

**MR. LEON:** Objection to the form of 16· ·

**MR. LEON:** Objection to the form of 22· ·

---

Page:  78

---

**MR. LEON:** Objection to the form of ·3·

**MR. LEON:** Same objection to this ·7· ·

**MR. LEON:** Objection to the form of 14· ·

**MR. LEON:** Objection to the form of 20· ·

**MR. LEON:** Objection to the form of 25· ·

---

Page:  79

---

**MR. LEON:** Objection to the form of ·6·

· · · **MR. LEON:** · Objection to the form of 11· · ·

· · · **MR. LEON:** · Objection to the form of 18· · ·

---

Page:  80

· · · **MR. LEON:** · Objection to the form of ·2·

· · · **MR. LEON:** · Objection, asked and 11· · · ·

· · · **MR. LEON:** · Objection to the form of 18· · ·

· · · **MR. LEON:** · Objection to the form of 25· ·

---

Page:  81

· · · **MR. LEON:** · Objection to the form of ·6·

· · · **MR. LEON:** · Objection to the form of 11· ·

· · · **MR. LEON:** · Objection to the form of 16· ·

· · · **MR. LEON:** · Objection to the form of 22· ·

---

Page:  82

· · · **MR. LEON:** · Objection, asked and ·2· · ·

· · · **MR. LEON:** · Objection to the form of ·9·

· · · **MR. LEON:** · Objection, asked and 15· · · ·

· · · **MR. LEON:** · Objection to the form of 24· ·

---

Page:  83

· · · **MR. LEON:** · You may respond. ·5· · ·

· · · **MR. LEON:** · Objection to the form of ·9·

· · · **MR. LEON:** · Objection to the form of 14· ·

· · · **MR. LEON:** · Objection to the form of 20· ·

· · · **MR. LEON:** · Objection to the form of U.S. LEGAL

---

Page:  84

· · · **MR. LEON:** · Objection to the form of ·7·

· · · **MR. LEON:** · Objection to the form of 16· ·

· · · **MR. LEON:** · Before you go on, it"s 20· ·

· · · **MR. LEON:** · Yeah, since it"s 1:16. U.S. LEGAL

---

Page:  85

· · · **MR. LEON:** · I"d like to state just 11· ·

---

Page:  86

**MR. LEON:** Objection, asked and ·9· · · ·

**MR. LEON:** Objection to the form of 16· · ·

**MR. LEON:** Objection to the form of U.S. LEGAL

---

Page:  87

---

**MR. LEON:** Objection to the form of 10· · ·

**MR. LEON:** Objection to the form of 19· · ·

---

Page:  88

---

**MR. LEON:** Objection to the form of ·4·

**MR. LEON:** Objection, asked and 13· · · ·

**MR. LEON:** Objection to the form of 19· · ·

**MR. LEON:** Objection to the form of U.S. LEGAL

---

Page:  89

---

**MR. LEON:** Objection to the form of 10· · ·

**MR. LEON:** Objection to the form of 18· · ·

---

Page:  90

---

**MR. LEON:** Objection to the form of ·2·

**MR. LEON:** Objection to the form of 10· · ·

**MR. LEON:** Objection to the form of 16· · ·

**MR. LEON:** Objection to the form of 22· · ·

---

Page:  91

---

**MR. LEON:** Objection to the form of ·8·

**MR. LEON:** Objection to the form of 16· · ·

**MR. LEON:** Objection to the form of 25· · ·

---

Page:  92

---

**MR. LEON:** Objection to the form of 11· · ·

**MR. LEON:** Objection to the form, to 18· · ·

---

Page:  93

---

**MR. LEON:** Objection to the form of ·3·

**MR. LEON:** Jason.· Jason.· Calm 10· · ·

**MR. LEON:** Jason, let"s continue -- 20· · ·

---

Page:  94

---

**MR. LEON:·** Okay.· Because, I just ·9·

**MR. LEON:·** Okay.· Madam Court 19·  ·Reporter

---

Page:  95

---

