EXHIBIT E

## Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Monday, March 16, 2020 10:52 AM |
| **To:** | Louis Leon; Joshua Levin-Epstein |
| **Subject:** | RE: Chincha v. Patel [17-cv-06127] - Notice of Deposition - FOURTH REQUEST |
| | |
| **Categories:** | Patel. Manojkumar |

Louis,

We can make ourselves available any day for the remainder of March.

Please let me know what day / time works best for you.

Thank,
Jason

_____

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Louis Leon <lleon@cafaroesq.com>
**Sent:** Wednesday, March 11, 2020 3:11 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>; Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Chincha v. Patel [17-cv-06127] - Notice of Deposition - FOURTH REQUEST

Jason:

As I noted in my letter submission to the Court and during yesterday's phone conference, nothing through the 20th works for us.  Please propose some dates for the remainder of March.

**Sincerely,**
**Louis M. Leon, Esq.**
**Associate**



108 West 39th Street, Suite 602
New York, NY 10018
Main (212) 583-7400
Fax. (212) 583-7401
LLeon@CafaroEsq.com

---

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Wednesday, March 11, 2020 11:34 AM
**To:** Louis Leon <lleon@cafaroesq.com>; Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Chincha v. Patel [17-cv-06127] - Notice of Deposition - FOURTH REQUEST

Louis,

How is 3/18?

Jason

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

---

**From:** Louis Leon <lleon@cafaroesq.com>
**Sent:** Wednesday, March 11, 2020 11:26 AM
**To:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Cc:** Jason Mizrahi <Jason@levinepstein.com>
**Subject:** Re: Chincha v. Patel [17-cv-06127] - Notice of Deposition - FOURTH REQUEST

Josh:

Please provide me with your and your client's availability to discuss with Plaintiff.

Also, just as a correction, the subject line of your emails are misleading. You have not made four requests to schedule my client's deposition.

Sincerely,
Louis M. Leon
Sent from my iPhone

On Mar 11, 2020, at 9:41 AM, Joshua Levin-Epstein <Joshua@levinepstein.com> wrote:

2

Louis,

What dates are you available? We are trying to work with you here.

Please advise by COB today.

Thank you.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Tuesday, March 10, 2020 11:08 AM
**To:** Louis Leon <lleon@cafaroesq.com>
**Cc:** Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: Chincha v. Patel [17-cv-06127] - Notice of Deposition - THIRD REQUEST
**Importance:** High

Louis,

What dates are you available? We are trying to work with you here.

Please advise by COB today.

Thank you.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Friday, March 06, 2020 10:49 AM
**To:** Louis Leon <lleon@cafaroesq.com>
**Cc:** Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: Chincha v. Patel [17-cv-06127] - Notice of Deposition

Louis,

What dates are you available? We are trying to work with you here.

Please advise by COB today.

Thank you.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

---

**From:** Louis Leon [mailto:lleon@cafaroesq.com]
**Sent:** Friday, March 06, 2020 10:25 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Chincha v. Patel [17-cv-06127] - Notice of Deposition

Jason:

I didn't receive your email "re-noticing" Plaintiff's deposition.  Please be advised that **we are not** available on March 9, 2020.  Thank you.

**Sincerely,**
**Louis M. Leon, Esq.**
**Associate**
<image001.jpg>
108 West 39th Street, Suite 602
New York, NY 10018
Main (212) 583-7400
Fax. (212) 583-7401
LLeon@CafaroEsq.com

---

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Thursday, March 5, 2020 6:37 PM
**To:** Louis Leon <lleon@cafaroesq.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: Chincha v. Patel [17-cv-06127] - Notice of Deposition

Louis,

Please confirm your attendance on Monday. Please confirm your client's attendance. Please let me know if your client requires an interpreter.

Thank you
Jason

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351

Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Monday, February 24, 2020 1:24 PM
**To:** Louis Leon <lleon@cafaroesq.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** Chincha v. Patel [17-cv-06127] - Notice of Deposition

Louis,

Please be advised that we are hereby re-noticing your client's deposition for **Monday, March 9, 2020** beginning at 10:00 a.m. at our offices,

      Levin-Epstein & Associates, P.C.
      420 Lexington Ave., Suite 2525
      New York, NY 10170

Thank you,

Jason

_____

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*