# EXHIBIT F

# Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Thursday, April 23, 2020 4:16 PM |
| **To:** | Louis Leon |
| **Cc:** | Joshua Levin-Epstein |
| **Subject:** | RE: RemoteDepo Invite - 4/23 Carlos Chincha v. Patel - Witness Carlos Chincha 10:30AM EST |
| **Categories:** | Patel. Manojkumar |

Louis,

We went off the record at 4:04 p.m. You have been gone for 12 minutes and counting.

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Thursday, April 23, 2020 1:49 PM
**To:** Louis Leon <lleon@cafaroesq.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: RemoteDepo Invite - 4/23 Carlos Chincha v. Patel - Witness Carlos Chincha 10:30AM EST

Louis,

We agreed to go back on the record at 1:46 p.m.

Will you and your client be joining us?

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351

1

Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Louis Leon <lleon@cafaroesq.com>
**Sent:** Thursday, April 23, 2020 12:24 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** Re: RemoteDepo Invite - 4/23 Carlos Chincha v. Patel - Witness Carlos Chincha 10:30AM EST

We went back on the record within a minute or so of you sending this email. We later agreed - on the record - to take a lunch break at 1:15pm. Thanks.

Sincerely,
Louis M. Leon
Sent from my iPhone

> On Apr 23, 2020, at 12:14 PM, Jason Mizrahi <Jason@levinepstein.com> wrote:
>
> Louis,
>
> We need to resume the deposition.
>
> You have been away for 10 minutes.
>
> _____
> Jason Mizrahi, Esq.
> Levin-Epstein & Associates, P.C.
> 420 Lexington Ave., Suite 2525
> New York, NY 10170
> Phone: (212) 792-0048
> Mobile: (301) 758-7351
> Facsimile: (646) 786-3170
> Email: Jason@levinepstein.com
>
> *The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

2

**From:** Jason Mizrahi
**Sent:** Thursday, April 23, 2020 10:49 AM
**To:** 'Louis Leon' <lleon@cafaroesq.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: RemoteDepo Invite - 4/23 Carlos Chincha v. Patel - Witness Carlos Chincha 10:30AM EST

Louis,

Will you and your client be joining?

We need to start the deposition.

Jason

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Thursday, April 23, 2020 10:33 AM
**To:** Louis Leon <lleon@cafaroesq.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** RE: RemoteDepo Invite - 4/23 Carlos Chincha v. Patel - Witness Carlos Chincha 10:30AM EST

Louis,

We are all on the Zoom call.

Will you and your client be joining?

Please advise.

Jason

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048

```
 1            (Luncheon recess from 1:16 p.m. to
 2        1:54 p.m.)
 3            (Replacement interpreter joins
 4        deposition.)
 5   D E A N   M C C O N K E Y,
 6       Spanish Language Interpreter, was
 7       thereupon duly sworn on oath to translate
 8       faithfully the questions asked and the
 9       answers given to the best of his ability.
10            MR. LEON:  I'd like to state just
11        one thing on the record.
12            For the translator, I would just
13        respectfully ask that any objections that
14        I make -- I'll keep them as short as
15        possible -- as well as any directions to
16        answer or not answer the question, that
17        they be translated.
18            We consulted the Judge and the Judge
19        is onboard with that instruction.
20            And I just want to, so that I don't
21        talk directly to my client, if you can
22        just advise my client that you're the
23        translator that will be taking over from
24        the other translator from here on.
25            THE INTERPRETER:  (Complies).
```