**MR. LEON:·** Objection to the form of 18·  ·

**MR. LEON:·** Can you translate that, U.S. LEGAL SUPPORT

---

Page:  96

---

**MR. LEON:·** "The gentleman is ·5·  ·

**MR. LEON:·** Sorry.· I"m going to take 21·

**MR. LEON:·** Jason, Jason, I"m going U.S. LEGAL SUPPORT

---

Page:  97

---

**MR. LEON:·** No, there actually isn"t ·5·  ·

**MR. LEON:·** No, no.· There actually ·8·

**MR. LEON:·** Okay.· How about this. 18·  ·

---

Page:  98

---

**MR. LEON:·** That"s it.· There"s no ·9·

**MR. LEON:·** And please, if there"s a 14·  ·

---

Page:  99

---

**MR. LEON:·** I"m objecting in advance, ·4·  ·

**MR. LEON:·** Are we reading the answer 12·  ·

**MR. LEON:·** Im sorry? 20·  ·  ·  · MR.

**MR. LEON:·** No.· I"d rather finish 23·  ·

---

Page:  100

---

**MR. LEON:·** The very last question. 10·  ·  ·

**MR. LEON:·** So, you"re withdrawing 13·  ·the question?

---

Page:  101

---

**MR. LEON:·** Okay.· So then, let the ·2

**MR. LEON:·** Are you going to ask the 14·

**MR. LEON:·** Okay.· We"re taking a U.S. LEGAL

---

Page:  102

---

**MR. LEON:·** No, I"m sorry.· I"m ·7·

**MR. LEON:·** No, no.· Jason, you"re 11·  ·

Page:  103

· · · **MR. LEON:**· Okay.· I want this to be ·

Page:  104

· · · **MR. LEON:**· No.· You don"t get to do ·

· · · **MR. LEON:**· No, no. 12· · · ·MR.

· · · **MR. LEON:**· No, no.· So, you admit 15·

· · · **MR. LEON:**· Have you admitted -- do 20· ·

Page:  106

· · · **MR. LEON:**· We"re off the record? ·6· ·

· · · **MR. LEON:**· Oh, okay.· So, 10· ·Mr.

· · · **MR. LEON:**· I"m listening. 22· · · ·MR.

Page:  107

· · · **MR. LEON:**· I"m going to say this and 10·

· · · **MR. LEON:**· I"d say -- let"s do ten U.S.

Page:  108

· · · **MR. LEON:**· No, no, no.· I"m sorry. ·6

· · · **MR. LEON:**· Mr. Mizrahi, as I just 20· ·

Page:  110

· · · **MR. LEON:**· I"m sorry.· What was ·9·

· · · **MR. LEON:**· Oh.· Okay.· And obviously 13·

· · · **MR. LEON:**· Yeah.· So, I"m going to 16·

Page:  111

· · · **MR. LEON:**· Hi.· My name is Louis ·4

· · · **MR. LEON:**· Sure.· I can give you my 22

· · · **MR. LEON:**· Yes, I do.U.S. LEGAL SUPPORT (

Page:  112

· · · **MR. LEON:**· Yes. ·4· · · ·UNIDENTIFIED

· · · **MR. LEON:**· Madam Court Reporter, I ·7· ·

· · · **MR. LEON:**· Well, Jason, I"m glad 17· ·that

· · · **MR. LEON:**· No, no.· Jason, Jason, 23· ·

Page:  113

· · · **MR. LEON:**· Great, Jason.· Then you 14· ·

· · · **MR. LEON:**· Okay.· Jason, I'm not 19· ·

Page:  114

· · · **MR. LEON:**· No, no, Jason.· You 15· ·

· · · **MR. LEON:**· Hello. CarlosChincha April 23, 2020 U.S. LEGAL

Page:  115

· · · **MR. LEON:**· Hello, Justice Tiscione. ·3· ·This

Page:  119

· · · **MR. LEON:**· That"s on the record. 21· ·Let"s

Page:  120

· MR. MIZRAHI:· **Mr. Leon** had requested ·3· ·that I give

· · · **MR. LEON:**· No. 12· · · MR. MIZRAHI:

· · · **MR. LEON:**· Your Honor, I could have U.S. LEGAL

Page:  122

· · · **MR. LEON:**· That"s now.· That"s now. 10· ·

· · · **MR. LEON:**· Oh, I"ll explain it, 21· ·Your

Page:  125

· · · **MR. LEON:**· Yes, Your Honor.· Could I 18·

Page:  126

· of the deposition **Mr. Leon** has 21· ·been instructing and improperly guiding

· · · **MR. LEON:**· He hasn"t given one 24· ·example

Page:  127

· · · **MR. LEON:**· You made the first phone ·4·

· · · **MR. LEON:**· Your Honor, we have 20· ·not

Page:  128

· No.· **Mr. Leon** should ·6· ·not put Your Honor

· · · **MR. LEON:**· Thank you, Your Honor. 20· · ·

· · · **MR. LEON:**· Okay.· So, on the record, 22·

Page:  129

· · · **MR. LEON:**· So, just to confirm, the ·8·

**MR. LEON:**· Objection to the form of 19· ·

**MR. LEON:**· Objection.· That"s not a U.S. LEGAL

Page:  130

**MR. LEON:**· Objection to the form of ·6·

**MR. LEON:**· Objection to the form and 15· ·

Page:  131

**MR. LEON:**· Can I just confirm, ·5· ·

**MR. LEON:**· I"m sorry.· What"s the 11· ·

**MR. LEON:**· I"d just like to clarify 20· ·

Page:  132

**MR. LEON:**· Go ahead.· You can call ·8

**MR. LEON:**· And just to be clear, 22· ·

Page:  133

**MR. LEON:**· Objection, asked and 11· · · ·

**MR. LEON:**· Objection.· You may 21· · ·

Page:  134

**MR. LEON:**· Objection to the form of ·5·

**MR. LEON:**· Objection, asked and 13· · · ·

Page:  135

**MR. LEON:**· Objection to the form of ·4·

**MR. LEON:**· Objection, calls for 10· · · ·

**MR. LEON:**· Objection to the form of 17· ·

Page:  136

**MR. LEON:**· Objection to the form of 17· ·

**MR. LEON:**· Objection to the form of 22· ·

Page:  137

**MR. LEON:**· Which building? ·4· · · ·

**MR. LEON:**· Objection to the form of 15· ·

**MR. LEON:**· Objection to the form of 21· ·

**MR. LEON:**· Objection to the form of U.S. LEGAL

Page:  138

**MR. LEON:** Objection to that unclear 10· · ·

**MR. LEON:** Same objection to form. 14· · ·

**MR. LEON:** Objection to the form of 19· ·

**MR. LEON:** Objection to the form. 25· ·

Page:  139

**MR. LEON:** You may respond. ·7· · ·

**MR. LEON:** Objection to the form of 12· ·

**MR. LEON:** Objection to the form of 17· ·

Page:  140

**MR. LEON:** Objection to the form of ·3·

**MR. LEON:** You may respond. 20· · ·

**MR. LEON:** Objection to the form of 24· ·

Page:  141

**MR. LEON:** Objection to the form of ·6·

**MR. LEON:** Respond again to his 11· · ·

**MR. LEON:** Objection to the form of 22· ·

Page:  142

**MR. LEON:** Objection to the form of ·3·

**MR. LEON:** Objection to the form of 15· ·

**MR. LEON:** Objection to the form of 24· ·

Page:  143

**MR. LEON:** Objection to the form of 14· ·

**MR. LEON:** Yes. 17· · · · · ·

**MR. LEON:** Objection to the extent 22· · ·

Page:  144

**MR. LEON:** Objection to the form of ·6·

**MR. LEON:** Objection to the form of 12· ·

**MR. LEON:** Objection to the form of 17· ·

**MR. LEON:** Objection.· I just want 25· ·

Page:  145

· · · **MR. LEON:** · Yes. ·5· · · · ·

· · · **MR. LEON:** · Objection to the form of 11· ·

· · · **MR. LEON:** · Objection to the form of 18· ·

· · · **MR. LEON:** · Objection to the form of 23· ·

---

Page:· 146

---

· · · **MR. LEON:** · Objection.· Assumes facts ·8· ·

· · · **MR. LEON:** · Objection to the form of 15· ·

· · · **MR. LEON:** · Objection to the form of 20· ·

---

Page:· 147

---

· · · **MR. LEON:** · Objection, ·2· · · · ·

· · · **MR. LEON:** · Objection to the form of ·9

· · · **MR. LEON:** · Objection to the form of 15· ·

---

Page:· 148

---

· · · **MR. LEON:** · Objection to the form of ·4·

· · · **MR. LEON:** · Objection to the form of 12· ·

---

Page:· 149

---

· · · **MR. LEON:** · Objection to the form of 11· ·

· · · **MR. LEON:** · Objection. 17· · · · ·Mischaracterizing

· · · **MR. LEON:** · Objection to the form of 25· ·

---

Page:· 151

---

· · · **MR. LEON:** · Jason, I"m looking at ·4· ·

· · · **MR. LEON:** · No.· I mean page 2. 11·

· · · **MR. LEON:** · Yes.· But, I see no Bates 20

· · · **MR. LEON:** · Okay.· So, there"s no 24· ·

---

Page:· 152

---

· · · **MR. LEON:** · Objection.· Asked and ·9· ·

· · · **MR. LEON:** · Objection to the form. 14· · ·

· · · **MR. LEON:** · Objection to the form. 20· · ·

---

Page:· 153

---

· · · **MR. LEON:** · Just to be clear, when ·2·

· · · **MR. LEON:** · Objection to the form of 12· ·

**MR. LEON:** Objection to the form of U.S. LEGAL

Page:  154

**MR. LEON:** Objection to the form of 15· ·

**MR. LEON:** Objection to the form of 21· ·

Page:  155

**MR. LEON:** Objection to the form of ·2·

**MR. LEON:** Objection to the form of ·7·

**MR. LEON:** Same objection.· You may 13· ·

**MR. LEON:** Objection to the form of 18· ·

Page:  156

**MR. LEON:** Objection to the form of ·2·

**MR. LEON:** Objection to the form of ·7·

**MR. LEON:** Don"t answer anything. 11· · · ·

**MR. LEON:** Objection to the form of 15· ·

**MR. LEON:** Objection.· Same 20· · · ·

Page:  157

**MR. LEON:** Objection to the form of ·3·

**MR. LEON:** Objection to the form. 10· · ·

**MR. LEON:** Objection to the form of 15· ·

**MR. LEON:** Objection, asked and 21· · · ·

Page:  158

**MR. LEON:** Okay, objection.· He"s ·2· ·

**MR. LEON:** I"ve already directed my 21· · ·

Page:  159

**MR. LEON:** Objection to the form of ·2·

**MR. LEON:** Objection to the form of ·6·

**MR. LEON:** Objection to the form of 12· ·

**MR. LEON:** Same objection.· You may 18· ·

**MR. LEON:** Objection to the form of 24· ·

Page:  160

**MR. LEON:** Objection to the -- I ·8·

· · · **MR. LEON:** · Objection to the form of 20 · ·

---

Page:  161

---

· · · **MR. LEON:** · Objection to the extent ·4· ·

· · · **MR. LEON:** · Objection to form of that 15 · ·

· · · **MR. LEON:** Same objection.· You may 23 · ·

---

Page:  162

---

· · · **MR. LEON:** · Objection.· You may ·8· ·

· · · **MR. LEON:** · Objection to the form of 17 · ·

· · · **MR. LEON:** · Objection to the form of 24 · ·

---

Page:  163

---

· · · **MR. LEON:** · Objection to the form of ·5·

· · · **MR. LEON:** · Objection to the form of 10 · ·

· · · **MR. LEON:** Same objection. 17 · · · · ·

· · · **MR. LEON:** · Objection to the form of 24 · ·

---

Page:  164

---

· · · **MR. LEON:** · Objection to the form. ·7· ·

· · · **MR. LEON:** · All right.· Objection, 18 · · ·

· · · **MR. LEON:** · You may respond. 23 · · · ·

---

Page:  165

---

· · · **MR. LEON:** · Jason, I need a ·2· ·

· · · **MR. LEON:** · We did that already. 10 · · ·

· · · **MR. LEON:** · Okay.· Mr. Chincha, I"m 14 · ·

· · · **MR. LEON:** · Objection to the form of 23 · ·

---

Page:  166

---

· · · **MR. LEON:** · Objection to the form of ·6·

· · · **MR. LEON:** · Objection, asked and 13 · · · ·

· · · **MR. LEON:** · Objection to the form of 21 · ·

---

Page:  167

---

· · · **MR. LEON:** · Same objection, asked and ·3· ·

· · · **MR. LEON:** · Same objection.· You may ·8· ·

· · · **MR. LEON:** · Objection to the form of 14 · ·

· · · **MR. LEON:** Objection to the form of 19· ·

· · · **MR. LEON:** You may respond. 25· · · ·

---

Page:  168

---

· · · **MR. LEON:** Objection to the form of ·6·

· · · **MR. LEON:** Objection, asked and 12· · · ·

· · · **MR. LEON:** Objection, as that 17· · · ·

· · · **MR. LEON:** Objection to the form of 24· ·

---

Page:  169

---

· · · **MR. LEON:** Objection to the form of ·5·

· · · **MR. LEON:** Objection to the form of 13· ·

· · · **MR. LEON:** Objection to the form of 23· ·

---

Page:  170

---

· · · **MR. LEON:** Same objection as before. ·5· ·

· · · **MR. LEON:** Objection to the form of 11· ·

· · · **MR. LEON:** Objection, ambiguous. 17· · · · ·

· · · **MR. LEON:** Objection to the form of 24· ·

---

Page:  171

---

· · · **MR. LEON:** Objection to the form of ·6·

· · · **MR. LEON:** Objection, asked and 14· · · ·

· · · **MR. LEON:** Objection to the form of 20· ·

---

Page:  172

---

· · · **MR. LEON:** Objection to the form of ·6·

· · · **MR. LEON:** Objection to the form of 15· ·

---

Page:  173

---

· · · **MR. LEON:** Objection, asked and ·3· · ·

· · · **MR. LEON:** Objection, asked and ·7· · ·

· · · **MR. LEON:** Objection to the form of 15· ·

· · · **MR. LEON:** Objection, asked and 22· · · ·

---

Page:  174

---

· · · **MR. LEON:** Same objection. ·3· · · ·

· · · **MR. LEON:** Okay.· I"m sorry. ·7· · ·

---

Page:  175

· · · **MR. LEON:**· Objection to the form of ·2·

· · · **MR. LEON:**· Objection to the form of 11· ·

· · · **MR. LEON:**· Objection, asked and 17· · · ·

· · · **MR. LEON:**· Objection to the extent 25· · ·

Page:  176

· · · **MR. LEON:**· You may respond. ·6· · ·

· · · **MR. LEON:**· Objection to the extent 16· · ·

· · · **MR. LEON:**· Objection to the form of U.S. LEGAL

Page:  177

· · · **MR. LEON:**· Objection as to 14· · · ·

· · · **MR. LEON:**· Objection to the form of 19· ·

· · · **MR. LEON:**· Objection to the form of 24· ·

Page:  178

· · · **MR. LEON:**· Objection to the form of ·5·

· · · **MR. LEON:**· Objection to the form of 11· ·

· · · **MR. LEON:**· Same objection.· You may 16· ·

· · · **MR. LEON:**· Objection to the form of 21· ·

Page:  179

· · · **MR. LEON:**· Okay.· Same objection. ·2· ·

· · · **MR. LEON:**· This is the last time. 16· ·

· · · **MR. LEON:**· No, no.· I"m speaking for 20·

Page:  180

· · · **MR. LEON:**· Objection to the form of 23· ·

Page:  181

· · · **MR. LEON:**· Objection, ·4· · · · ·

· · · **MR. LEON:**· Objection to the form of 17· ·

· · · **MR. LEON:**· Objection to the extent 23· · ·

Page:  182

· · · **MR. LEON:**· Objection to the form of ·4·

· · · **MR. LEON:**· Objection to the form of 11· ·

- **MR. LEON:** Objection to the form of 18 · ·
- **MR. LEON:** Objection to the form of 24 · ·

---

Page:  183

- **MR. LEON:** Objection to the form of ·4·
- **MR. LEON:** You may respond. 11 · · · ·
- **MR. LEON:** Objection to the form of 19 · ·

---

Page:  184

- **MR. LEON:** Objection.· Objection. ·2· ·
- **MR. LEON:** And just for the record, 20· ·

---

Page:  185

- **MR. LEON:** Shirley, you can hear ·9· ·
- **MR. LEON:** Okay.· So, let"s just go 12·

---

Page:  186

- **MR. LEON:** Objection to the form of ·5·
- **MR. LEON:** Objection.· You do not 16· ·

---

Page:  187

- **MR. LEON:** Objection.· He didn"t say ·2·
- **MR. LEON:** Objection to the form of 11 · ·
- **MR. LEON:** Mr. Chincha, before -- 24· ·

---

Page:  189

- **MR. LEON:** Shirley, can you open up ·2·
- **MR. LEON:** Objection, asked and 12· · · ·
- **MR. LEON:** Objection.· I"m giving 20· · ·

---

Page:  190

- **MR. LEON:** No.· Objection.· I just ·4
- **MR. LEON:** Can you please ask 17· · ·
- **MR. LEON:** Exhibit A. 21· · · · ·
- **MR. LEON:** Yes.· The Complaint. 23· · ·
- **MR. LEON:** Paragraph 12. 25· · · · ·

---

Page:  191

- **MR. LEON:** Objection to the extent 16· · ·

· · · **MR. LEON:** Yeah.· Let"s do that. U.S. LEGAL

Page:  192

· · · **MR. LEON:** Objection to the form of ·4·

· · · **MR. LEON:** Madam Court Reporter, I 11· ·

· · · **MR. LEON:** Thank you. 18· · · · ·

· · · **MR. LEON:** Objection to the form of 22· ·

Page:  193

· · · **MR. LEON:** Objection to the form of ·5·

· · · **MR. LEON:** Objection to the form of 14· ·

· · · **MR. LEON:** Same objection to the U.S. LEGAL SUPPORT

Page:  194

· · · **MR. LEON:** Objection to the form of ·8·

· · · **MR. LEON:** Objection, asked and 21· · · ·

Page:  195

· · · **MR. LEON:** Objection to the form of ·3·

· · · **MR. LEON:** Objection to the form of ·9·

· · · **MR. LEON:** Objection.· You don"t 24· · ·

Page:  196

· · · **MR. LEON:** There was no question. ·4· ·

· · · **MR. LEON:** Objection to the form of 13· ·

· · · **MR. LEON:** Objection to the form of 23· ·

Page:  197

· · · **MR. LEON:** Objection to the form of ·4·

· · · **MR. LEON:** And the objection, 10· · · ·

· · · **MR. LEON:** Objection, speculation. 16· · · · ·

Page:  198

· · · **MR. LEON:** Objection, relevance. ·5· · · ·

· · · **MR. LEON:** Objection to the form of 10· ·

· · · **MR. LEON:** Objection, asked and 17· · · ·

· · · **MR. LEON:** Objection, answered 23· · · · ·

Page:  199

**MR. LEON:** Objection to the form. ·3· ·

**MR. LEON:** Objection to the form of 11· ·

**MR. LEON:** Objection to the form of 17· ·

**MR. LEON:** Objection to the form of 24· ·

Page:  200

**MR. LEON:** Objection to the form of ·7·

**MR. LEON:** Objection to the form of 12· ·

**MR. LEON:** Objection.· That"s not an 18· ·

**MR. LEON:** Not "Go ahead, Carlos." 21· ·

**MR. LEON:** Objection to the form of U.S. LEGAL

Page:  201

**MR. LEON:** Objection to the form of ·9·

**MR. LEON:** Objection to the form of 25· ·

Page:  202

**MR. LEON:** Objection to the form of ·6·

**MR. LEON:** Objection.· I believe 14· · ·

**MR. LEON:** Objection to the form of 20· ·

Page:  203

**MR. LEON:** Objection to the form of ·4·

**MR. LEON:** Objection to the form. ·9· ·

**MR. LEON:** Same objection.· You may 13· ·

**MR. LEON:** Objection.· I believe 18· · ·

**MR. LEON:** Objection to the extent U.S. LEGAL SUPPORT

Page:  204

**MR. LEON:** Objection to the form of 10· ·

**MR. LEON:** Objection to the form and 16· ·

**MR. LEON:** Objection to the form of 23· ·

Page:  205

**MR. LEON:** Same objection to the ·5· ·

**MR. LEON:** Objection to the form of 12· ·

**MR. LEON:** Objection, asked and 17· · · ·

**MR. LEON:** Objection to the form of 22· ·

Page:  206

- **MR. LEON:** Objection to the form of ·2·
- **MR. LEON:** Objection to the form of 11· ·
- **MR. LEON:** Objection to the form of 16· ·
- **MR. LEON:** Objection to the form of 21· ·

Page:  207

- **MR. LEON:** Objection to the form of ·2·
- **MR. LEON:** Objection to the form of 13· ·
- **MR. LEON:** Objection to the form of 20· ·
- **MR. LEON:** Objection to the form of U.S. LEGAL

Page:  208

- **MR. LEON:** Objection to the form of 14· ·
- **MR. LEON:** Objection to the extent 23· · ·

Page:  209

- **MR. LEON:** Objection to the form of ·7·
- **MR. LEON:** You may answer. 12· · · ·
- **MR. LEON:** Objection to the form of 17· ·
- **MR. LEON:** Just one quick thing. 25· · ·

Page:  210

- **MR. LEON:** Yeah, yeah.· I"m 17· ·literally

Page:  211

- **MR. LEON:** Well, Jason, we"re not ·3· ·
- **MR. LEON:** Jason, do you have a hard 10·

Page:  212

- **MR. LEON:** Okay. 10· · · ·Q.
- **MR. LEON:** Objection to the form of 13· ·
- **MR. LEON:** Objection to the form of 25· ·

Page:  213

- **MR. LEON:** Objection to the form of ·5·
- **MR. LEON:** You may answer. 18· · · ·

Page:  214

**MR. LEON:**· Objection to the form of ·2·

**MR. LEON:**· Objection to the form of 10·

**MR. LEON:**· Objection.· This was 17·

**MR. LEON:**· Same objection, asked and 24·

Page: 215

**MR. LEON:**· Objection to the form of ·5·

**MR. LEON:**· Objection to the form of 13·

**MR. LEON:**· Objection to the form of 18·

**MR. LEON:**· Objection.· Same 25·

Page: 216

**MR. LEON:**· You may respond. 10·

**MR. LEON:**· Objection to the form of 15·

**MR. LEON:**· Objection to the form of 20·

**MR. LEON:**· Objection to the form of U.S. LEGAL

Page: 217

**MR. LEON:**· Objection to the form of ·8·

**MR. LEON:**· Objection to the form of 18·

Page: 218

**MR. LEON:**· Objection, asked and ·6·

**MR. LEON:**· Objection to the form of 13·

**MR. LEON:**· I"m sorry.· Wait.· The 20·

Page: 219

**MR. LEON:**· Objection.· You may ·6·

**MR. LEON:**· Same objection.· You may 10·

**MR. LEON:**· Jason, wasn"t this the 16·

**MR. LEON:**· Objection to the form of 24·

Page: 220

**MR. LEON:**· Objection.· Objection. ·4·

**MR. LEON:**· Objection to the form of 16·

**MR. LEON:**· Objection to the form of 22·

**MR. LEON:**· No. 24·· ·· ·Q.

Page:  221

· · · **MR. LEON:** Objection to the form of ·2·

· · · **MR. LEON:** Objection to the form of ·7·

· · · **MR. LEON:** Objection to the form of 12· ·

· · · **MR. LEON:** Objection to the form of 17· ·

Page:  222

· · · **MR. LEON:** Objection to the form of ·2·

· · · **MR. LEON:** Objection to the form of ·7·

· · · **MR. LEON:** Objection to the form of 12· ·

· · · **MR. LEON:** Jason, we"re at eight 17· · ·

Page:  223

· · · **MR. LEON:** Sorry.· Before we go -- ·7·

· · · **MR. LEON:** Jason, I"m going to give 18· ·

· · · **MR. LEON:** Neither.· I just said, 24· ·

Page:  224

· · · **MR. LEON:** So, for the record it"s ·5·

· · · **MR. LEON:** Objection to the form of 10· ·

· · · **MR. LEON:** Objection to the form of 14· ·

· · · **MR. LEON:** Objection to the form of 20· ·

· · · **MR. LEON:** Objection to the form of U.S. LEGAL

Page:  225

· · · **MR. LEON:** Objection.· Same thing. 10· · ·

· · · **MR. LEON:** Objection to the form of 16· ·

· · · **MR. LEON:** Objection the form of the 25· ·

Page:  226

· · · **MR. LEON:** Objection to the form of ·9·

· · · **MR. LEON:** Objection to those 20· · · ·

Page:  227

· · · **MR. LEON:** Objection to the form of ·6·

· · · **MR. LEON:** Objection to the form of 14· ·

· · · **MR. LEON:** Objection, asked and 20· · · ·

· · · **MR. LEON:** Okay.· I''ll make it ·4·

· ·BY **MR. LEON:** ·7· · · · ·Q.·

· · · **MR. LEON:** One moment and I think 23· ·