# EXHIBIT A

**2 of 2**

 1   going until after, like, 6:00 o'clock

 2   with a deposition if all these phone

 3   calls have had to do with Mr. Mizrahi not

 4   doing what he was supposed to do.

 5        Can we just state that we're not

 6   going to go until 7:00 or 8:00 o'clock at

 7   night or until such time that Mr. Mizrahi

 8   thinks it's satisfactory?

 9        It's seven hours and 5:30 is

10   actually seven hours.  We're willing to

11   go until 6:00 to accommodate for a lunch

12   break of 30 minutes, but I think that's

13   all we should have to go.

14        Because -- this is unnecessary.  I

15   agree.  But, it's because Defense counsel

16   did something wrong and unnecessary.

17        MR. MIZRAHI:  Your Honor, we've been

18   on the phone now and we've been on a

19   break now for a half an hour and for the

20   entirety of the deposition Mr. Leon has

21   been instructing and improperly guiding

22   his client.  We're wasting so much time.

23        MR. LEON:  He hasn't given one

24   example of how I did that.  Not one.  And

25   that's the most significant thing.

```
 1        MR. MIZRAHI:  He's now taken an hour

 2   and a half of everybody's time.

 3        MR. LEON:  You made the first phone

 4   call and it got denied, I made the second

 5   phone call and now we're here because of

 6   what you were doing.  It's not my fault,

 7   it's not my client's fault.  He has been

 8   on this since 10:30 and now it's 2:53,

 9   Your Honor.

10        I would just ask that we end this at

11   5:30 or, at the latest, 6:00.

12        THE COURT:  All right.  Look, just

13   go to 6:00 and finish this up.  No more

14   delays.

15        MR. MIZRAHI:  Your Honor,

16   Plaintiff's counsel's going to continue

17   to delay this deposition.  He's going to

18   continue to delay it.

19        MR. LEON:  Your Honor, we have

20   not --

21        THE COURT:  Excuse me.  I don't know

22   what you expect me to do.  I'm not in the

23   room.  I don't know what he's saying or

24   how things are being delayed.

25        How, exactly, are you expecting me
```

```
 1    to rule on this?  I'm supposed to sit in

 2    the room while you conduct a seven-hour

 3    deposition because the two of you can't

 4    act like professionals?

 5         MR. MIZRAHI:  No.  Mr. Leon should

 6    not put Your Honor on the spot for

 7    setting time limits for depositions.  He

 8    should be a responsible adult and know

 9    that he --

10         THE COURT:  No.  This is a

11    seven-hour deposition.  You're the one

12    who might be asking for more time.

13         MR. MIZRAHI:  I'd like to continue.

14         THE COURT:  Continue the deposition.

15    If you can't finish by 6:00 o'clock, give

16    me a call.  But this should not be so

17    hard.

18         MR. MIZRAHI:  Thank you, Your Honor.

19         MR. LEON:  Thank you, Your Honor.

20         (The call was concluded.)

21         MR. LEON:  Okay.  So, on the record,

22    before I call my client in, it's all

23    confirmed, Madam Court Reporter, you have

24    the host capabilities?

25         THE REPORTER:  That's my
```

 1          understanding from Mr. Zampella at the

 2          office.  Yes.

 3              MR. ZAMPELLA:  I'd like to confirm

 4          that really quick, if we don't mind.

 5              (Off-the-record discussion held.)

 6              (Recess taken.)

 7              MR. LEON:  So, just to confirm, the

 8          court reporter has confirmed that she

 9          has, to the best of her understanding,

10          sole access of the hosting capabilities

11          of this application, certainly not

12          Mr. Mizrahi.

13              So, Counselor, please proceed with

14          asking my client questions.

15  BY MR. MIZRAHI:

16      Q.   Carlos, how long did you rest during

17  the day in 2015?

18              MR. LEON:  Objection to the form of

19          that question and to the extent that it

20          mischaracterizes prior testimony.  You

21          may respond.

22              THE WITNESS:  No.

23      Q.   The question was, how long did he

24  rest during the day in 2015?

25              MR. LEON:  Objection.  That's not a

 1        question, that's a statement.  Wait for a

 2        question to answer.

 3        Q.   Carlos, how long did you rest during

 4    the day in 2015?

 5             MR. LEON:  Objection to the form of

 6        that question and to the extent that it

 7        mischaracterized prior testimony and it

 8        assumes testimony and evidence that has

 9        not been given in this deposition.

10             You may respond to that.

11             THE WITNESS:  No.

12        Q.   Carlos, how long did you rest during

13    the day in 2016?

14             MR. LEON:  Objection to the form and

15        to the extent that it mischaracterizes

16        prior testimony and assumes evidence and

17        testimony that has not been given in this

18        deposition.  You may respond.

19             THE WITNESS:  No.

20             MR. MIZRAHI:  Madam Reporter, we're

21        going to be marking Exhibit A.

22             (Defendant's Exhibit A, Complaint,

23        marked for identification as of this

24        date.)

25             MR. MIZRAHI:  Carlos, please follow

 1        along on your own computer screen on

 2        Exhibit A that was previously shared with

 3        you.

 4             MR. LEON:  Can I just confirm,

 5        Counsel, that you're sharing your screen

 6        right now and that I'm not having a vivid

 7        imagination here?

 8             MR. MIZRAHI:  Yes.  We're sharing

 9        our screen.

10             MR. LEON:  I'm sorry.  What's the

11        question for my client?

12        Q.   Carlos, please confirm when you've

13   pulled up Exhibit A.

14        A.   Okay.

15        Q.   Carlos, I'm showing you a complaint

16   that was filed on October 20th of 2017.  Please

17   take a moment to familiarize yourself with this

18   document.

19             MR. LEON:  I'd just like to clarify

20        now, you're sharing the screen so I can

21        only see one page.  Are you asking my

22        client to flip through that shared

23        version or some version that you expect

24        him to have?

25             MR. MIZRAHI:  The document that he

```
 1   has pulled up himself.  Don't even refer

 2   to the shared screen.  You don't even

 3   need to refer to the shared screen.

 4        THE WITNESS:  I want to call my

 5   daughter so she can access this letter,

 6   because I can't.

 7        MR. LEON:  Go ahead.  You can call

 8   her.

 9        We're back on the record, Shirley.

10        MS. SANCHEZ:  Okay.

11        MR. MIZRAHI:  If you can download

12   the exhibits, Shirley, through the chat

13   function.  If you could just download the

14   exhibits.  We're going to be following

15   along with Exhibit A right now.

16        MS. SANCHEZ:  Yeah.  I downloaded

17   them.

18        MR. MIZRAHI:  So, we're going to be

19   using Exhibit A right now, the Federal

20   Complaint.

21        MR. LEON:  And just to be clear,

22   that's a 14-page document.

23   Mr. Translator, you can translate it.

24   It's a 14-page document.  That's what

25   Exhibit A is, right?
```

```
1              MR. MIZRAHI:  Shirley, do you have

2         it pulled up?

3              MS. SANCHEZ:  Yes.

4         Q.   Carlos, I'm showing you a complaint

5    that was filed on October 20th, 2017.  Please

6    take a moment to familiarize yourself with this

7    document.

8         A.   I don't understand English.

9         Q.   Do you recognize this document?

10             MR. LEON:  Objection, asked and

11        answered.  You may answer again.

12             THE WITNESS:  Yes.

13        Q.   What is that?

14        A.   The Complaint.

15        Q.   Does your name appear anywhere on

16   this document?

17        A.   Yes.

18        Q.   Did you read this complaint before

19   it was filed?

20             MR. LEON:  Objection.  You may

21        respond.

22             THE WITNESS:  My attorney took care

23        of this.

24        Q.   Carlos, did you read this complaint

25   before it was filed?
```

1       A.   Along with my attorney.  Yes.

2       Q.   How many times did you read this

3  complaint before it was filed?

4            MR. LEON:  Objection to the form of

5       the question and objection to the extent

6       that it mischaracterizes prior testimony.

7            You may respond, Mr. Patel.

8            THE WITNESS:  No.

9       Q.   Again, the question was, how many

10  times did you read this complaint before it was

11  filed?

12            MR. LEON:  Objection, asked and

13       answered in several ways.  You may

14       respond to this question that

15       mischaracterizes prior testimony one more

16       time.

17            THE WITNESS:  From two to three

18       times.

19       Q.   Did you have this complaint

20  translated from English to Spanish?

21       A.   Yes.

22       Q.   Who translated this document from

23  English to Spanish?

24       A.   My attorney.

25       Q.   Can you verify the contents in the

1    complaint for accuracy before it was filed with

2    the Court?

3              MR. LEON:  Objection to the form of

4         the question.  Confusing.  You may

5         respond.

6              THE WITNESS:  Yes.

7    Q.   Is it possible that the information

8    contained in the Complaint is not accurate?

9              MR. LEON:  Objection, calls for

10        speculation and perhaps even legal

11        speculation.

12             THE WITNESS:  No.

13   Q.   Are you familiar with the building

14   located at 95-13/17 Northern Boulevard, Jackson

15   Heights, New York 11317?

16             MR. LEON:  Objection to the form of

17        that convoluted question.  You may

18        respond to that question.  We also take

19        issue with any representations that were

20        made that were inaccurate.

21        You may respond.

22             THE WITNESS:  No, because that's the

23        address of the store.

24   Q.   What is the store?

25   A.   99 cent.

 1          Q.   99 cent store?

 2          A.   Yes.

 3          Q.   Mr. Chincha, I'm going to direct you

 4     to paragraph 2 of the Complaint.  Can you

 5     please ask your daughter to read paragraph 2 of

 6     the Complaint?

 7               Or actually, never mind.  I can read

 8     it to you in English and the interpreter can

 9     translate it to you in Spanish.

10               Paragraph 2 of the Complaint says

11     that:

12               "The Defendant is an individual who

13     owns a residential building located at

14     95-13/17 Northern Boulevard."

15               Are you familiar with this building?

16               MR. LEON:  Objection to the form of

17          the question.  You may respond to that

18          question.

19               THE WITNESS:  Yes.

20          Q.   What is it?

21               MR. LEON:  Objection to the form of

22          the question.  You may respond.

23               THE WITNESS:  It's the building, but

24          it's not the address.

25          Q.   For the remainder of the deposition

```
 1    I'll be referring to this property as "the

 2    building."

 3              MR. LEON:  Which building?

 4         Q.   Carlos, what do you mean when you

 5    say it's the incorrect address?

 6         A.   It's the store.  Do you want me to

 7    give you the correct address?

 8         Q.   Is the other address 32-56

 9    96th Street?

10         A.   That's one, but the other one isn't

11    correct.

12         Q.   Okay.  Have you ever performed work

13    at the building?

14              MR. LEON:  Objection to the form of

15         the question.  Ambiguous.  You may

16         respond.

17              THE WITNESS:  At which address?

18         Q.   What is the address of the

19    residential building, Carlos?

20              MR. LEON:  Objection to the form of

21         the question.  You may respond.

22              THE WITNESS:  95-13.

23         Q.   Carlos, what is the address of the

24    store?

25              MR. LEON:  Objection to the form of
```

```
 1        the question.  Ambiguous.  You may

 2        respond.

 3             THE WITNESS:  Thee's two stores.

 4        It's 95-15, 95-17.

 5        Q.   For the remainder of the deposition

 6   I'll be referring to the address 95-13 as "the

 7   building" and I will be referring to the

 8   address of 95-15/17 as "the store."

 9             MR. LEON:  Objection to that unclear

10        attempt at a clarification.

11        Q.   Have you ever performed any work at

12   the building located at 95-13?

13             MR. LEON:  Same objection to form.

14        Ambiguous.  You may respond.

15             THE WITNESS:  Yes.

16        Q.   And have you ever performed any work

17   at the store located at 95-15/17?

18             MR. LEON:  Objection to the form of

19        the question.  Confusing, unclear.  You

20        may answer.

21             THE WITNESS:  No.

22        Q.   Carlos, do you know anybody named

23   Mr. John?

24             MR. LEON:  Objection to the form.

25             THE WITNESS:  Yes.
```

1          Q.   Who is he?

2          A.   The previous owner.

3          Q.   The previous owner of what?

4          A.   Of all the building.

5          Q.   How did you and Mr. John meet?

6               MR. LEON:  You may respond.

7               THE WITNESS:  I was going by there,

8          they needed a worker, I approached, I

9          asked and they accepted me.

10         Q.   Do you know when that was?

11              MR. LEON:  Objection to the form of

12         the question.  You may respond.

13              THE WITNESS:  Like 28 years ago.

14         Q.   I mean, what was the conversation

15    that you and Mr. John had?

16              MR. LEON:  Objection to the form of

17         the question.  You may respond.

18              THE WITNESS:  The truth is, I don't

19         remember.

20         Q.   You had a conversation with Mr. John

21    and then he hired you to work at the building;

22    is that correct?

23         A.   Yes.

24         Q.   Were you working for him at the

25    residential building or at the commercial

1   space?

2              MR. LEON:  Objection to the form of

3         the question, confusing due to the lack

4         of clarification.  You may respond.

5              THE WITNESS:  I worked at the store.

6    Q.   What kind of store was it?

7    A.   Ceramics store.

8    Q.   What kind of work did you do at the

9    ceramics store?

10   A.   I would receive materials and

11   deliver materials.

12   Q.   When did you start working there?

13   A.   I don't remember.

14   Q.   You said it was about 28 years ago;

15   is that correct?

16   A.   Yes.

17   Q.   And when did you stop working at the

18   store?

19             MR. LEON:  You may respond.

20             THE WITNESS:  2011, more or less.

21   Q.   Can you please describe your duties

22   and responsibilities at the store?

23             MR. LEON:  Objection to the form of

24        that question.  You may respond.

25             THE WITNESS:  As I told you, I

1          worked at the building and also at the

2          store.

3          Q.   Can you describe the duties and

4    responsibilities that you had at the store?

5               MR. LEON:  Objection to the form of

6          the question.  Objection, asked and

7          answered.  You may respond.

8               THE WITNESS:  I've already

9          responded, right?

10              MR. LEON:  Respond again to his

11         question.

12              THE WITNESS:  I would receive

13         materials and I would turn in materials,

14         everything regarding to bathrooms.

15         Q.   Did you have any other duties and

16   responsibilities when you were working for

17   Mr. John?

18         A.   At the building.

19         Q.   What were your duties and

20   responsibilities at the building?

21              MR. LEON:  Objection to the form of

22         the question.  You may respond.

23              THE WITNESS:  I would also go out

24         and do repairs.

25         Q.   What kind of repairs would you do at

```
 1   the building?
 2           MR. LEON:  Objection to the form of
 3       the question.  You may respond.
 4           THE WITNESS:  I would change the
 5       packing for the plumbing, I would also do
 6       cleaning, I would also paint, I would
 7       also repair empty apartments.  That's
 8       what I did.
 9       Q.   What was your schedule at the tile
10   store?
11       A.   From Monday to Saturday.
12       Q.   What were your hours Monday through
13   Saturday?
14           MR. LEON:  Objection to the form of
15       the question and to the extent that it
16       mischaracterizes testimony that was just
17       given.  You may respond.
18           THE WITNESS:  Monday to Friday from
19       7:00 to 5:00 and then Saturday, 7:00 to
20       1:00.
21       Q.   What was your schedule when you were
22   working at the building?
23           MR. LEON:  Objection to the form of
24       the question.  Confusing, ambiguous.  You
25       may respond to that question.
```

```
 1                THE WITNESS:  With John or with

 2       Patel?

 3       Q.   Mr. John.

 4       A.   Can you repeat the question?

 5       Q.   What was your schedule when you were

 6  performing work at the building for Mr. John?

 7       A.   I've already told you.  From 7:00 to

 8  5:00 Monday through Friday and Saturday 7:00 to

 9  1:00.

10       Q.   So, the work that you performed at

11  the tile store and the work that you performed

12  at the building shared the same schedule?

13                MR. LEON:  Objection to the form of

14       the question.

15                THE WITNESS:  Can I respond?

16                MR. LEON:  Yes.

17                THE WITNESS:  It was within the

18       schedule I worked at both places.

19       Q.   Did you have any other managers

20  besides Mr. John?

21                MR. LEON:  Objection to the extent

22       that it will -- first off, objection to

23       the form and objection to the extent that

24       it mischaracterizes prior testimony and

25       assumes evidence and testimony not
```

```
 1          previously submitted here.  But, you may

 2          respond.

 3               THE WITNESS:  No.

 4      Q.   Where did you live during this time?

 5               MR. LEON:  Objection to the form of

 6          the question.

 7               THE WITNESS:  Can you repeat the

 8          question?

 9      Q.   When you were performing services at

10  the tile store, where did you live?

11               MR. LEON:  Objection to the form of

12          the question.  You may respond.

13               THE WITNESS:  In Connecticut.

14      Q.   Where in Connecticut were you

15  living?

16               MR. LEON:  Objection to the form of

17          the question.  You may respond where in

18          Connecticut you lived at that time.

19               THE WITNESS:  I don't remember the

20          street, but -- I don't.  I don't.  I

21          didn't understand well.

22      Q.   Where in Connecticut did you live

23  when you were working at the tile store?

24               MR. LEON:  Objection.  I just want

25          to make clear, my client can respond to
```

 1          this question, but he is not to disclose

 2          where he currently lives.

 3                  THE WITNESS:  May I respond?

 4                  MR. LEON:  Yes.

 5                  THE WITNESS:  In Greenwich.

 6                  THE INTERPRETER:  That's what the

 7          interpreter is hearing.

 8     Q.   When did you move from Greenwich,

 9  Connecticut?

10                  MR. LEON:  Objection to the form of

11          the question.  You may respond to the

12          question.

13                  THE WITNESS:  When I went back to

14          Connecticut?  When I moved to

15          Connecticut?

16     Q.   When did you move from that address?

17                  MR. LEON:  Objection to the form of

18          the question.  You may respond.

19                  THE WITNESS:  In what year?

20     Q.   What year did you first move from

21  Connecticut?

22                  MR. LEON:  Objection to the form of

23          that question.  You may respond.

24                  THE WITNESS:  The truth is, I don't

25          remember.

```
 1        Q.   Did you ever live at the building
 2   when you were performing work for Mr. John?
 3        A.   The last two months.
 4        Q.   Will you please describe the
 5   conversation you had with Mr. John when you
 6   first started living at the building?
 7             MR. LEON:  Objection.  Assumes facts
 8        in evidence that has not been previously
 9        admitted or alleged.  You may respond to
10        that question (inaudible) something
11        inconsistent with your prior testimony.
12             THE WITNESS:  I don't remember.
13        Q.   What were you paid by Mr. John?
14             MR. LEON:  Objection to the form of
15        the question.  You may respond to that
16        question.
17             THE WITNESS:  $450 weekly.
18        Q.   Did that amount ever change?
19             MR. LEON:  Objection to the form of
20        the question.  You may respond.
21             THE WITNESS:  With John it did not
22        change.
23        Q.   In addition to receiving that weekly
24   amount, you also mentioned that he gave you
25   room and board; is that correct?
```

```
 1            MR. LEON:  Objection,

 2       mischaracterizing.  You may respond.

 3            THE WITNESS:  Since the train was

 4       expensive he said that I could stay

 5       during the week.

 6       Q.   And do you know when that

 7  arrangement started?

 8            MR. LEON:  Objection to the form of

 9       the question.  Confusing.  You may

10       respond.

11            THE WITNESS:  Two months before

12       Patel arrived.

13       Q.   Where did you stay in the building?

14            MR. LEON:  Objection to the form of

15       the question.  You may respond to that

16       question.

17            THE WITNESS:  In the basement.

18       Q.   Do you recall when you first were

19  hired to work at the building for Mr. Patel?

20       A.   I don't remember.

21       Q.   I can refresh your recollection.

22  Paragraph 2 of the Complaint states that:

23            "Plaintiff worked for Defendant as a

24  superintendent and/or laborer at the building

25  from 2009."
```

Carlos Chincha
April 23, 2020

148

```
 1          So, is it true that you started

 2   working at the building around 2009?

 3          MR. LEON:  Objection to the form of

 4      that question.  You may respond to that

 5      question.

 6          THE WITNESS:  Yes.  With Patel.

 7      Q.  Right.  Started with Mr. Patel in

 8   2009.

 9          Did you and Mr. Patel have a

10   conversation when you were hired?

11          MR. LEON:  Objection to the form of

12      the question.  You may respond.

13          THE WITNESS:  No.

14      Q.  How did you and Mr. Patel meet?

15      A.  The previous owner said I was a good

16   worker and he said that if he wanted he could

17   hire me.

18      Q.  Did you and Mr. Patel ever speak

19   before you started working for him?

20      A.  No.

21      Q.  When did you first meet Mr. Patel?

22      A.  When he came to the store.

23      Q.  When did he first come to the store?

24      A.  I don't remember.

25      Q.  Did you first meet Mr. Patel before
```

```
 1   January of 2009 or after January of 2009?

 2        A.   Before.  Because, John had placed an

 3   ad in the newspaper that it was for sale and he

 4   came.

 5        Q.   Can you please tell me about the

 6   first conversation that you first had with

 7   Mr. Patel?

 8        A.   I only met him and that was it.

 9        Q.   What did you guys talk about?

10             MR. LEON:  Objection to the form of

11        the question.  You may respond.

12             THE WITNESS:  I did not speak with

13        him.

14        Q.   Where did this conversation take

15   place?

16             MR. LEON:  Objection.

17        Mischaracterizing prior testimony.  You

18        may respond.

19             THE WITNESS:  I did not speak with

20        him.

21        Q.   Is it your testimony here today that

22   you've never spoken with Mr. Patel before you

23   started working for him?

24             MR. LEON:  Objection to the form of

25        the question.  You may respond.
```

```
 1              THE WITNESS:  Can you repeat it?
 2        Q.   Is it your testimony here today that
 3   you never spoke with Mr. Patel before you
 4   started working for him?
 5        A.   No.
 6        Q.   Do you recall ever receiving an
 7   agreement from Mr. Patel before you started
 8   working?
 9        A.   No.
10              MR. MIZRAHI:  Madam Court Reporter,
11         I'm going to be introducing another
12         exhibit into evidence.  If you could
13         please mark what has been previously sent
14         to you as Defendant's Exhibit B for
15         identification.
16              (Defendant's Exhibit B,
17         Superintendent Responsibility, marked for
18         identification as of this date.)
19              MR. MIZRAHI:  Mr. Chincha, if you
20         could ask your daughter to assist you in
21         pulling up this document.
22              MS. SANCHEZ:  Okay.
23        Q.   Mr. Chincha, I'm showing you a
24   document that has been Bates-stamped
25   Defendant's 0038 to Defendant's 0040.  Please
```

```
 1    take a moment to familiarize yourself with this

 2    document.

 3            MR. LEON:  Jason, I'm looking at

 4         this.  Page 1 doesn't have a Bates stamp

 5         on the bottom, unless I'm looking at it

 6         wrong.

 7            MR. MIZRAHI:  The Bates stamp starts

 8         at page 2.  The title page doesn't have a

 9         Bates stamp.

10            MR. LEON:  No.  I mean page 2.

11         Page 2.  The one that follows the cover

12         page.  It's cut off on the end and you

13         can't see a Bates stamp.  I just want to

14         make sure that we're looking at the same

15         document.  That's it.

16            MR. MIZRAHI:  Well, you're looking

17         at the document marked "Superintendent

18         Responsibility"?

19            MR. LEON:  Yes.  But, I see no Bates

20         stamp on the bottom.

21            MR. MIZRAHI:  Okay.  It's the same

22         document.

23            MR. LEON:  Okay.  So, there's no

24         Bates stamp 38 here, just to be clear?

25         Because, there's no marking like that.
```

```
 1          So, I want to make that clear for the

 2          record.

 3          Q.   Please take a moment to familiarize

 4     yourself with this document, Mr. Chincha.

 5          A.   No, it's in English and, no, I

 6     haven't seen it.

 7          Q.   Do you recognize this document?

 8               MR. LEON:  Objection.  Asked and

 9          answered.

10               THE WITNESS:  I don't recognize it.

11          Q.   Does your name appear anywhere on

12     this document?

13               MR. LEON:  Objection to the form.

14          You may respond.

15               THE WITNESS:  Yeah, but it's not

16          written well.

17          Q.   And does Mr. Patel's name appear

18     anywhere on this document?

19               MR. LEON:  Objection to the form.

20          You may answer.

21               THE WITNESS:  Yes.  I don't

22          understand English, but his name is

23          there.

24          Q.   Carlos, when did you stop working at

25     the building?
```

```
 1            MR. LEON:  Just to be clear, when
 2        did he leave the building is the
 3        question, right?
 4            MR. MIZRAHI:  No.  The question is
 5        when --
 6     Q.   Carlos, when did you stop working at
 7   the building?
 8     A.   In 2017.
 9     Q.   What were the circumstances
10   regarding the termination of your employment?
11            MR. LEON:  Objection to the form of
12        the question, assumes facts and evidence
13        not admitted into this deposition.  You
14        may, nevertheless, respond.
15            THE WITNESS:  Well, he came like a
16        crazy man, he yelled, "You're worthless
17        and you're gonna leave," and that was it.
18     Q.   Who are you referring to?
19     A.   To Patel.
20     Q.   When did this conversation take
21   place?
22     A.   I don't remember the date, but it
23   was the last day of my employment with him.
24     Q.   What did you say to him?
25            MR. LEON:  Objection to the form of
```

Carlos Chincha
April 23, 2020
154

```
 1        the question.  You may respond.

 2              THE WITNESS:  I asked him why.

 3        Q.   What did he say?

 4        A.   "Because you're useless to me."

 5        Q.   Was anybody else present during this

 6   conversation?

 7        A.   No.

 8        Q.   Where did this conversation take

 9   place?

10        A.   In the basement.

11        Q.   Carlos, did you ever keep a record

12   of your work schedule when you were working for

13   Mr. Patel?

14              MR. LEON:  Objection to the form of

15         the question.  You may respond.

16              THE WITNESS:  Can you repeat the

17         question?

18        Q.   Did you ever record your work

19   schedule while you were working for Mr. Patel?

20              MR. LEON:  Objection to the form of

21         the question.  You may respond to that

22         question.

23              THE WITNESS:  No.

24        Q.   Did you ever keep a record of the

25   work that you performed for Mr. Patel?
```

```
 1              MR. LEON:  Objection to the form of
 2         the question.  You may respond.
 3              THE WITNESS:  No.
 4         Q.   Did you ever perform work at the
 5    building while you were working for Mr. Patel?
 6              MR. LEON:  Objection to the form of
 7         the question.
 8              THE WITNESS:  Can you repeat the
 9         question?
10         Q.   Did you ever perform work at the
11    building while you were working for Mr. Patel?
12              MR. LEON:  Same objection.  You may
13         respond.
14              THE WITNESS:  Yes.
15         Q.   Did you ever work at the building on
16    Mondays?
17              MR. LEON:  Objection to the form of
18         the question.  You may respond.
19              THE WITNESS:  I worked every day of
20         the week.
21         Q.   What time did you start working on
22    Monday?
23         A.   At 7:00 in the morning.
24         Q.   Did you speak to Mr. Patel before
25    you started working?
```

```
 1              MR. LEON:  Objection to the form of

 2         the question.  You may respond.

 3              THE WITNESS:  No.

 4         Q.   Can you describe your mornings for

 5    me?

 6              MR. LEON:  Objection to the form of

 7         the question.  You may respond to that

 8         highly ambiguous question.

 9              MR. MIZRAHI:  I can rephrase it.

10              MR. LEON:  Don't answer anything.

11         Wait for him to rephrase the question.

12         Q.   Carlos, how did you start your

13    mornings?

14              MR. LEON:  Objection to the form of

15         the question.  You may respond to that

16         ambiguous question.

17              THE WITNESS:  When?

18         Q.   On Mondays.

19              MR. LEON:  Objection.  Same

20         objection.  Even though that wasn't a

21         question, it was more of a statement, you

22         may respond.

23              THE WITNESS:  I would check in the

24         apartments.

25         Q.   Carlos, did you eat breakfast on
```

```
 1    Monday mornings?

 2              MR. LEON:  Objection to the form of

 3          the question.  You may respond to that

 4          question.

 5              THE WITNESS:  Yes.  I would wake up

 6          at 6:00 in the morning, have a sandwich

 7          and drink some juice.

 8    Q.   Who prepared your breakfast?

 9              MR. LEON:  Objection to the form.

10          You may respond.

11              THE WITNESS:  A sandwich and a

12          juice?  I would prepare it.

13    Q.   What time would you start breakfast?

14              MR. LEON:  Objection to the form of

15          the question.  You may respond to that

16          question.

17              THE WITNESS:  At 6:00 in the

18          morning.

19    Q.   What time would you wake up?

20              MR. LEON:  Objection, asked and

21          answered.

22              THE WITNESS:  At 6:00 in the

23          morning.

24    Q.   And what time would you typically

25    start breakfast on Monday mornings?
```

```
 1              MR. LEON:  Okay, objection.  He's

 2         asked and answered this, he's not

 3         answering it anymore.  He already

 4         answered the question two times.  You're

 5         not going for a third time.

 6              It's meant to harass and agonize my

 7         client.  You've gotten the answer.  I

 8         don't know if it's that you don't like

 9         it, but I'm directing him not to answer

10         because you got him to answer already.

11         He told you when he got up and he told

12         you when he makes his breakfast.

13    Q.   Carlos, you said you woke up at

14    6:00 a.m. and you also said that you had

15    started breakfast at 6:00 a.m.  You can't wake

16    up and eat breakfast at the same time.

17         So, I'd like you to clarify, what

18    time did you typically start breakfast on

19    Monday morning?

20              MR. LEON:  I've already directed my

21         client not to respond.  He's answered the

22         question.  Just because you don't like

23         the answer doesn't mean he didn't answer.

24    Q.   Carlos, what time would you

25    typically finish breakfast on Monday morning?
```

1            MR. LEON:  Objection to the form of

2        the question.

3            THE WITNESS:  6:15, 6:30.

4    Q.   What work did you do on Mondays?

5            MR. LEON:  Objection to the form of

6        the question.  You may respond.

7            THE WITNESS:  I would go around the

8        building to see if it was clean.

9    Q.   Did you perform any other work on

10   Mondays?

11           MR. LEON:  Objection to the form of

12       the question.  You may respond.

13           THE WITNESS:  Normally I would work

14       inside the apartments.

15   Q.   Please describe the work that you do

16   inside people's apartments.

17           MR. LEON:  Same objection.  You may

18       respond.

19           THE WITNESS:  I've told you, I

20       changed the gaskets and old pipes.

21   Q.   How long would it typically take for

22   you to change the gaskets and the old pipes?

23           MR. LEON:  Objection to the form of

24       the question.  You may answer.

25           THE WITNESS:  Well, it would depend.

Carlos Chincha
April 23, 2020
160

```
 1          If I had the new one I could do it right

 2          there and then, but if not I would have

 3          to go to the hardware store.

 4      Q.   How long would it typically take for

 5   you to go to the hardware store and then come

 6   back and then fix -- change a gasket?

 7          MR. LEON:  Objection to the -- I

 8          don't even know what to call it, but at

 9          least a compound question.  I'm directing

10          my client to respond.

11          THE WITNESS:  The hardware store

12          opens at 8:00 in the morning.

13      Q.   How long did it take for you to go

14   around the building to see if it was clean?

15      A.   Between 15 and 20 minutes.

16      Q.   Besides going around the building to

17   see if it was clean and changing gaskets, did

18   you perform any other work on Mondays?

19          MR. LEON:  Objection to the form of

20          the question.  You can answer.

21          THE WITNESS:  Well, I would paint, I

22          would prepare walls, if there was no hot

23          water I would have to go down and check

24          the boiler and things like that.

25      Q.   Besides painting, preparing walls
```

```
 1   and checking the boiler, was there any other

 2   work that you performed?

 3           MR. LEON:  Objection to the extent

 4       that that question mischaracterizes prior

 5       testimony.  You may respond to that

 6       question.

 7           THE WITNESS:  Well, I would have to

 8       check the stairs to make sure there were

 9       no obstructions so people would come down

10       in case of an emergency, I had to move

11       bikes, boxes, old stoves.

12   Q.   Carlos, how long would it typically

13   take for you to paint?

14           MR. LEON:  Objection to form of that

15       question, that ambiguous question.  You

16       may respond.

17           THE WITNESS:  Can you repeat the

18       question?

19   Q.   How long would it typically take for

20   you to perform the painting services that you

21   described?

22           MR. LEON:  Same objection.  You may

23       respond.

24           THE WITNESS:  Well, it would depend.

25       It would depend if it was all the
```

Carlos Chincha
April 23, 2020                           162

```
 1        apartment, if it was only the living

 2        room, the bedroom, the bathroom.  I don't

 3        know what you're asking.

 4        Q.   Did you paint every Monday?

 5        A.   No.

 6        Q.   How often would you paint?

 7             MR. LEON:  Objection.  You may

 8        respond.

 9             THE WITNESS:  Well, it would depend.

10        When the tenant would leave I would have

11        to prepare the wall, also take out the

12        trash, put up new Sheetrock, put the

13        tape, sand.

14        Q.   How many times in a year would that

15   happen?

16             MR. LEON:  Objection to the form of

17        that vague question.  You may respond to

18        that question.

19             THE WITNESS:  I don't remember it,

20        but it was many times.

21        Q.   How many times did that occur in

22   2015?

23             MR. LEON:  Objection to the form of

24        the question.  You may respond to that

25        question.
```

```
 1            THE WITNESS:  I don't remember.
 2       Q.   Was it more than five or less than
 3  five?
 4            MR. LEON:  Objection to the form of
 5       the question.  You may respond.
 6            THE WITNESS:  It was more.
 7       Q.   How long would it take for you to
 8  check the boiler?
 9            MR. LEON:  Objection to the form of
10       that question.  You may respond to that
11       question.
12            THE WITNESS:  In the summer or the
13       winter?
14       Q.   How long would it take for you to
15  check the boiler in the summer?
16            MR. LEON:  Same objection.
17            THE WITNESS:  Every day in the
18       winter and then I would have to get up
19       every hour and a half, because that
20       boiler was not functioning correctly.
21       Q.   Carlos, in the summer how long did
22  it typically take for you to check the boiler?
23            MR. LEON:  Objection to the form of
24       the question.  You may respond.
25            THE WITNESS:  It would be three or
```

Carlos Chincha
April 23, 2020                                    164

```
 1          four times during the day, because it
 2          would turn off, and then there was no hot
 3          water.
 4          Q.   How long would it take for you to
 5     typically check it each time?
 6               MR. LEON:  Objection to the form.
 7          You may respond.
 8               THE WITNESS:  Well, it would depend,
 9          because sometimes I'd have to perform
10          general maintenance to the boiler.
11          There's soot in it.  I had performed
12          maintenance, clean it.  So it would take
13          a day a month.  But, I checked it every
14          day.
15          Q.   How many minutes did you spend
16     checking it every day?
17               MR. LEON:  All right.  Objection,
18          asked and answered.  Mr. Chincha, please
19          answer his question.
20               THE WITNESS:  One hour.
21          Q.   Did that time ever change?
22               MR. LEON:  You may respond.
23               THE WITNESS:  One hour every time I
24          went.  And once a month it would be
25          maintenance and it was all day long.
```

```
 1          MR. LEON:  Jason, I need a
 2     five-minute bathroom break.  I've been
 3     drinking a lot of water, keeping
 4     hydrated.
 5          MR. INTERPRETER:  This is a quick
 6     question from the interpreter.  Did
 7     somebody mention that we would be taking,
 8     like, a half an hour break for lunch?
 9          MR. LEON:  We did that already.
10          MR. INTERPRETER:  Okay.
11          THE WITNESS:  Please get those drops
12     for my eyes, please.
13          MR. LEON:  Okay.  Mr. Chincha, I'm
14     speaking to you through the translator.
15     Please have your daughter turn off the
16     video and the mic so that you can then do
17     what you need to do.
18          (Recess taken.)
19 BY MR. MIZRAHI:
20     Q.   Carlos, how often would you have to
21 go to the store to purchase equipment?
22          MR. LEON:  Objection to the form of
23     the question.  You may respond to that
24     question.
25          THE WITNESS:  Equipment?  I did not
```

 1       buy equipment.

 2       Q.   You mentioned you had to go to the

 3  store to get some equipment, if you had to

 4  change a gasket, for example.

 5            MR. LEON:  Objection to the form of

 6       the question and to the extent that it

 7       mischaracterizes prior testimony.  You

 8       may respond.

 9            THE WITNESS:  Replacements.

10       Q.   How often would you have to go to

11  the store?

12            MR. LEON:  Objection, asked and

13       answered.  You may respond again.

14            THE WITNESS:  It would depend on the

15       type of things, for example, if it was a

16       the water faucets or if it was a gasket,

17       since we didn't have any at the building.

18       Q.   How long would it take for you to

19  prepare walls?

20            MR. LEON:  Objection to the form of

21       the question.  You may respond to that

22       question.

23            THE WITNESS:  It depends.  Which

24       walls?

25       Q.   Typically how long would it take for

```
 1    you to prepare a wall?

 2              MR. LEON:  Same objection, asked and

 3         answered.  You may respond again.

 4              THE WITNESS:  One day and a half.

 5         Q.   How many walls would you prepare in

 6    a week?

 7              MR. LEON:  Same objection.  You may

 8         respond.

 9              THE WITNESS:  One full apartment

10         would take me, like, 15 days.

11         Q.   This was only when a tenant would

12    leave; is that correct?

13              MR. LEON:  Objection to the form of

14         the question.  You make respond.

15              THE WITNESS:  No.

16         Q.   Did you ever take a break to eat

17    lunch?

18              MR. LEON:  Objection to the form of

19         that ambiguous question.  You may

20         respond.

21              THE WITNESS:  Between 15 and

22         20 minutes.

23         Q.   Who prepared your lunch?

24              MR. LEON:  You may respond.

25              THE WITNESS:  It would depend.
```

```
 1          Sometimes sandwiches, other times I'd buy

 2          Chinese food.

 3          Q.   What time would you typically start

 4      lunch?

 5               MR. LEON:  Objection to the form of

 6          the question.  You may respond.

 7               THE WITNESS:  At 1:00 in the

 8          afternoon.

 9          Q.   What time would you typically finish

10      lunch?

11               MR. LEON:  Objection, asked and

12          answered.

13               THE WITNESS:  1:20, 1:30.

14          Q.   Besides breakfast and lunch did you

15      take any other breaks during the day?

16               MR. LEON:  Objection, as that

17          question mischaracterizes prior testimony

18          quite deliberately.  Please respond to

19          that question, nevertheless.

20               THE WITNESS:  No.

21          Q.   What time would you stop working on

22      Mondays?

23               MR. LEON:  Objection to the form of

24          the question.  You may respond.

25               THE WITNESS:  I never stopped
```

```
 1        working.

 2        Q.   What time would you go to sleep on

 3   Mondays?

 4             MR. LEON:  Objection to the form of

 5        the question.  You may answer.

 6             THE WITNESS:  9:00 or 10:00 at

 7        night, but I would be on the lookout for

 8        any calls that they could make during the

 9        night.

10        Q.   Did you ever speak with Mr. Patel to

11   let him know when you would stop working?

12             MR. LEON:  Objection to the form of

13        the question and to the extent that it

14        mischaracterizes testimony that was just

15        given literally seconds ago.  You may

16        respond to that question.

17             THE WITNESS:  I don't understand

18        you.

19        Q.   When you stopped working did you

20   ever speak with Mr. Patel to let him know when

21   you stopped working?

22             MR. LEON:  Objection to the form of

23        that question and to the extent that it

24        misconstrues prior testimony given only

25        seconds or minutes ago.  You may respond.
```

```
 1              THE WITNESS:  Can you repeat the

 2         question?

 3              (Record read.)

 4              MR. LEON:  Same objection as before.

 5         I'm not going to repeat it, but same

 6         objections as before.  You may respond.

 7              THE WITNESS:  No.

 8         Q.   Did you need permission from

 9    Mr. Patel to leave the building?

10              MR. LEON:  Objection to the form of

11         the question.  You may respond to that

12         question.

13              THE WITNESS:  Yes.

14         Q.   What kind of permission did you

15    need?

16              MR. LEON:  Objection, ambiguous.

17         You may respond.

18              THE WITNESS:  Well, when I wanted to

19         visit my family and my daughter he

20         wouldn't want me to go.

21         Q.   Did you ever tell Mr. Patel how many

22    hours you worked?

23              MR. LEON:  Objection to the form of

24         that question.  Ambiguous, open-ended.

25         You may respond.
```

```
 1              THE WITNESS:  Can you repeat the

 2        question?

 3        Q.   Did you ever tell Mr. Patel how many

 4   hours you worked?

 5              MR. LEON:  Objection to the form of

 6        that question.

 7              THE WITNESS:  No.

 8        Q.   Did you ever work in the building on

 9   Tuesdays?

10        A.   Every day.

11        Q.   What time did you start working on

12   Tuesdays?

13              MR. LEON:  Objection, asked and

14        answered.  You may respond again.

15              THE WITNESS:  At 7:00 in the

16        morning.

17        Q.   Did you speak with Mr. Patel to let

18   him know when you started working?

19              MR. LEON:  Objection to the form of

20        the question, ambiguous and open-ended.

21        You may respond to the question.

22              THE WITNESS:  No.

23        Q.   Would you eat breakfast on Tuesdays?

24        A.   Can you repeat the question?

25        Q.   Would you eat breakfast on Tuesdays?
```

```
 1        A.    Normally, like, every day at 6:00 in
 2    the morning.
 3        Q.    The schedule that you described
 4    before, is that Monday through Friday?
 5            MR. LEON:  Objection to the form of
 6         that question to the extent that it
 7         attempts to or, in fact, misconstrues
 8         prior testimony given in his deposition.
 9         You may respond.
10            THE WITNESS:  Can you repeat it,
11         please?
12        Q.    Did your weekly schedule ever
13    change?
14            MR. LEON:  Objection to the form of
15         that question.  You may respond.
16            THE WITNESS:  My work schedule is
17         Monday to Friday, 7:00 to 5:00 p.m. and
18         then Saturday and Sunday, 8:00 to 3:00.
19         After that I was on duty in my apartment
20         in case they called me and there was an
21         emergency.
22        Q.    Did you ever work in the building on
23    Saturdays?
24        A.    Always.
25        Q.    What time did you start working on
```

```
 1   Saturdays?

 2           MR. LEON:  Objection, asked and

 3       answered.  He just answered again.

 4       Q.   What time did you start working on

 5   Saturdays?

 6           MR. LEON:  Objection, asked and

 7       answered multiple times.  Instructing my

 8       client to answer the question one more

 9       time.

10           THE WITNESS:  At 8:00 in the

11       morning.

12       Q.   Did you speak with Mr. Patel to let

13   him know when you started working on Saturdays?

14           MR. LEON:  Objection to the form of

15       that question.

16           THE WITNESS:  Patel would tell me I

17       had to be there every day.

18       Q.   Did you speak to Mr. Patel to let

19   him know when you started working on Saturday

20   mornings?

21           MR. LEON:  Objection, asked and

22       answered.  You can respond one last time.

23           THE WITNESS:  Can you repeat the

24       question?

25       Q.   Did you speak with Mr. Patel before
```

Carlos Chincha
April 23, 2020
174

```
 1   you started working on Saturday mornings?
 2              MR. LEON:  Same objection.
 3              THE WITNESS:  No.
 4       Q.   Did you eat breakfast on Saturday
 5   mornings?
 6              MR. LEON:  Okay.  I'm sorry.
 7         Objection.  I'm going to put this on the
 8         record, because he's already testified to
 9         that point for every single day he's
10         already answered.
11              Last time I'm going to let you ask
12         that question and have him answer it,
13         because you're asking him the same
14         questions over and over.
15              THE WITNESS:  As always, I would get
16         up at 6:00 in the morning and prepare my
17         breakfast.
18       Q.   What time would you typically finish
19   breakfast on Saturdays?
20       A.   6:30, 7:00.
21       Q.   Please describe the work that you
22   performed on Saturdays.
23       A.   The same what I did all week, sir.
24       Q.   Did you ever take a break to eat
25   lunch?
```

```
 1            MR. LEON:  Objection to the form of
 2       the question and to the extent it's been
 3       asked and answered.  You may answer
 4       again.
 5            THE WITNESS:  I did not take it.
 6       Q.   Did you ever eat lunch on Saturdays?
 7       A.   Yes.  After 3:00.
 8       Q.   What time would you typically start
 9  lunch?
10            MR. LEON:  Objection to the form of
11       that question.  That's ambiguous and
12       open-ended.  You may respond.
13            THE WITNESS:  Half an hour.
14       Q.   What time would you typically start
15  lunch on Saturdays?
16            MR. LEON:  Objection, asked and
17       answered less than a minute ago.  You may
18       answer that one final time, Mr. Chincha.
19            THE WITNESS:  The same, at 3:00 in
20       the afternoon.
21       Q.   Besides breakfast and lunch, did you
22  take any other breaks during the day on
23  Saturdays?
24            MR. LEON:  Objection to the extent
25       that it mischaracterizes prior testimony
```

```
 1        and to the form.  You may answer.
 2             THE WITNESS:  No.
 3        Q.   Did you speak with Mr. Patel to let
 4   him know when you stopped working on Saturdays?
 5             MR. LEON:  You may respond.
 6             THE WITNESS:  He would come at that
 7        time, more or less, to pay me.
 8        Q.   Did you speak to Mr. Patel to let
 9   him know when you stopped working on Saturdays?
10        A.   No, not to stop.  He would come and
11   check in.
12        Q.   So, you never spoke with him to let
13   him know when you stopped working?  I just want
14   to make sure the record's clear.
15             MR. LEON:  Objection to the extent
16        that that question misconstrues prior
17        testimony and assumes evidence and
18        testimony not previously given in this
19        deposition.  You may respond.
20             THE WITNESS:  Can you repeat the
21        question?
22        Q.   Did you ever speak to Mr. Patel to
23   let him know when you stopped working on
24   Saturdays?
25             MR. LEON:  Objection to the form of
```

1          the question to the extent that it

2          misconstrues prior testimony and assumes

3          testimony in evidence not acknowledged or

4          given in this deposition.  You may

5          respond.

6              THE WITNESS:  I would not stop

7          working.

8      Q.   You testified that you had the same

9  schedule on Sundays as you did on Saturdays; is

10 that correct?

11     A.   Yes.

12     Q.   Do you ever go to church on Sundays?

13             MR. LEON:  Objection as to

14         relevance.  Please respond.

15             THE WITNESS:  No.

16     Q.   Did you ever go to Connecticut on

17 Saturdays and Sundays?

18             MR. LEON:  Objection to the form of

19         that question.  You may respond.

20             THE WITNESS:  No.

21     Q.   Did you ever leave the building on

22 Saturdays?

23             MR. LEON:  Objection to the form of

24         that question.  You may respond.

25             THE WITNESS:  Can you repeat it,

```
 1          please?

 2          Q.   Did you ever leave the building on

 3   Saturdays?

 4               MR. LEON:  Objection to the form of

 5          that question.  You may respond.

 6               THE WITNESS:  Only the surgery I

 7          had, which was on a Saturday.

 8          Q.   Besides the surgery, would you ever

 9   leave the building on Saturdays?

10               MR. LEON:  Objection to the form of

11          that question.  You may respond.

12               THE WITNESS:  No.

13          Q.   Did you ever leave the building on

14   Sundays?

15               MR. LEON:  Same objection.  You may

16          respond.

17               THE WITNESS:  No.

18          Q.   How many hours did you work the

19   first week of your employment?

20               MR. LEON:  Objection to the form of

21          that question.  You may respond to that

22          question.

23               THE WITNESS:  I don't remember.

24          Q.   How many hours did you work the

25   second week of your employment?
```

 1          MR. LEON:  Okay.  Same objection.

 2      He's going to respond, I'm going to

 3      direct him to respond, but I'm going to

 4      caution, if you're going to be going week

 5      by week by week by week, that is

 6      harassing him and I'm not going to allow

 7      you to keep doing that.  And if that

 8      continues happening, I'm going to direct

 9      him not to respond.

10          But, for now please respond to his

11      question, if you know.

12          THE WITNESS:  I don't remember.

13      Q.  Do you recall how many hours you

14  worked the third week of your employment?

15          MR. LEON:  This is the last time.

16      I'm going to direct him to answer this

17      one.  Let him speak --

18          MR. MIZRAHI:  (Unintelligible.)

19          MR. LEON:  No, no.  I'm speaking for

20      myself to you, Jason.  I know that's kind

21      of hard to comprehend sometimes.  But,

22      I'm making an objection that this is the

23      last type of question he's going to

24      answer.

25          We're not going to go through a

 1          hundred weeks of "Do you remember the

 2          fourth week," "Do you remember the fifth

 3          week," "Do you remember the sixth week,"

 4          because that's what you're doing.

 5               This third time I'll let him respond

 6          and that's as far as that type of

 7          question is going to go.  Because, it's

 8          harassing.  There's no angle to it and

 9          I'm not going to go more into it, because

10          then I'll be making a speaking objecting,

11          according to you.

12               So, please, Mr. Chincha, respond to

13          his question, but please keep in mind

14          that, going forward, if he asks you more

15          questions like that, I'm going to direct

16          you not to answer.  For now answer his

17          question.  You may respond.

18               THE WITNESS:  I work normally.

19      Q.   Is it your testimony, under penalty

20   of perjury, that you worked over 40 hours every

21   week of your employment?

22               MR. LEON:  Objection to the form of

23          that question.  You may respond to that

24          question.

25               THE WITNESS:  What does "perjury"

```
 1       mean?
 2       Q.   It means that you're under oath.
 3            MR. LEON:  Objection,
 4       misrepresentation.  That's actually not
 5       what it means.
 6            Mr. Chincha, you don't have to take
 7       Mr. Mizrahi's representation of that word
 8       to be fact.  Just keep that in mind.
 9            THE WITNESS:  Can you repeat the
10       question?
11       Q.   Is it your testimony that you worked
12  over 40 hours per week during your employment?
13       A.   Yes.
14       Q.   Have you ever suffered from any
15  disabilities?
16            MR. LEON:  Objection to the form of
17       that question and to its relevance.  I'll
18       allow it for now.  You may respond.
19            THE WITNESS:  No.
20       Q.   You previously testified you had
21  some vision loss in 2015.  Do you recall?
22            MR. LEON:  Objection to the extent
23       that it mischaracterizes prior testimony.
24       You may respond, Mr. Chincha.
25            THE WITNESS:  Yes.
```

Carlos Chincha
April 23, 2020                    182

1        Q.   Did this vision loss impact your

2    ability to perform any physical work?

3            MR. LEON:  Objection to the form of

4        that question to the extent that it

5        contains mischaracterizing prior

6        testimony.  You may respond.

7            THE WITNESS:  After the surgery I

8        was fine.

9        Q.   What about before the surgery?

10           MR. LEON:  Objection to the form of

11       the question.  You may respond.

12           THE WITNESS:  I already told you, my

13       vision was low, I went to the doctor and

14       they performed the surgery.

15       Q.   Before you had the surgery did it

16   impact your ability to perform physical work?

17           MR. LEON:  Objection to the form of

18       that question.  You may respond to that

19       question.

20           THE WITNESS:  No.

21       Q.   After you had the vision surgery

22   were you still able to paint the walls?

23           MR. LEON:  Objection to the form of

24       the question.  You may respond.

25           THE WITNESS:  Yes.

Carlos Chincha
April 23, 2020
183

```
 1       Q.   And after you had the vision surgery
 2  were you able to prepare vacant apartments?
 3            MR. LEON:  Objection to the form of
 4       the question as phrased.  You may respond
 5       to that question.
 6            THE WITNESS:  Yes.
 7       Q.   You previously testified that you
 8  had another surgery in May of 2015.  Do you
 9  recall?
10            MR. LEON:  You may respond.
11            THE WITNESS:  Yes.
12       Q.   And that was the surgery for a
13  pacemaker; is that correct?
14       A.   Yes.
15       Q.   And you previously testified that
16  you required that surgery because you couldn't
17  stand; is that correct?
18            MR. LEON:  Objection to the form of
19       the question to the extent that it
20       mischaracterizes prior testimony.  You
21       may respond.
22            THE WITNESS:  As I said, it was only
23       one day that I could not walk.
24       Q.   Have you ever applied for disability
25  benefits?
```

```
 1              MR. LEON:  Objection.  Objection.

 2         Pursuant to the countless objections that

 3         I've made in this deposition with

 4         Judge Tiscione, directing my client not

 5         to respond to questions about government

 6         benefits, disability benefits.

 7              So, Mr. Chincha, do not respond to

 8         that question or that line of questions.

 9              (Defendant's Exhibit C, Text Message

10         String, marked for identification as of

11         this date.)

12    Q.   We're going to show you what's

13  previously been marked as Defendant's

14  Exhibit C.  If you could take a moment to pull

15  up this exhibit.

16              Mr. Chincha, can you have your

17  daughter open up Exhibit C for you?

18    A.   Okay.  She's going to open it.

19              MR. LEON:  And just for the record,

20         Counsel, this is a three-page document,

21         correct, inclusive of cover page.  That's

22         correct, Jason?

23              MR. MIZRAHI:  Yes.

24    Q.   Carlos, I'm showing you a document

25  that is Bates-stamped Defendant's 0056 to 0057.
```

```
 1   Please take a moment to familiarize yourself

 2   with this document.

 3        A.   It's in English.  I don't read

 4   English.

 5        Q.   If you could ask your daughter to

 6   please scroll down to the last page of the

 7   document.

 8             MR. LEON:  Shirley, you can hear

 9        that, right?

10             MS. SANCHEZ:  Yes.  Yes.

11             MR. LEON:  Okay.  So, let's just go

12        to page 3 of that document.

13             MS. SANCHEZ:  Okay.

14             MR. MIZRAHI:  You can actually

15        scroll back to page 2, beginning with,

16        "Hey Patel this is Carlos Junior."

17             MS. SANCHEZ:  Okay.

18        Q.   Carlos, you previously testified

19   that you had a son; is that correct?

20        A.   Yes.

21        Q.   And what is your son's name?

22        A.   Carlos Roger Chincha.

23        Q.   Do you recall your son Carlos ever

24   texting Mr. Patel?

25        A.   The truth is, I don't know.  I'm
```

1    recently seeing this document.

2          Q.   Does your name appear anywhere on

3    this document?

4                MR. LEON:  Objection to the form of

5          the question.  You may respond.

6                THE WITNESS:  My first name, Carlos

7          Junior.

8          Q.   Carlos, I'm representing to you a

9    message was sent in this conversation by your

10   son.  And the message reads:

11               "You can call who ever you want my

12   dad is old and disable."

13               It's on the last page, bracketed in

14   red.

15               MR. LEON:  Objection.  You do not

16         have to take Counsel's representation to

17         be accurate.  And I object to the extent

18         that this question or any line of

19         questions will call you to speculate.

20               You may respond to any question that

21         he may eventually pose.

22               THE WITNESS:  I can't respond to

23         this, because I've never seen it and he's

24         never told me about this.

25         Q.   Well, you're reading it right now.

```
1              MR. LEON:  Objection.  He didn't say
2         he's reading, it's being translated to
3         him.
4              Carlos, Carlos, Carlos, Carlos.
5         There's no pending question.  Wait until
6         he asks a question.
7         Q.   Carlos, according to the
8    interpreter's translation, does your son refer
9    to you as old and disabled?
10             MR. LEON:  Objection to the form of
11        that question.  It's very difficult to
12        make sense out of that and calls for
13        speculation.
14             You may respond, Mr. Chincha.
15             THE WITNESS:  I have not seen this
16        document.
17             (Defendant's Exhibit D, Notice of
18        Eligibility Determination, marked for
19        identification as of this date.)
20        Q.   I'd like to introduce what has
21   previously been marked as Defendant's Exhibit D
22   for identification.
23             MR. LEON:  Mr. Chincha, before --
24        I'm going to allow Mr. Mizrahi to go
25        ahead and do -- I'm not going to stop him
```

```
 1    from asking a question, but I want to

 2    just make one statement on the record

 3    about this document.

 4        I'm going to allow my client to

 5    answer only a question in which he's

 6    being asked to acknowledge whether he's

 7    seen this document before or not,

 8    otherwise it goes back to my prior

 9    objections of the fact that you are not

10    permitted under Second Circuit case law

11    to ask question that would go to his

12    immigration status, such as his

13    application for any government benefits.

14        So, I'm directing you to wait until

15    Mr. Mizrahi asks his question and the

16    only question I'm going to allow you to

17    answer regarding that document is of

18    whether you've seen it before.

19        And before you open it up I just

20    want to remind my client to wait before

21    answering so we can ascertain whether I

22    have to direct him not to answer the next

23    question.

24    Q.   Please pull up Exhibit D, Carlos.

25    A.   So, I have to call my daughter.
```

```
 1              MR. LEON:  Shirley, can you open up

 2         Exhibit D for your father?

 3              MS. SANCHEZ:  D?  Okay.  Hold on.

 4         Okay.

 5         Q.   Carlos, I'm showing you a document

 6    that's been Bates-stamped Defendant's 0004 to

 7    0007.  Please take a moment to familiarize

 8    yourself with this document.

 9         A.   I've never seen it.

10         Q.   Do you recognize this document?

11              MR. LEON:  Objection, asked and

12         answered.  You can answer it one more

13         time and I've already told you what my

14         position is on this.  He just answered

15         your question.

16              Can we ask the court reporter just

17         to repeat back the question?

18              (Record read.)

19              MR. LEON:  Objection.  I'm giving

20         you the same instruction as before.  You

21         are only to answer a question regarding

22         whether you've seen this document before

23         or not or recognize it, but you are not

24         to answer any other questions on it.

25              THE WITNESS:  No.
```

```
 1        Q.   Have you ever applied for Protective

 2   Services?

 3             MR. LEON:  No.  Objection.  I just

 4        told you no.  It's like you disregard and

 5        ignore everything I say in this

 6        deposition.

 7             Before the translator even

 8        translates I'm directing my client not to

 9        respond and that will apply to any

10        follow-ups that you have of the sort.

11        Q.   Carlos, I'd like to ask you some

12   questions about the work that you performed at

13   the building.  I'd like to direct your

14   attention to paragraph 12 of the Complaint,

15   which is Exhibit A.

16             MR. LEON:  Can you please ask

17        Mr. Chincha to ask his daughter to open

18        up Exhibit A?

19             MS. SANCHEZ:  Which one?

20             MR. LEON:  Exhibit A.

21             MS. SANCHEZ:  A?

22             MR. LEON:  Yes.  The Complaint.

23             MS. SANCHEZ:  Where?

24             MR. LEON:  Paragraph 12.

25             MS. SANCHEZ:  Okay.
```

```
 1       Q.   Carlos, paragraph 12 lists some
 2  duties and responsibilities when you were
 3  employed at the building which, according to
 4  the Complaint, the duties and responsibilities
 5  consisted of collecting rent, performing
 6  general maintenance duties, ensuring the
 7  cleanliness of common areas, responding to
 8  tenants' complaints and concerns, repairing
 9  walls, painting walls, doors, ceilings,
10  installing and repairing cabinets, sinks and
11  other fixtures.
12          Besides what has been described in
13  paragraph 12, were there any other duties and
14  responsibilities?
15          MR. LEON:  Objection to the extent
16      that Counsel appears to have
17      inadvertently, of course, inadvertently,
18      left out the last -- basically the last
19      two lines of that paragraph.
20          So, I'd ask to note that for the
21      record.  I object on the basis that that
22      question --
23          MR. MIZRAHI:  Let's withdraw the
24      question.
25          MR. LEON:  Yeah.  Let's do that.
```

```
 1       Q.   Carlos, what does "general

 2   maintenance duty" mean?

 3            MR. LEON:  Objection to the form of

 4       that question.  You may respond.

 5            THE WITNESS:  Keep the building

 6       clean, work on whatever inside the

 7       building; when the light bulbs burn out,

 8       just replace them.  Everything inside the

 9       building.

10            MR. LEON:  Madam Court Reporter, I

11       want to make sure that you were able to

12       hear the translator about the last part

13       about everything inside the building.  I

14       just want to make sure that that was

15       heard.

16            THE REPORTER:  Yes.  I got it.

17            MR. LEON:  Thank you.

18       Q.   How many minutes during the day did

19   you spend performing these general maintenance

20   duties?

21            MR. LEON:  Objection to the form of

22       the question.  Incredibly vague,

23       incomplete.  You may respond to that

24       question.

25            THE WITNESS:  Eight or ten hours.
```

1      Q.   Is that per day?

2      A.   Yes.

3      Q.   What is a common area?

4           MR. LEON:  Objection to the form of

5      that question.  Calls for speculation,

6      possibly legal conclusions.  You may

7      respond.

8           THE WITNESS:  I don't understand

9      what the common area is.

10     Q.   In your complaint you say that your

11  job consisted of ensuring the cleanliness of

12  common areas.  What is a common area?

13          MR. LEON:  Objection to the form of

14     that question to the extent that it

15     requires you to speculate about what your

16     attorney did.  You may respond.

17          THE WITNESS:  Well, repair locks,

18     change lights in and outside if they

19     burnt, make sure the door was locked,

20     because sometimes thieves would break

21     them to get in, so just make sure it was

22     locked.

23     Q.   How many common areas are there in

24  the building?

25          MR. LEON:  Same objection to the

```
 1          form and to the extent that it calls for

 2          my client to speculate.  You may respond.

 3              THE WITNESS:  Can you repeat the

 4          question?

 5      Q.   How many common areas are there in

 6   the building?

 7              MR. LEON:  Objection to the form of

 8          the question.  You may respond to that

 9          question.

10              THE WITNESS:  There are three areas.

11      Q.   What are the areas?

12      A.   One entrance was the 95-13, the

13   other entrance was at 32-56 and another at the

14   rear or where the recycle was.

15      Q.   Besides the three areas that you

16   described, were there any other common areas?

17      A.   The roof.  The roof was big.

18      Q.   So then, how many common areas were

19   there in the building?

20              MR. LEON:  Objection, asked and

21          answered.  You may answer again.

22              THE WITNESS:  Well, the roof, if you

23          didn't make sure the door was closed,

24          they would go up there and smoke.

25      Q.   Did you work in the common areas
```

```
 1   every day?
 2             MR. LEON:  Objection to the form of
 3        the question.  You may respond.
 4             THE WITNESS:  Every day.
 5        Q.   And according to the Complaint, you
 6   ensured the cleanliness of the common areas; is
 7   that correct?
 8             MR. LEON:  Objection to the form of
 9        the question.  My client's already
10        indicated that he can't read English.
11             You're asking him questions about
12        something that's in English after he's
13        explained to you that he cannot read it.
14        I'd like to make that objection.
15             To the best of your ability, sir,
16        respond to that question.
17             THE WITNESS:  Can you repeat the
18        question?
19        Q.   I'm representing to you that the
20   Complaint that you filed says that you ensured
21   the cleanliness of the common areas of the
22   building.
23             MR. LEON:  Objection.  You don't
24        have to accept Counsel's representation
25        to be fact.  And wait for a question from
```

1          Mr. Mizrahi.

2                   THE WITNESS:  Repeat the question.

3                   MR. LEON:  There was no question.

4          Q.   How long did you spend each day

5     ensuring the cleanliness of the common areas of

6     the building?

7          A.   All day.  All day I would have to

8     check these areas, because Patel would come and

9     then start to yell.

10         Q.   How many hours did you spend

11    ensuring the cleanliness of the common areas?

12                  MR. LEON:  Objection to the form of

13             the question.  You may respond to that

14             question.

15                  THE WITNESS:  Every two hours I

16             would go around and then I would go

17             upstairs and make sure if it was dirty or

18             something.

19         Q.   How many hours total each day did

20    you spend ensuring the cleanliness of the

21    common areas?

22                  MR. LEON:  Objection to the form of

23             the question.  You may respond to that

24             question.

25                  THE WITNESS:  Like four hours.

Carlos Chincha
April 23, 2020
197

```
 1        Q.   How many tenants were in the

 2   building in 2015?

 3             MR. LEON:  Objection to the form of

 4        that question and to the extent that it

 5        would cause my client to have to

 6        speculate.  You may respond if you know.

 7             THE WITNESS:  Can you repeat the

 8        question?

 9             MR. LEON:  And the objection,

10        please.

11             (Record read.)

12             THE WITNESS:  The building was full.

13        Q.   Do you know how many tenants were in

14   the building in 2015?

15             MR. LEON:  Objection, speculation.

16        You may respond.

17             THE WITNESS:  Twenty-eight

18        apartments.

19        Q.   Do you recall how many tenants were

20   in the building in 2016?

21        A.   The same.

22        Q.   And in 2017?

23        A.   Until I left it was still the same.

24        Q.   Are these one-bedroom apartments?

25        A.   One- and two-bedrooms.
```

Carlos Chincha
April 23, 2020                                                        198

1          Q.   Do you know approximately how many

2     of these 28 apartments were one-bedroom

3     apartments?

4               MR. LEON:  Objection, relevance.

5          You may respond.

6               THE WITNESS:  Fourteen/fourteen.

7          Q.   How often did you get a tenant

8     complaint?

9               MR. LEON:  Objection to the form of

10         the question.  Ambiguous.  You may

11         respond.

12              THE WITNESS:  I can't tell you, but

13         it was all day and at night, as well.

14         Q.   How many complaints did you

15    typically receive in one day?

16              MR. LEON:  Objection, asked and

17         answered.

18              THE WITNESS:  I don't remember, but

19         it was every day.

20         Q.   Was it more than five complaints a

21    day or was it less than five complaints a day?

22              MR. LEON:  Objection, answered

23         before.  You may respond.

24              THE WITNESS:  It was more.

25         Q.   Was it more than ten complaints per

```
 1    day or was it less than ten complaints a day?
 2              MR. LEON:  Objection to the form.
 3         You may respond.
 4              THE WITNESS:  It would depend.  It
 5         would depend, because there was more
 6         during the winter.
 7         Q.   In the summer would you typically
 8    receive more than ten complaints per day or
 9    less than ten complaints per day?
10              MR. LEON:  Objection to the form of
11         the question.  You may respond.
12              THE WITNESS:  It was less.
13         Q.   And during the other times of the
14    year, was it more than ten complaints per day
15    or less than ten complaints per day?
16              MR. LEON:  Objection to the form of
17         the question.  You may respond to that
18         question.
19              THE WITNESS:  Can you repeat it?
20         Q.   During the other times of the year
21    was it less than ten times per day or more than
22    ten times per day?
23              MR. LEON:  Objection to the form of
24         that question.  You may respond to that
25         question.
```

```
 1              THE WITNESS:  Well, it would depend.
 2         It would depend.  It was more during the
 3         winter and in summer it was less.
 4         Q.   How long would it typically take for
 5    you to respond to a tenant complaint?
 6              MR. LEON:  Objection to the form of
 7         that question.  You may respond.
 8              THE WITNESS:  Five minutes and then
 9         I would go up to the apartment.
10         Q.   What apartment?
11              MR. LEON:  Objection to the form of
12         that question to the extent that it
13         misconstrues the prior testimony.  You
14         may respond.
15              THE WITNESS:  Apartment D6, D7, D8.
16         Q.   I'm sorry.  Can you clarify?
17              MR. LEON:  Objection.  That's not an
18         actual question.  "Can you clarify" what?
19         Q.   Go ahead, Carlos.
20              MR. LEON:  Not "Go ahead, Carlos."
21         Please clarify, otherwise there's no
22         question to answer.
23         Q.   Can you please clarify your
24    response?  I don't understand it.
25              MR. LEON:  Objection to the form of
```

```
 1          the question.  You may respond to that

 2          question, Mr. Chincha.

 3               THE WITNESS:  Can you repeat it?

 4               MR. MIZRAHI:  I'm going to withdraw

 5          the question.

 6          Q.   How many walls did you repair in

 7   2015?

 8               MR. LEON:  Objection to the form of

 9          the question.  You may respond to that

10          question.

11               THE WITNESS:  I don't remember a

12          lot.

13          Q.   Did you repair a wall every single

14   day in 2015?

15          A.   No.

16          Q.   Did you repair a wall every single

17   day in 2016?

18          A.   No.

19          Q.   Did you repair a wall every single

20   day in 2017?

21          A.   No.

22          Q.   Do you recall how many walls you did

23   repair in 2016?

24               MR. LEON:  Objection to the form of

25          the question.  You may respond to that
```

```
 1        question.
 2              THE WITNESS:  I don't remember.
 3        Q.   Do you recall how many walls you
 4   repaired in 2017?
 5              MR. LEON:  Objection to the form of
 6        the question.  You may respond.
 7              THE INTERPRETER:  Sorry.  He was, I
 8        believe, responding when you made the
 9        objection.
10              THE WITNESS:  I don't remember.
11        Q.   How long would it typically take for
12   you to repair a wall?
13              MR. LEON:  Objection.  I believe
14        that's asked and answered, but you may
15        respond again.
16              THE WITNESS:  I told you, two days.
17        Q.   How many hours would it take for you
18   to repair a wall?
19              MR. LEON:  Objection to the form of
20        that question.  You may respond.
21              THE WITNESS:  Well, it would depend.
22        It was taking the old one out, putting in
23        the new one, taping, painting, repairing,
24        then repairing the corners and then
25        painting.
```

```
 1        Q.   Carlos, how many painting jobs did
 2   you do in 2015?
 3             MR. LEON:  Objection to the form of
 4        that question.  You may respond to that
 5        question by Counsel, Mr. Chincha.
 6             THE WITNESS:  I don't remember.
 7        Q.   What about 2016?
 8             MR. LEON:  Objection to the form.
 9        You may respond.
10             THE WITNESS:  I don't remember.
11        Q.   What about in 2017?
12             MR. LEON:  Same objection.  You may
13        respond.
14             THE WITNESS:  I don't remember.
15        Q.   Were you painting every single day
16   in 2015?
17             MR. LEON:  Objection.  I believe
18        this is -- no, not believe.  This is
19        definitely asked and answered.  You may
20        respond to that question one more time.
21             THE WITNESS:  Not every day, only
22        when there were problems on the wall.
23        Q.   So, but, you only painted whenever
24   you were repairing the wall; is that correct?
25             MR. LEON:  Objection to the extent
```

 1          that it mischaracterizes prior testimony.

 2          You may respond.

 3                THE WITNESS:  Sometimes there was a

 4          broken pipe inside the wall, so we would

 5          have to break the wall and repair it and

 6          then do it again.

 7          Q.   How many times did you spend,

 8   typically, installing cabinets?

 9                MR. LEON:  Objection to the form of

10          the question.  You may respond to that

11          question.

12                THE WITNESS:  I don't remember.

13          Q.   How many cabinets did you install in

14   2015?

15                MR. LEON:  Objection to the form and

16          to the extent that it would require my

17          client to speculate.  Please respond to

18          the question.

19                THE WITNESS:  One.

20          Q.   How many cabinets did you install in

21   2016?

22                MR. LEON:  Objection to the form of

23          the question and to the extent that it

24          would force my client to speculate.

25          Please respond to the question.

```
 1              THE WITNESS:  I don't remember.
 2         Q.   How many cabinets did you install in
 3    2017?
 4              MR. LEON:  Same objection to the
 5         form and to the extent that it would
 6         require my client to speculate.  You may
 7         answer the question.
 8              THE WITNESS:  Nothing.
 9         Q.   Carlos, how long would it typically
10    take for you to repair a cabinet?
11              MR. LEON:  Objection to the form of
12         the question.  You may respond.
13              THE WITNESS:  I did not repair a
14         cabinet, the cabinet was new.
15         Q.   Did you ever repair any cabinets?
16              MR. LEON:  Objection, asked and
17         answered.  You may answer again.
18              THE WITNESS:  No.
19         Q.   How many sinks did you install in
20    2015?
21              MR. LEON:  Objection to the form of
22         the question.  You may respond.
23              THE WITNESS:  I don't remember.
24         Q.   Do you recall, how many sinks did
25    you install in 2017?
```

```
 1              MR. LEON:  Objection to the form of

 2          the question.  You may respond to that

 3          question, Mr. Chincha.

 4              THE WITNESS:  I don't remember.

 5      Q.    What about 2016?

 6      A.    Same objection.  You may respond.

 7              THE WITNESS:  I don't remember.

 8      Q.    Would you install a sink every day

 9  in 2015?

10              MR. LEON:  Objection to the form of

11          the question.  You may respond.

12              THE WITNESS:  No.

13      Q.    Was this something that you did

14  frequently or rarely?

15              MR. LEON:  Objection to the form of

16          that question as phrased.  You may

17          respond.

18              THE WITNESS:  No.

19      Q.    Was it frequent or was it very rare?

20              MR. LEON:  Objection to the form of

21          the question.  You may respond to the

22          best of your ability.

23              THE WITNESS:  No.

24      Q.    What kind of electrical work did you

25  do every day?
```

1            MR. LEON:  Objection to the form of

2        that question and to the extent that it

3        mischaracterizes prior testimony and

4        assumes testimony in evidence not

5        admitted in this deposition.  You may

6        respond to the question.

7            MR. MIZRAHI:  Actually, we can

8        strike the question, I'm going to

9        withdraw it.

10       Q.   How much time did you spend every

11   day performing electrical work?

12           MR. LEON:  Objection to the form of

13       the question.  You may respond to that

14       question.

15           THE WITNESS:  It would depend on the

16       type of work I had to do there.

17       Q.   Typically how much time do you spend

18   every day performing electrical work?

19           MR. LEON:  Objection to the form of

20       that question, which is asking him about

21       the present tense.  You may respond.

22           THE WITNESS:  Not always.

23       Q.   What was your compensation when you

24   were working for Mr. Patel?

25           MR. LEON:  Objection to the form of

Carlos Chincha
April 23, 2020                                    208

```
 1        the question.  You may respond.
 2              THE WITNESS:  What type of
 3        compensation?
 4        Q.   What kind of compensation did you
 5   receive?
 6        A.   None.
 7        Q.   Did you receive a weekly salary?
 8        A.   Yes.
 9        Q.   What was your weekly salary?
10        A.   $300.
11        Q.   And did you also receive anything
12   else in addition to your weekly salary?
13              MR. LEON:  Objection to the form of
14        the question.  You may respond.
15              THE WITNESS:  No.
16        Q.   According to paragraph 14 of the
17   Complaint you allege that:
18              "In addition to his salary, the
19   Company provided him with a rent-free apartment
20   with an estimated rental value of $1500 per
21   month."
22              MR. LEON:  Objection to the extent
23        that that question is reading off of a
24        document that my client cannot read.
25        Please respond to the question.
```

1        Q.   So, Carlos, did you receive a

2   rent-free apartment?

3        A.   Yes.

4        Q.   Did you ever pay for utilities for

5   this apartment?

6             MR. LEON:  Objection to the form of

7        the question.  You may respond.

8             THE WITNESS:  No.

9        Q.   Did you ever have to pay for

10  electricity for the apartment?

11            MR. LEON:  You may answer.

12            THE WITNESS:  No.

13       Q.   You previously testified that during

14  the week you finished work typically at

15  5:00 p.m.  Do you recall that?

16            MR. LEON:  Objection to the form of

17       the question and to the extent that it

18       clearly mischaracterizes prior testimony.

19       You may respond.

20            THE WITNESS:  Could you repeat the

21       question?

22            MR. MIZRAHI:  I'm going to withdraw

23       the question.

24            MR. LEON:  Just one quick thing.

25       Sorry to interrupt you.  I'm really not

1   trying to interrupt you.

2        So, it's about 5:35, I know the

3   Judge said we'd go until 6:00.  I, like

4   you, want to do some quick redirect at

5   the end, so I just want to put you on

6   notice that I want to add some follow-up

7   questions at the very end of the

8   deposition.

9        So, hopefully -- I mean, you do what

10  you want to do.  If it goes until 6:00

11  and I haven't had a chance to do it, I'm

12  going to do it at that time.  So, I'm

13  just letting you know.

14       MR. MIZRAHI:  You know, I'm almost

15  finished.

16       MR. LEON:  Yeah, yeah.  I'm

17  literally not trying to be difficult.

18  I'm just telling you so that we can work

19  together.

20       THE INTERPRETER:  And I just have a

21  quick request.  This is the interpreter.

22  Can we take a quick comfort break?

23       MR. MIZRAHI:  We can.  We can add it

24  to the same time that we had before.  I

25  know that there was a 30-minute break,

 1   basically, to --

 2        MR. LEON:  Well, Jason, we're not

 3   requesting this.  I think it's a

 4   courtesy --

 5        MR. MIZRAHI:  -- we're just going to

 6   add it on top of all the other breaks.

 7   So, right now we're scheduled to end at

 8   7:15 p.m., according to my --

 9        MR. LEON:  Jason, do you have a hard

10   time understanding the Judge's orders, I

11   mean, like, throughout this lawsuit and

12   throughout this deposition?

13        He said end at 6:00.  That's what he

14   said.  So, I don't know where you're

15   getting the 7:15 from.  You might be

16   saying that just to say it, and that's

17   fine, say whatever you want, but the

18   Judge said 6:00, which is why I'm

19   bringing --

20        Jason, Jason, Jason, I'm not done.

21   Stop wasting time.

22        I'm telling you right now it's 5:35

23   and I brought it up as a courtesy because

24   I want to do a redirect of my client,

25   most likely, and I was letting you know

```
 1          so we can end by 6:00, as the Judge said.

 2               I'm okay with the translator taking

 3          five minutes or a comfort break.  I mean,

 4          it's a courtesy.  But, don't make us pay

 5          for it, Jason.

 6               MR. MIZRAHI:  I think we're -- we'd

 7          like to just move forward.  I'm not going

 8          to be much longer.

 9               MR. LEON:  Okay.

10     Q.    Carlos, did you ever return to your

11  apartment in the middle of the day?

12               MR. LEON:  Objection to the form of

13          that question.  You may respond as

14          phrased.

15               THE WITNESS:  Only to pick up my

16          lunch.

17     Q.    Did you ever go back to your

18  apartment in the middle of the workday for any

19  other reason?

20     A.    Tools.  For tools.

21     Q.    Besides going back to your apartment

22  for tools and for lunch, did you go back to

23  your apartment for any other reason?

24               MR. LEON:  Objection to the form of

25          the question as phrased.  You may
```

```
 1          respond.
 2               THE WITNESS:  No.
 3      Q.   What did you do after work?
 4               MR. LEON:  Objection to the form of
 5          that question and to the extent that it
 6          assumes testimony not given in this
 7          deposition.  You may respond to that
 8          question.
 9               THE WITNESS:  My work was never
10          over.  I would have to be on the lookout
11          for calls, emergency calls they would
12          make or something going on in the
13          building.
14      Q.   You previously testified that you
15  worked from 7:00 a.m. to 5:00 p.m. Monday
16  through Friday.  Do you recall that?
17               MR. LEON:  You may answer.
18               THE WITNESS:  Can you repeat the
19          question?
20      Q.   You previously testified that you
21  worked Monday through Friday, 7:00 a.m. to
22  5:00 p.m.?
23      A.   Yes.
24      Q.   What did you typically do after
25  5:00 p.m.?
```

1            MR. LEON:  Objection to the form of

2        the question.  You may respond to that

3        question.

4            THE WITNESS:  I would continue

5        working, again, for emergencies or calls

6        I got from the building.

7        Q.   And did you stay in the building or

8   did you go outside the building?

9            MR. LEON:  Objection to the form of

10        that question.  You may respond to that

11        question, Mr. Chincha.

12            THE WITNESS:  I would stay inside

13        the building.

14        Q.   Did you ever leave the building in

15   2015?

16            MR. LEON:  Objection.  This was

17        asked and answered in various ways

18        throughout this deposition.  You may

19        respond again.

20            THE WITNESS:  Only for my surgery.

21        Q.   Did you ever leave the building in

22   2016?

23            MR. LEON:  Same objection, asked and

24        answered various ways before.  You may

25        respond to the question.

```
 1              THE WITNESS:  No.

 2      Q.   Did you ever leave the building in

 3  2017?

 4              MR. LEON:  Objection to the form of

 5         that question.  Same thing.  It's been

 6         asked and answered in various ways.  You

 7         may answer that question again for

 8         Mr. Mizrahi.

 9              THE WITNESS:  No.

10      Q.   Did Mr. Patel ever tell you that you

11  were prohibited from leaving the building?

12              MR. LEON:  Objection to the form of

13         the question.  You may respond.

14              THE WITNESS:  Always.

15      Q.   When you were hired were you given a

16  daily schedule?

17              MR. LEON:  Objection to the form of

18         that question as phrased by Counsel.  You

19         may respond to that question.

20              THE WITNESS:  No.  He told me that I

21         can leave.

22      Q.   When you were hired were you given a

23  daily schedule?

24              MR. LEON:  Objection.  Same

25         objection to the form of the question as
```

```
 1          phrased by Counsel.  Mr. Chincha, you may
 2          respond to Counsel's question yet again.
 3                   THE WITNESS:  Can you repeat it,
 4          please?
 5                   MR. MIZRAHI:  You can withdraw the
 6          question.
 7          Q.   Were you allowed to go to the doctor
 8     if you needed to go to the doctor?
 9                   MR. LEON:  You may respond.
10                   THE WITNESS:  Only one time.
11          Q.   If you needed to go visit your
12     family in Connecticut, were you allowed to go
13     visit your family in Connecticut?
14                   MR. LEON:  Objection to the form of
15          the question.  You may respond.
16                   THE WITNESS:  No.
17          Q.   How many bedrooms was the apartment
18     that you were given in the building?
19                   MR. LEON:  Objection to the form of
20          the question.  You may respond to that
21          question.
22                   THE WITNESS:  Can you repeat it?
23          Q.   How many bedrooms was the apartment
24     in the building that you were given?
25                   MR. LEON:  Objection to the form of
```

```
 1          the question.  You may respond to that

 2          question.

 3               THE WITNESS:  Two.  I had the living

 4          room and bedroom.

 5     Q.   Where did your wife live while you

 6  were working at the building?

 7               MR. LEON:  Objection to the form of

 8          that question and objection as to

 9          relevance.  I'm directing my client to

10          respond so long as there's an actual

11          basis to make that question.

12               You may respond to Counsel's

13          question.

14               THE WITNESS:  In Connecticut.

15     Q.   Did you ever go visit your wife in

16  Connecticut in 2015?

17               MR. LEON:  Objection to the form of

18          that question.  You may respond to that

19          question.

20               THE WITNESS:  No.

21     Q.   Where did your daughter live while

22  you were working in the building?  I'm going to

23  withdraw that question.

24               Did you ever visit your wife in

25  Connecticut while you were working in the
```

```
 1   building in 2016?

 2        A.   I was separated from her.

 3        Q.   Did you ever visit your wife while

 4   you were working in 2016?

 5             MR. LEON:  Objection, asked and

 6        answered.  You may respond again.

 7             THE WITNESS:  I was separated from

 8        her.

 9        Q.   I understand that you were

10   separated, but my question was if you ever

11   visited her in 2016.

12             MR. LEON:  Objection to the form of

13        that question.  Mr. Chincha, you may

14        respond to that question posed by

15        Counsel.

16             THE WITNESS:  Can you repeat the

17        question?

18             (Record read.)

19             MR. LEON:  I'm sorry.  Wait.  The

20        question was if he went to visit her in

21        Connecticut, correct?  That was the

22        question?  Not if he saw her, but if he

23        went to visit her in Connecticut?  That

24        was the question, correct?  Jason, it's

25        your question.  If you want it answered,
```

```
 1        I would --
 2             MR. MIZRAHI:  Madam Reporter, could
 3        you please read back the last question?
 4             (Record read.)
 5             MR. LEON:  Objection.  You may
 6        respond.
 7             THE WITNESS:  No.
 8        Q.   How about 2017?
 9             MR. LEON:  Same objection.  You may
10        respond to the question that Counsel has
11        asked you.
12             THE WITNESS:  No.
13        Q.   Where did your daughter live while
14    you were working at the building?
15             MR. LEON:  Jason, wasn't this the
16        question that you withdrew, the literal
17        question that you withdrew, like, three
18        minutes ago?
19             MR. MIZRAHI:  I'm asking the
20        question.
21        Q.   Where did your daughter live while
22    you were working at the building?
23             MR. LEON:  Objection to the form of
24        the question.  You may respond to the
25        best of your ability.
```

```
 1              THE WITNESS:  With her husband.

 2         Q.   Where did they live?

 3              MR. LEON:  Objection.  Objection.

 4         Objection.  There is no relevance to this

 5         whatsoever.  They testified about this

 6         stuff.  You have no business asking where

 7         his ex or current partner lives.

 8              I'm objecting, I'm directing him not

 9         to respond.  Those are inappropriate

10         lines of questions with absolutely no

11         chance of having any relevance.  Do not

12         respond.

13         Q.   And Carlos, did you ever visit your

14    daughter in 2015?

15              MR. LEON:  Objection to the form of

16         the question.

17              THE WITNESS:  Only while they

18         performed the surgery.

19         Q.   Did you ever visit your daughter

20    while you were working in 2016?

21              MR. LEON:  Objection to the form of

22         the question.  You may respond.

23              MR. LEON:  No.

24         Q.   Did you ever visit your daughter

25    while you were working in 2017?
```

```
 1            MR. LEON:  Objection to the form of
 2       the question.  You may respond.
 3            THE WITNESS:  No, but she would
 4       visit me.
 5       Q.   How often would she visit you?
 6            MR. LEON:  Objection to the form of
 7       the question.  You may respond.
 8            THE WITNESS:  Every two months.
 9       Q.   Where did your sons live while you
10  were working in the building?
11            MR. LEON:  Objection to the form of
12       that question.  You may respond to that
13       question that Counsel just asked.
14            THE WITNESS:  During what time?
15       Q.   Where did your sons live in 2015?
16            MR. LEON:  Objection to the form of
17       the question and to the extent that it
18       would cause my client to speculate.
19       Nevertheless, you may respond to
20       Mr. Mizrahi's question.
21            THE WITNESS:  Well, one lived in --
22       what's the name?  One lived by Florida
23       and the other lived by Hollywood.
24       Q.   Did you ever visit your sons while
25  you were working in 2015?
```

```
 1                    MR. LEON:  Objection to the form of
 2           the question.  You may respond.
 3                    THE WITNESS:  No.
 4           Q.   Did you ever visit your sons while
 5   you were working in the building in 2016?
 6                    MR. LEON:  Objection to the form of
 7           the question.  You may respond.
 8                    THE WITNESS:  No.
 9           Q.   Did you ever visit your sons while
10   you were working in the building in 2017?
11                    MR. LEON:  Objection to the form of
12           the question.  You may respond.
13                    THE WITNESS:  My youngest son came
14           with me because he also separated from
15           his wife.
16                    MR. LEON:  Jason, we're at eight
17           minutes to 6:00, so your part's going to
18           go until 6:00 p.m., pursuant to what the
19           Judge said, and then I will do very, very
20           quick, limited redirect, not 40 or
21           50 minutes of leading questions, I'll do
22           that and the deposition should be wrapped
23           up.
24                    MR. MIZRAHI:  And we can call the
25           Judge at 6:00.
```

```
 1        THE INTERPRETER:  I'm sorry, but I
 2   really need a comfort break.
 3        MR. MIZRAHI:  Dean, you can go
 4   ahead.  We'll take a short break, just
 5   come back whenever you're ready.
 6        MR. LEON:  Sorry.  Before we go --
 7   and obviously I have no issue with you
 8   taking a break.
 9        Jason, we're not going past 6:00.
10   So, I'm just letting you know.  You can
11   call the Judge, if you want, at 6:00 p.m.
12        Can you just tell Mr. Chincha that
13   he does not have to be on the line for
14   this?  He can cut off the video and the
15   mic and we'll take the break.
16        (Recess taken.)
17        MR. LEON:  Jason, I'm going to give
18   you ten more minutes to ask these
19   questions and then I'm going to do my
20   redirect.
21        MR. MIZRAHI:  Are you asking for ten
22   minutes or are you demanding ten minutes?
23        MR. LEON:  Neither.  I just said,
24   I'm going to give you ten more minutes to
25   depose him, because you were supposed to
```

```
 1          be done at 6:00.  When you're done I'll
 2          do very quick redirect and I'll be done.
 3          That's all I'm saying.
 4               MR. LEON:  So, for the record it's
 5          now 6:02.  We're back on the record.
 6   BY MR. MIZRAHI:
 7          Q.  Carlos, do you know what the term
 8   "revenue" means?
 9               MR. LEON:  Objection to the form of
10          that question.  You may respond.
11               THE WITNESS:  Revenue?
12          Q.  Yes.
13               MR. LEON:  Objection to the form of
14          that question.  You may respond if you
15          know.
16               THE WITNESS:  No, no.
17          Q.  Do you know what the building's
18   revenues were in 2015?
19               MR. LEON:  Objection to the form of
20          the question.  You may respond to that
21          question posed by Counsel Mizrahi.
22               THE WITNESS:  No.
23          Q.  Do you know what the revenues of the
24   buildings were in 2016?
25               MR. LEON:  Objection to the form of
```

```
 1          this question.  You may respond.  And I

 2          would add that I believe these terms have

 3          been stipulated to in this case, so it

 4          sounds like a waste of time.  But,

 5          continue asking these.

 6               THE WITNESS:  No.

 7     Q.   Do you know what the buildings'

 8  revenues were in 2017?

 9               MR. LEON:  Objection.  Same thing.

10          Been stipulated to.  But, you may respond

11          to Mr. Mizrahi's question.

12               THE WITNESS:  No.

13     Q.   You were a janitor at the building,

14  correct?

15               MR. LEON:  Objection to the form of

16          the question and to the extent that it

17          requires my client to have legal

18          knowledge or legal expertise to answer

19          the question.  You may respond if you

20          understand that question.

21               THE WITNESS:  Can you repeat it?

22     Q.   You refer to yourself as a janitor,

23  a superintendent; is that correct?

24               MR. LEON:  Objection the form of the

25          question to the extent that it requires
```

```
 1           my client to have legal expertise and

 2           knowledge to respond.  Subject to those

 3           objections, you may respond, Mr. Chincha.

 4                THE WITNESS:  As a superintendent.

 5      Q.   Did you do any work that required

 6  you to do be physically outside of the building

 7  in 2015?

 8                MR. LEON:  Objection to the form of

 9           the question.  You may respond to that

10           question.

11                THE WITNESS:  Well, every year

12           during this time, March and April, he

13           would take me to his house to work on the

14           garden.

15      Q.   Besides any side work that you just

16  described, did you do any work that required

17  you to be physically outside the building in

18  2015?

19                MR. LEON:  Objection to those

20           improper characterizations of prior

21           testimony.  You may respond to that

22           question, nevertheless.

23                THE WITNESS:  Yes.

24      Q.   What work?

25      A.   The two houses that he has in
```

1   Sunnyside.

2       Q.   I'm talking about the superintendent

3   services that you were describing earlier.  Did

4   that require you to travel out of state?

5           MR. LEON:  Objection to the form of

6       that question to the extent that it

7       requires my client to have legal

8       expertise or knowledge.  You may respond

9       to Mr. Mizrahi's question.

10          THE WITNESS:  No.

11      Q.   Where did you get supplies from the

12  building?

13          MR. LEON:  Objection to the form of

14      the question.  You may respond.

15          THE WITNESS:  I do not understand.

16      Q.   If you ever needed supplies for the

17  building, like light bulbs, paint or any

18  supplies, where did you get the supplies from?

19          MR. LEON:  Objection, asked and

20      answered.  You may respond again.

21          THE WITNESS:  At the hardware store.

22      Q.   Where is the hardware store located?

23      A.   It would depend.  One was in

24  Flushing, one was on 9 -- Johns Boulevard

25  and 37, and I don't remember the other ones.

Carlos Chincha
April 23, 2020                                228

```
 1              MR. MIZRAHI:  Louis, I have no

 2         further questions.

 3              MR. LEON:  Okay.  I'll make it

 4         really quick.

 5   EXAMINATION

 6   BY MR. LEON:

 7         Q.   Mr. Chincha, as you know, I'm your

 8   attorney.  I'm going to ask you very few

 9   questions about testimony that you gave earlier

10   today.  Do you understand that?

11         A.   Okay.

12         Q.   First off, what's my name?

13         A.   Louis Leon.

14         Q.   Okay.  Thank you.  When did you stop

15   working for the title company that you

16   mentioned earlier today?

17         A.   When Patel bought the building.

18         Q.   And last question.  While you worked

19   for Mr. Patel did you ever work for anyone

20   else?

21         A.   No.

22              MR. LEON:  One moment and I think

23         that should be it.  That's it.

24              I would just make one request for

25         the court reporter, it's just a
```

Carlos Chincha
April 23, 2020                                                     229

1    formality.  We request the right to get a

2    copy of the transcript pursuant to the

3    Federal Rules of Civil Procedure.  That

4    is a request that is necessitated.  So,

5    we're just making that formal request to

6    get a copy of the transcript when it is

7    available.

8           THE REPORTER:  Thank you.

9           (Time noted:  6:10 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              A C K N O W L E D G M E N T

2

3   STATE OF              )

4                            :ss

5   COUNTY OF              )

6

7           I, CARLOS CHINCHA, hereby certify

8   that I have read the transcript of my testimony

9   taken under oath in my deposition of April 23,

10  2020; that the transcript is a true, complete

11  and correct record of my testimony, and that

12  the answers on the record as given by me are

13  true and correct.

14

15

16          _____

17                   CARLOS CHINCHA

18

19  Signed and subscribed to before me

20  this _____ day of _____, 2020.

21

22  _____

23  Notary Public, State of New York

24

25

1                C E R T I F I C A T E

2

3   STATE OF NEW YORK     )

4                         : ss

5   COUNTY OF NEW YORK    )

6

7           I, TONI FREEMAN GREENE, a Notary

8   Public within and for the State of New York, do

9   hereby certify:

10          That CARLOS CHINCHA, the witness

11  whose deposition is hereinbefore set forth, was

12  duly sworn by me and that such deposition is a

13  true record of the testimony given by such

14  witness.

15          I further certify that I am not

16  related to any of the parties to this action by

17  blood or marriage and that I am in no way

18  interested in the outcome of this matter.

19          IN WITNESS WHEREOF, I have hereunto

20  set my hand this 29th day of April, 2020.

21

22

23

24  _____

25  TONI FREEMAN GREENE

```
 1                    ***ERRATA***

 2         ELLEN GRAUER COURT REPORTING  CO. LLC
              A U.S. LEGAL SUPPORT COMPANY
 3            126 East 56th Street, Fifth Floor
                New York, New York 10022
 4                    212-750-6434

 5   NAME OF CASE: CARLOS CHINCHA vs. MANOJKUMAR PATEL
     DATE OF DEPOSITION: APRIL 23, 2020
 6   NAME OF WITNESS: CARLOS CHINCHA

 7   PAGE LINE   FROM        TO        REASON

 8   ____|___|_____|_____|_____

 9   ____|___|_____|_____|_____

10   ____|___|_____|_____|_____

11   ____|___|_____|_____|_____

12   ____|___|_____|_____|_____

13   ____|___|_____|_____|_____

14   ____|___|_____|_____|_____

15   ____|___|_____|_____|_____

16   ____|___|_____|_____|_____

17   ____|___|_____|_____|_____

18   ____|___|_____|_____|_____

19   ____|___|_____|_____|_____

20   ____|___|_____|_____|_____

21                       _____

22   Subscribed and sworn before me

23   this_____day of _____, 20__.

24   _____    _____

25   (Notary Public)      My Commission Expires:
```

**$**

**$1500**  208:20
**$300**  208:10
**$450**  146:17

**0**

**0004**  189:6
**0007**  189:7
**0038**  150:25
**0040**  150:25
**0056**  184:25
**0057**  184:25

**1**

**1**  151:4
**1099**  68:6
**10:00**  169:6
**10:30**  125:21 127:8
**11317**  135:15
**12**  190:14,24 191:1,13
**12:04**  56:21
**14**  208:16
**14-page**  132:22,24
**15**  81:2 113:16 160:15
  167:10,21
**17-cv-06127**  12:24
**19**  5:12
**1953**  29:20
**1:00**  142:20 143:9 168:7
**1:15**  57:2 84:21
**1:16**  84:20,25 85:1
**1:20**  168:13
**1:30**  168:13
**1:54**  85:2

**2**

**2**  136:4,5,10 147:22 151:8,
  10,11 185:15
**20**  29:20 160:15 167:22
**20-minute**  119:15
**2009**  147:25 148:2,8 149:1
**2011**  140:20
**2015**  78:16,18,21,22 81:4
  82:22 83:10 84:14 86:5,6,7,

14 88:10,16,23 89:7,15,24
  92:9,16 93:1 95:16 96:17
  99:2 129:17,24 130:4
  162:22 181:21 183:8 197:2,
  14 201:7,14 203:2,16
  204:14 205:20 206:9 214:15
  217:16 220:14 221:15,25
  224:18 226:7,18
**2016**  86:24 130:13 197:20
  201:17,23 203:7 204:21
  206:5 214:22 218:1,4,11
  220:20 222:5 224:24
**2017**  64:5,11 67:3,13 68:16
  87:8 131:16 133:5 153:8
  197:22 201:20 202:4 203:11
  205:3,25 215:3 219:8
  220:25 222:10 225:8
**2018**  64:20 68:22,25 87:17
  88:2
**2019**  64:25 69:14
**202.7**  5:11
**2020**  5:13 65:5
**20th**  131:16 133:5
**27**  31:23
**28**  31:23 139:13 140:14
  198:2
**2:23**  108:12
**2:53**  127:8

**3**

**3**  185:12
**30**  126:12
**30-minute**  210:25
**32-56**  137:8 194:13
**37**  227:25
**38**  151:24
**3:00**  172:18 175:7,19

**4**

**40**  34:6 180:20 181:12
  222:20
**45**  27:14

**5**

**50**  222:21
**5:00**  142:19 143:8 172:17
  209:15 213:15,22,25

**5:30**  126:9 127:11
**5:35**  210:2 211:22

**6**

**6:00**  126:1,11 127:11,13
  128:15 157:6,17,22 158:14,
  15 172:1 174:16 210:3,10
  211:13,18 212:1 222:17,18,
  25 223:9,11 224:1
**6:02**  224:5
**6:10**  229:9
**6:15**  159:3
**6:30**  159:3 174:20

**7**

**7:00**  126:6 142:19 143:7,8
  155:23 171:15 172:17
  174:20 213:15,21
**7:15**  211:8,15

**8**

**8:00**  126:6 160:12 172:18
  173:10

**9**

**9**  227:24
**95-13**  137:22 138:6,12
  194:12
**95-13/17**  135:14 136:14
**95-15**  138:4
**95-15/17**  138:8,17
**95-17**  138:4
**96th**  137:9
**99**  135:25 136:1
**9:00**  169:6

**A**

**a.m.**  158:14,15 213:15,21
**ability**  6:5 19:10 22:3 27:6
  85:9 89:16,24 182:2,16
  195:15 206:22 219:25
**absences**  117:22
**absolutely**  14:9 16:8 37:25
  66:7 220:10

**abused** 103:11
**abusive** 62:11,20
**accept** 107:14 195:24
**accepted** 139:9
**access** 10:8 94:10 129:10 132:5
**accidentally** 43:14
**accommodate** 126:11
**accountable** 119:23
**accuracy** 135:1
**accurate** 13:14,16 105:5 135:8 186:17
**acknowledge** 5:4,8 188:6
**acknowledged** 44:8,13 53:13 91:18 177:3
**act** 50:21 128:4
**action** 6:15 63:13,19 66:10 91:19 92:3 95:10
**actions** 110:5 118:14
**activities** 89:16 90:8,14,20
**activity** 89:25
**actual** 52:19 200:18 217:10
**ad** 149:3
**add** 51:1 55:24 210:6,23 211:6 225:2
**Adding** 116:6
**addition** 146:23 208:12,18
**address** 30:1,20 31:9,15 49:15 111:15 135:23 136:24 137:5,7,8,17,18,23 138:6,8 145:16
**administer** 5:10
**administered** 5:9
**admissible** 9:24
**admissions** 51:7
**admit** 104:14,15,20,22
**admits** 121:13
**admitted** 91:18 92:3,19 95:21 104:19 119:24 124:18 146:9 153:13 207:5
**admitting** 51:6
**ads** 60:9
**adult** 128:8
**advance** 99:3
**advertisement** 60:13,18,23
**advise** 11:4 85:22
**advised** 47:22 108:22
**affect** 27:5
**affirm** 51:14

**afoul** 113:24
**afternoon** 111:1 115:1 168:8 175:20
**agonize** 158:6
**agree** 107:16 116:19 122:19 125:25 126:15
**agreed** 84:20
**agreement** 5:17,18 150:7
**ahead** 48:23 132:7 187:25 200:19,20 223:4
**allege** 208:17
**alleged** 146:9
**allowed** 8:6 13:19 16:14 35:20 68:11 121:18 122:5 216:7,12
**ambiguous** 80:25 82:25 84:1,7,8 88:19 89:1,10,18 90:2,16,22 137:15 138:1,14 142:24 156:8,16 161:15 167:19 170:16,24 171:20 175:11 198:10
**ambushed** 46:17
**America** 31:21,25 32:6 33:2, 5 49:16
**amount** 146:18,24
**and/or** 147:24
**angle** 180:8
**annoy** 66:9 69:2 72:9
**annoying** 37:9 47:8 69:11
**answering** 8:14 20:22 26:21 49:12 82:16 158:3 188:21
**answers** 6:5 8:25 41:12 85:9 97:18 99:15
**anybody's** 119:18
**anymore** 102:25 158:3
**anything's** 9:22
**apartment** 162:1 167:9 172:19 200:9,10,15 208:19 209:2,5,10 212:11,18,21,23 216:17,23
**apartments** 142:7 156:24 159:14,16 183:2 197:18,24 198:2,3
**apologize** 42:16
**appears** 95:19 191:16
**Apple** 43:4
**application** 10:9 104:25 115:19 122:22 123:2,5 124:17 129:11 188:13
**applied** 65:23 67:2 183:24 190:1

**apply** 65:23 75:1 76:14,20 190:9
**approached** 139:8
**approximately** 198:1
**April** 78:16,18,21,22 81:2,4 86:5 88:23 89:7 226:12
**area** 193:3,9,12
**areas** 191:7 193:12,23 194:5,10,11,15,16,18,25 195:6,21 196:5,8,11,21
**argument** 23:1 114:4
**arrangement** 5:15 147:7
**arrested** 38:16
**arrive** 47:18
**arrived** 147:12
**arrogant** 62:12,20
**articulate** 32:11 35:21
**as-needed** 26:15
**ascertain** 38:19 50:25 52:2 188:21
**asks** 180:14 187:6 188:15
**assist** 23:4 150:20
**assistance** 23:8 41:23,25 52:18 54:7,11,12 56:16
**assisting** 10:6 26:14
**Associates** 5:22
**assume** 95:19 105:19
**assumes** 61:10 91:17 92:1, 18 130:8,16 143:25 146:7 153:12 176:17 177:2 207:4 213:6
**attempt** 109:7 138:10
**attempted** 9:13 117:13
**attempts** 172:7
**attention** 9:16 190:14
**attorney** 5:22 12:2 13:20 17:20 18:1 27:13,15,21 28:3 29:12 32:21 34:19 57:15,18 60:2 61:9,22 62:13,25 113:22 115:13 116:16 117:18 118:10,11,12,24 133:22 134:1,24 193:16 228:8
**attorney's** 61:3
**attorney-client** 58:12
**attorneys** 5:2 11:8 27:20 61:1 62:22
**authority** 66:17
**average** 46:24

**avoid**  7:17 108:14 123:9
 124:7 125:19
**avoided**  118:21 120:17,18

**B**

**back**  12:12 13:1 44:2,3
 59:13,16 73:16 93:24 96:13
 98:18,21,25 99:12 100:17
 101:15 104:17 106:14
 108:3,10,11,15,20 112:13
 114:11 119:21 120:1,9
 121:12 132:9 145:13 160:6
 185:15 188:8 189:17
 212:17,21,22 219:3 223:5
 224:5
**bad**  33:9 45:6 93:15 95:9
**balance**  77:9,11,18 87:6,15,
 25
**based**  125:7
**basement**  147:17 154:10
**basic**  41:8 70:21
**basically**  191:18 211:1
**basis**  23:1 26:15 30:7,23
 32:11 41:9,21 48:9,13 65:18
 66:15,23 67:22 69:7,8
 112:19 191:21 217:11
**Bates**  151:4,7,9,13,19,24
**Bates-stamped**  150:24
 184:25 189:6
**bathroom**  56:22 96:22
 99:17,21,24 101:4 102:8,12,
 13 103:2 107:3,14,20 108:3
 116:11,19,22 119:16
 123:19,21 162:2 165:2
**bathrooms**  141:14
**bearing**  30:14
**bears**  49:21
**bedroom**  162:2 217:4
**bedrooms**  216:17,23
**beg**  14:5
**began**  45:8
**begin**  6:17
**beginning**  25:7 45:17 96:14
 115:16 120:14 185:15
**behalf**  103:23
**belief**  51:12
**benefits**  65:11,22 66:3 67:3
 72:1,6 183:25 184:6 188:13
**big**  194:17

**bikes**  161:11
**billion**  97:13
**biographical**  41:9
**biological**  102:14
**birthday**  29:19
**blame**  125:23
**blood**  27:3
**blurry**  75:5,7 76:15,22
**board**  146:25
**boiler**  160:24 161:1 163:8,
 15,20,22 164:10
**born**  29:21
**bottom**  123:1 151:5,20
**bought**  228:17
**Boulevard**  135:14 136:14
 227:24
**boxes**  161:11
**boys**  34:13,20
**bracketed**  186:13
**break**  7:6,7,10 56:22 57:2
 84:21,24 96:21 97:1,11,19,
 22,24,25 98:4 99:18,21
 100:6 101:7 102:1,3,13,16
 105:21,24 106:20 107:1,2,7,
 8,19,23 108:3 109:8 116:11,
 13 119:15,17 120:7 123:6,
 19,23 126:12,19 165:2,8
 167:16 174:24 193:20 204:5
 210:22,25 212:3 223:2,4,8,
 15
**breakfast**  156:25 157:8,13,
 25 158:12,15,16,18,25
 168:14 171:23,25 174:4,17,
 19 175:21
**breaking**  58:12
**breaks**  168:15 175:22 211:6
**bright**  95:6
**bring**  18:7,10 19:1,23,24
 20:17 24:3 30:16 38:2 84:22
 115:9
**bringing**  211:19
**broken**  204:4
**brought**  9:16 211:23
**building**  31:19 51:25 58:21
 59:2 135:13 136:13,15,23
 137:2,3,13,19 138:7,12
 139:4,21,25 141:1,18,20
 142:1,22 143:6,12 146:1,6
 147:13,19,24 148:2 152:25
 153:2,7 155:5,11,15 159:8
 160:14,16 166:17 170:9

 171:8 172:22 177:21 178:2,
 9,13 190:13 191:3 192:5,7,
 9,13 193:24 194:6,19
 195:22 196:6 197:2,12,14,
 20 213:13 214:6,7,8,13,14,
 21 215:2,11 216:18,24
 217:6,22 218:1 219:14,22
 221:10 222:5,10 225:13
 226:6,17 227:12,17 228:17
**building's**  224:17
**buildings**  224:24
**buildings'**  225:7
**bulbs**  192:7 227:17
**bump**  53:15
**bunch**  99:6
**burden**  118:18
**burn**  192:7
**burnt**  193:19
**business**  220:6
**buy**  166:1 168:1

**C**

**C-A-R-L-O-S**  29:17
**C-H-I-N-C-H-A**  29:17
**cabinet**  205:10,14
**cabinets**  191:10 204:8,13,20
 205:2,15
**Cafaro**  111:5
**call**  10:23,25 11:4,8,14,15
 13:4 30:16 31:6 37:16 40:4,
 8 42:18 48:7 56:19 106:16
 109:24 110:16,22 112:5
 114:3,22,23 115:7 116:23
 120:16,24 123:18,23 125:20
 127:4,5 128:16,20,22 132:4,
 7 160:8 186:11,19 188:25
 222:24 223:11
**called**  55:1 111:7 116:2
 172:20
**calling**  9:2 11:24 40:17
 103:9 111:13
**calls**  112:13 126:3 135:9
 169:8 187:12 193:5 194:1
 213:11 214:5
**Calm**  93:9
**camera**  15:4 52:25 54:9
 105:11
**cancelled**  111:18
**cane**  71:9,14,19,20 77:5
 82:13

**capabilities** 112:2 128:24
129:10
**capability** 12:19
**captioned** 111:6
**care** 24:4 84:10 133:22
**Carlos** 7:16 13:24 14:20
15:6 17:9,19,23 18:1 20:11
21:7,10,11 26:23 27:21
28:20 29:6,8,15,17,19,21,25
31:8 32:5 33:1,4,10 37:3
38:10,16,22 39:23 57:4,9,14
58:1,7,14,20 59:1 60:1 61:3,
8 63:18 64:11 67:2 68:15
69:20 70:10,11,17 71:7,9
72:12 77:5 79:23 82:6,12
86:2,4 88:9,22 89:6,14 91:5
95:15 129:16 130:3,12,25
131:12,15 133:4,24 137:4,
19,23 138:22 152:24 153:6
154:11 156:12,25 158:13,24
161:12 163:21 165:20
184:24 185:16,18,22,23
186:6,8 187:4,7 188:24
189:5 190:11 191:1 192:1
200:19,20 203:1 205:9
209:1 212:10 220:13 224:7
**case** 12:22 18:3 30:14 32:14
44:4 50:14 57:4 66:8,13,14
69:1 115:17 121:16 122:11
161:10 172:20 188:10 225:3
**causing** 99:25
**caution** 179:4
**ceilings** 191:9
**cellphone** 111:22 112:9
**cent** 135:25 136:1
**center** 82:4,7 83:12 121:9
**ceramics** 140:7,9
**chambers** 10:23 11:5,14,16,
19 109:25 110:23 111:2
**chance** 70:9 210:11 220:11
**change** 142:4 146:18,22
159:22 160:6 164:21 166:4
172:13 193:18
**changed** 159:20
**changing** 160:17
**characterization** 116:20
**characterizations** 107:15
226:20
**characterize** 115:10
**charge** 122:4

**chat** 23:13 132:12
**check** 79:13 156:23 160:23
161:8 163:8,15,22 164:5
176:11 196:8
**checked** 79:21 164:13
**checking** 161:1 164:16
**chest** 15:5
**children** 34:7,11
**Chincha** 6:12 8:4 17:13
18:13 27:11 28:6 29:8,18
31:20 33:17 40:19 58:18
60:5 62:1,10,17 64:6 67:12
69:4 71:11 77:23 80:5 81:1
90:5 95:23 105:22 106:10
111:6 136:3 150:19,23
152:4 164:18 165:13 175:18
180:12 181:6,24 184:7,16
185:22 187:14,23 190:17
201:2 203:5 206:3 214:11
216:1 218:13 223:12 226:3
228:7
**Chinese** 168:2
**cholesterol** 27:4
**chooses** 55:11
**Christina** 15:14 37:12
**church** 177:12
**circuit** 32:22 47:11 65:21
66:17 188:10
**circumstances** 116:15
153:9
**citation** 66:16
**cite** 48:3
**city** 29:23 66:2
**Civil** 229:3
**claiming** 50:11 96:9
**claims** 39:25
**clarification** 75:12 125:18
138:10 140:4
**clarified** 117:2
**clarifies** 70:13
**clarify** 19:25 69:22,24 70:5
91:1 105:9 131:19 158:17
200:16,18,21,23
**clean** 159:8 160:14,17
164:12 192:6
**cleaning** 142:6
**cleanliness** 191:7 193:11
195:6,21 196:5,11,20
**clear** 7:13 41:20 48:18 52:8
53:12 67:6 92:12 94:1,23
95:13 99:13 100:21 101:6

132:21 144:25 151:24 152:1
153:1 176:14
**cleared** 19:3
**click** 123:3
**client** 8:13,25 10:15 11:4
12:3 14:3,16 15:20 16:2,3,5,
14 17:5 18:16 22:19,22
25:2,5,19 28:9,14 29:4 30:8,
19 32:8,12,23 34:22 36:8
37:10 38:3,6 39:10 41:2,4,5,
7,12,13,22,24 42:9 43:2,14
44:10 45:12 46:9,17,22
47:3,5,12,18,23 48:10 50:15
51:8,15,20,25 52:9,14 53:11
54:17,23,24 55:3,8,9,10
56:2 57:24 58:11 65:13,19,
22 66:10 67:8,18 68:10,24
69:2,6,23 70:6 71:2 72:10
75:18 85:21,22 86:18 93:16,
25 94:20 95:2,12 96:5,9,11
98:6,14,21 100:5,15 101:16
102:17,18,19,20,22 103:23
105:7 106:15 107:1,5,6
109:6 111:10 113:1 115:7
116:10,14,23 117:5,10,18
119:3,4,8,11 121:22,24
123:24 124:2,8,13 126:22
128:22 129:14 131:11,22
144:25 158:7,21 160:10
173:8 184:4 188:4,20 190:8
194:2 197:5 204:17,24
205:6 208:24 211:24 217:9
221:18 225:17 226:1 227:7
**client's** 10:5 16:7 21:1
41:16,17 42:11 46:6 113:7
114:17 117:14 121:1 124:6,
23 127:7 195:9
**close** 117:6
**closed** 194:23
**coach** 16:14 22:9 53:11
**coached** 13:19 41:12
**coaching** 12:2 22:18 25:5
26:1,3 34:22,23 41:1 42:9
44:8,14 53:5,13 54:16,18,
20,23,25 55:8 107:6
**collecting** 191:5
**comfort** 210:22 212:3 223:2
**comfortably** 11:13
**commenced** 118:23
**commercial** 139:25
**common** 191:7 193:3,9,12,
23 194:5,16,18,25 195:6,21

196:5,11,21

**communications** 57:23
61:25 62:16

**company** 208:19 228:15

**compensation** 207:23
208:3,4

**complaint** 28:18,20 63:12,
19 64:2 130:22 131:15
132:20 133:4,14,18,24
134:3,10,19 135:1,8 136:4,
6,10 147:22 190:14,22
191:4 193:10 195:5,20
198:8 200:5 208:17

**complaints** 191:8 198:14,
20,21,25 199:1,8,9,14,15

**completely** 50:22 53:8 66:15
108:15

**compliance** 36:10

**Complies** 28:17 85:25 98:7

**comply** 22:2

**compound** 18:4 89:18 160:9

**comprehend** 179:21

**computer** 131:1

**concern** 32:4 51:2 52:4

**concerned** 30:15

**concerns** 30:17 47:9 191:8

**concluded** 13:4 56:19 112:5
128:20

**conclusion** 107:17

**conclusions** 193:6

**conditions** 33:8

**conduct** 128:2

**conference** 43:1

**confidential** 30:13 117:11
124:14

**confidentiality** 112:11

**confirm** 9:9 20:7 23:15 24:7,
9 124:1 129:3,7 131:4,12

**confirmed** 36:18 109:5
128:23 129:8

**confused** 22:25

**confusing** 90:10,16,22
92:11,20 95:18 96:3,5,10
99:4 119:7,12 135:4 138:19
140:3 142:24 147:9

**confusion** 48:12

**conjunction** 39:8

**Connecticut** 144:13,14,18,
22 145:9,14,15,21 177:16
216:12,13 217:14,16,25

218:21,23

**connection** 40:18 57:19

**consent** 5:15,23,25

**consequences** 121:18

**consisted** 191:5 193:11

**consistent** 75:22

**consultations** 106:25

**consulted** 85:18

**consulting** 107:5

**contact** 20:21

**contained** 135:8

**contents** 134:25

**context** 45:2

**continue** 8:20,22,24 9:20
16:10 35:12 36:4,5,25 67:11
68:12 69:17 93:19,21 94:13
103:18 113:14,24 116:13
117:19 121:19 127:16,18
128:13,14 214:4 225:5

**continues** 179:8

**contrary** 42:21

**contribution** 62:8

**conversation** 106:12 117:11
124:13 139:14,20 146:5
148:10 149:6,14 153:20
154:6,8 186:9

**conversations** 106:25 113:7
121:23

**convicted** 39:13

**convoluted** 135:17

**copy** 229:2,6

**corners** 202:24

**correct** 7:23 23:5 34:25
88:11 91:6 137:7,11 139:22
140:15 146:25 167:12
177:10 183:13,17 184:21,22
185:19 195:7 203:24
218:21,24 225:14,23

**correcting** 35:2

**correctly** 28:7 163:20

**counsel** 5:14,25 11:13 19:4
26:9 40:16,24 41:1 42:3,8,
22 44:17,22 45:2 46:25
48:14 52:7,11 54:16 57:24
59:9 63:22 67:21 69:6 83:15
105:24 106:4,12,23 111:11
112:8,10 115:3,5 119:16
126:15 131:5 184:20 191:16
203:5 215:18 216:1 218:15
219:10 221:13 224:21

**counsel's** 19:13 25:14 71:5
127:16 186:16 195:24 216:2
217:12

**counseling** 107:5

**Counselor** 67:11 129:13

**countless** 184:2

**country** 32:19 47:14,19
49:11 50:9

**couple** 48:10 75:16 105:10

**court** 9:3 12:16 16:1 19:11
20:6 29:9 40:4,12,13,16
42:15 48:23 49:3,10 50:10
52:16 53:20 54:21 55:4,7,13
56:7,18 59:12 76:8 94:5,18
96:12 98:17 100:10,16
101:2,19 104:2 105:2,6
109:13 110:20 111:24 112:6
113:23 115:1,5 118:16
119:25 120:4 122:1,8,17
123:8 124:17 125:1,3,14
127:12,21 128:10,14,23
129:8 135:2 150:10 189:16
192:10 228:25

**Court's** 11:14

**courtesy** 211:4,23 212:4

**cover** 151:11 184:21

**crazy** 153:16

**created** 117:23

**creating** 15:16

**crime** 39:14

**criminal** 39:6,17,20

**crucial** 50:3

**Cuomo** 5:12

**current** 29:25 31:9 49:15
220:7

**cut** 76:2 97:23 104:15,16,20
105:3,23 106:11 109:20
124:18 151:12 223:14

**cutting** 104:3,9 108:13
118:5 125:8

---

**D**

**D6** 200:15

**D7** 200:15

**D8** 200:15

**dad** 186:12

**daily** 215:16,23

**date** 34:5 63:19 64:1 130:24
150:18 153:22 184:11
187:19

Carlos Chincha
April 23, 2020
6

**daughter** 7:22 17:9 18:2,13 20:12,20 21:12 34:14 40:6 41:16,18,24 42:11 43:9,23 44:7 52:17 53:10 105:23 106:10 109:6 116:24,25 117:14 121:1 124:1,6,23 132:5 136:5 150:20 165:15 170:19 184:17 185:5 188:25 190:17 217:21 219:13,21 220:14,19,24

**daughter's** 10:5 20:1 22:21 42:21

**day** 84:3 91:13,22 92:7,16, 25 95:16 96:15 99:1 129:17, 24 130:4,13 153:23 155:19 163:17 164:1,13,14,16,25 167:4 168:15 171:10 172:1 173:17 174:9 175:22 183:23 192:18 193:1 195:1,4 196:4, 7,19 198:13,15,19,21 199:1, 8,9,14,15,21,22 201:14,17, 20 203:15,21 206:8,25 207:11,18 212:11

**days** 167:10 202:16

**deal** 120:7

**Dean** 223:3

**debate** 109:21

**debating** 112:23

**decency** 113:25

**decide** 61:21

**decided** 9:20 45:14

**deciding** 122:4

**decision** 67:21

**defend** 46:25 118:13

**Defendant** 5:23 6:15 11:22 50:16 51:24 52:8 111:9 136:12 147:23

**defendant's** 51:3 130:22 150:14,16,25 184:9,13,25 187:17,21 189:6

**Defendants** 117:24

**defending** 111:11

**Defense** 26:8 42:22 44:16, 22 45:2 112:8,10 115:5 126:15

**defrauding** 51:6

**delay** 127:17,18

**delayed** 127:24

**delaying** 8:20 17:8

**delays** 43:20 125:24 127:14

**deliberately** 8:18 50:23 168:18

**deliver** 140:11

**demanding** 223:22

**denied** 124:21 127:4

**deny** 51:14

**depend** 159:25 161:24,25 162:9 164:8 166:14 167:25 199:4,5 200:1,2 202:21 207:15 227:23

**depends** 166:23

**depo** 9:17

**depose** 223:25

**deposition** 5:3,5,6 6:17 9:10,13,14,18 10:1,11,13 11:8,25 13:13 14:19 16:7 17:7 18:9 24:21 25:8 26:19 27:12,23 28:24 35:23 36:1 37:1 38:3 40:11,19,22 41:3, 19 42:12,19 45:3,5,8,10,13, 18 48:8,19 51:3 52:20 53:22 54:4,13 85:4 92:4 93:23 95:21 103:17,25 106:17 111:9,12,17 112:15 113:12 115:13 118:23,25 119:13 120:12,14 125:3,14,21 126:2,20 127:17 128:3,11, 14 130:9,18 136:25 138:5 153:13 172:8 176:19 177:4 184:3 190:6 207:5 210:8 211:12 213:7 214:18 222:22

**deposition's** 104:24 105:12

**depositions** 43:21 128:7

**depression** 73:5,7

**describe** 74:18 84:4 140:21 141:3 146:4 156:4 159:15 174:21

**describing** 87:5,6 227:3

**details** 33:14

**Determination** 187:18

**determines** 74:13 81:8

**diabetes** 27:3 72:16,17 74:13 81:8

**dial** 110:18

**dictate** 37:20 102:7,11 122:24

**difficult** 187:11 210:17

**direct** 15:22 16:5 28:8 36:7 39:10 42:2,8 54:15 72:4 136:3 179:3,8,16 180:15 188:22 190:13

**directed** 7:8 15:25 16:2 41:4,7,15 47:5 69:6 158:20

**directing** 8:4,13 21:14 25:19,20 30:24 32:8,23 41:17 42:11 47:22 52:14 55:3,9 65:12 67:18 68:10,24 69:3 70:11 71:1 93:15 95:2 158:9 160:9 184:4 188:14 190:8 217:9 220:8

**direction** 56:2 70:6

**directions** 38:6 46:14 85:15

**directive** 98:6

**directly** 13:18 28:22 49:18, 20 50:2 85:21

**dirty** 196:17

**disabilities** 72:23 73:12 181:15

**disability** 66:13 183:24 184:6

**disable** 186:12

**disabled** 187:9

**disagree** 110:13

**disclose** 145:1

**disclosing** 10:3

**disconnected** 10:15

**discovery** 111:8

**discrimination** 66:12

**discuss** 66:24

**discussion** 56:25 108:18 129:5

**dispute** 50:14 51:24 111:8

**disregard** 190:4

**divorced** 37:4 38:11

**docket** 12:22,23

**doctor** 74:23 81:13 182:13 216:7,8

**document** 10:7 131:18,25 132:22,24 133:7,9,16 134:22 150:21,24 151:2,15, 17,22 152:4,7,12,18 184:20, 24 185:2,7,12 186:1,3 187:16 188:3,7,17 189:5,8, 10,22 208:24

**documented** 66:5

**documents** 24:8,14,19 25:4, 14 26:8 43:15 53:25 57:9, 15,19 58:2,8

**door** 193:19 194:23

**doors** 191:9

**download** 132:11,13

Carlos Chincha
April 23, 2020
7

**downloaded** 132:16
**dramatic** 115:11
**drink** 157:7
**drinking** 165:3
**driver's** 70:8
**driving** 71:3
**dropped** 10:14
**drops** 74:11 75:2 76:14
   165:11
**due** 140:3
**duly** 6:3,7 85:7
**duties** 19:22 113:22 140:21
   141:3,15,19 191:2,4,6,13
   192:20
**duty** 172:19 192:2

---

**E**

**earlier** 91:5 111:7 227:3
   228:9,16
**early** 6:19
**easier** 28:15
**eat** 66:24 156:25 158:16
   167:16 171:23,25 174:4,24
   175:6
**edify** 67:17
**effort** 121:22
**egregious** 113:21 115:12
   116:7 117:16 118:8
**elaborate** 67:20 75:7
**electrical** 59:6,15 70:17
   206:24 207:11,18
**electricity** 209:10
**electronic** 59:10,16
**Eligibility** 187:18
**emergencies** 214:5
**emergency** 161:10 172:21
   213:11
**employed** 64:7,11,20 191:3
**employee** 49:19
**employment** 32:21 49:22
   57:10 68:1 153:10,23
   178:19,25 179:14 180:21
   181:12
**empty** 142:7
**end** 54:12 127:10 151:12
   210:5,7 211:7,13 212:1
**engage** 89:16,25 90:7,13,19
**engaging** 46:9 68:13 105:25
   106:24 107:4

**English** 38:4 46:23 55:12,
   15,17 60:13 133:8 134:20,
   23 136:8 152:5,22 185:3,4
   195:10,12
**ensure** 21:4 43:22
**ensured** 195:6,20
**ensuring** 191:6 193:11
   196:5,11,20
**entering** 21:19
**entire** 10:13 51:25
**entirety** 119:13 126:20
**entrance** 194:12,13
**equals** 37:1
**equipment** 165:21,25 166:1,
   3
**erased** 80:14
**error** 36:17
**essentially** 122:23
**established** 41:22
**estimated** 208:20
**eventually** 186:21
**everybody's** 53:21 110:11
   114:13 127:2
**everyone's** 104:9 114:15
**evidence** 23:10 48:16 61:11
   91:17 92:2,19 95:19 122:13
   130:8,16 143:25 146:8
   150:12 153:12 176:17 177:3
   207:4
**exact** 30:20
**examination** 6:10 79:13
   228:5
**examined** 6:8
**examples** 44:23
**excuse** 121:7 127:21
**execute** 65:17
**Executive** 5:11
**exhibit** 23:20 24:12 28:4
   43:11 130:21,22 131:2,13
   132:15,19,25 150:12,14,16
   184:9,14,15,17 187:17,21
   188:24 189:2 190:15,18,20
**exhibits** 23:8,13 24:5 25:25
   26:5 28:19,21 43:13 44:9
   132:12,14
**exiting** 106:1
**expect** 127:22 131:23
**expecting** 127:25
**expensive** 147:4

**experience** 108:24
**experienced** 43:19
**expertise** 225:18 226:1
   227:8
**explain** 23:2 30:11 32:3
   122:18,20
**explained** 195:13
**explaining** 9:18 28:16 69:17
   103:3
**explanation** 65:15 69:18
**expressions** 53:1
**extent** 9:22 21:5 43:10 45:21
   79:18 80:2,18 82:24 87:10,
   19 88:4 89:19 91:8,16,25
   92:18,20 129:19 130:6,15
   134:5 142:15 143:21,23
   161:3 166:6 169:13,23
   172:6 175:2,24 176:15
   177:1 181:22 182:4 183:19
   186:17 191:15 193:14 194:1
   197:4 200:12 203:25
   204:16,23 205:5 207:2
   208:22 209:17 213:5 221:17
   225:16,25 227:6
**extremely** 111:13
**eye** 74:5,10 75:9 76:24
   78:11 79:24 81:13 84:12
   86:5,21 88:22 89:6
**eyes** 80:9 101:8 165:12

---

**F**

**facial** 53:1
**fact** 39:15 47:11 99:5 116:12
   118:22 172:7 181:8 188:9
   195:25
**facts** 92:18 146:7 153:12
**fainted** 84:9
**fair** 15:21
**faith** 45:6 68:14 69:19
   109:18
**faithfully** 6:4 85:8
**false** 124:11
**familiar** 47:10 135:13 136:15
**familiarize** 131:17 133:6
   151:1 152:3 185:1 189:7
**family** 170:19 216:12,13
**father** 26:21 53:5 189:2
**faucets** 166:16
**fault** 105:5 127:6,7

**feats** 18:25
**federal** 104:1 113:23 121:16
  132:19 229:3
**feed** 109:8 117:6,13 124:5
**feet** 105:10
**fifty** 61:13,15
**file** 122:12
**filed** 63:13,20 64:2 67:12
  68:3 131:16 133:5,19,25
  134:3,11 135:1 195:20
**filing** 57:14,19 61:9
**final** 175:18
**finally** 66:12 88:6
**find** 60:1
**fine** 40:13 52:23 54:8 96:19
  113:4 116:17 182:8 211:17
**finish** 6:19 8:11 9:8 19:19
  98:1 99:22 107:11 108:13
  125:2 127:13 128:15 158:25
  168:9 174:18
**finished** 101:12 209:14
  210:15
**firm** 105:16
**five-** 102:15
**five-minute** 107:23 165:2
**fix** 160:6
**fixtures** 191:11
**flip** 131:22
**Florida** 221:22
**Flushing** 227:24
**flustered** 93:11
**focus** 15:4
**follow** 130:25
**follow-up** 68:4 210:6
**follow-ups** 190:10
**food** 168:2
**forbid** 101:5
**force** 204:24
**forget** 69:12,13
**form** 9:11,24 13:22 22:17
  27:17 28:25 31:17 32:7
  35:17 40:1 42:6 44:15 45:24
  53:6 57:6,11,21 58:4,16,22
  59:3,18,23 60:3,15,19,24
  61:5,17 62:23 63:3,8,14
  64:3,12,21 65:1,6 68:17
  70:19,25 71:10,15,22 72:14,
  19,24 73:3,17,21 74:1,6,15,
  19 76:11,17,25 77:15,21
  78:2,8,13,19,24 79:5,10,17

80:1,17,24 81:5,10,15,21
82:2,8,23 83:8,13,19,25
84:6,15 86:15,25 87:9,18
88:3,18,25 89:9,17 90:1,9,
15,21 91:7,15,24 92:10,17
93:2 95:17 98:15 119:6,9
129:18 130:5,14 134:4
135:3,16 136:16,21 137:14,
20,25 138:13,18,24 139:11,
16 140:2,23 141:5,21 142:2,
14,23 143:13,23 144:5,11,
16 145:10,17,22 146:14,19
147:8,14 148:3,11 149:10,
24 152:13,19 153:11,25
154:14,20 155:1,6,17 156:1,
6,14 157:2,9,14 159:1,5,11,
23 160:19 161:14 162:16,23
163:4,9,23 164:6 165:22
166:5,20 167:13,18 168:5,
23 169:4,12,22 170:10,23
171:5,19 172:5,14 173:14
175:1,10 176:1,25 177:18,
23 178:4,10,20 180:22
181:16 182:3,10,17,23
183:3,18 186:4 187:10
192:3,21 193:4,13 194:1,7
195:2,8 196:12,22 197:3
198:9 199:2,10,16,23 200:6,
11,25 201:8,24 202:5,19
203:3,8 204:9,15,22 205:5,
11,21 206:1,10,15,20 207:1,
12,19,25 208:13 209:6,16
212:12,24 213:4 214:1,9
215:4,12,17,25 216:14,19,
25 217:7,17 218:12 219:23
220:15,21 221:1,6,11,16
222:1,6,11 224:9,13,19,25
225:15,24 226:8 227:5,13
**formal** 229:5
**formality** 229:1
**Forty** 33:3
**Forty-five** 61:13,15
**forward** 39:4 56:17 112:15
  113:12 180:14 212:7
**found** 60:6
**Fourteen/fourteen** 198:6
**fourth** 180:2
**free** 22:5 44:25
**frequent** 206:19
**frequently** 17:4 91:6 206:14
**Friday** 142:18 143:8 172:4,
  17 213:16,21

**friends** 35:10
**front** 24:10 52:25 66:20
  125:10
**fruit** 43:5
**full** 29:7,16 167:9 197:12
**function** 38:9 43:14 132:13
**functioning** 163:20
**future** 23:18,22 24:3

---

## G

**garden** 226:14
**gasket** 160:6 166:4,16
**gaskets** 159:20,22 160:17
**gave** 39:17 83:5 146:24
  228:9
**general** 65:25 164:10 191:6
  192:1,19
**gentleman** 96:2,4
**girl** 34:20
**give** 7:13 14:6 30:5 36:7
  38:20 39:2 45:1 51:8 57:15,
  18 111:21 113:15 120:3
  125:3 128:15 137:7 223:17,
  24
**giving** 9:14 13:13 22:16
  33:13 45:6 189:19
**glad** 112:16
**gladly** 30:11,16 31:2 32:3
  65:15 67:17 69:16 122:12
  124:23
**glaucoma** 74:14,18,23
  78:11,23 81:9
**glitches** 43:17
**God** 101:5
**good** 6:12,13 11:18,20 56:18
  68:14 69:19 109:18 110:25
  115:1 148:15
**government** 51:6 65:11,21
  66:3 67:3 72:5 184:5 188:13
**Governor** 5:12
**Great** 40:5 113:13
**Greenwich** 145:5,8
**ground** 6:18
**guess** 24:25 66:11 122:3
**guide** 26:20
**guiding** 119:3 126:21
**guys** 149:9

Carlos Chincha
April 23, 2020

9

## H

**habit** 8:10 121:8
**hack** 117:17
**half** 50:17 55:16,17,21,22
  67:24 120:6,8 126:19 127:2
  163:19 165:8 167:4 175:13
**hand** 19:18
**handle** 43:6
**happen** 30:19 101:5 105:14
  112:24 162:15
**happened** 84:5 121:3
  122:16 124:22
**happening** 55:14 179:8
**happy** 6:24 7:6
**harass** 30:12 66:9 69:2 72:9
  158:6
**harassing** 37:10 38:13 39:9,
  21 47:7 69:11 179:6 180:8
**hard** 125:11 128:17 179:21
  211:9
**hardware** 160:3,5,11
  227:21,22
**he'll** 18:12 19:9 98:2
**head** 7:17
**health** 72:13,18 81:3 82:21
  86:12,14,23 87:7,17 88:2
  91:14,23 92:8 96:16
**hear** 14:4 15:22 38:5 47:1
  53:20 56:5 57:17 94:5
  102:24 103:5 105:11 113:5
  115:25 185:8 192:12
**heard** 20:14 54:21 105:19
  117:7 123:9 192:15
**hearing** 123:14 145:7
**heart** 48:7 73:25
**Heights** 135:15
**held** 56:25 108:18 117:24
  119:22 129:5
**helped** 44:9
**helpful** 23:16
**helping** 116:24
**Hey** 185:16
**high** 75:10 80:14
**highly** 90:23 156:8
**hire** 62:13 148:17
**hired** 139:21 147:19 148:10
  215:15,22

**Hispanic** 36:14
**history** 39:7,17,20
**hit** 123:12,13
**hold** 8:13 39:3 189:3
**Hollywood** 221:23
**honest** 52:4
**Honestly** 34:4 81:18
**Honor** 40:10,18 42:2,7,10,
  13,16,18 43:2 45:1 47:10
  48:6,19,20 49:9,14 50:6,13
  52:24 53:3,7 54:15,19 55:23
  56:16 117:1 118:9 120:25
  121:9,10 122:7,21 124:25
  125:17 126:17 127:9,15,19
  128:6,18,19
**hope** 102:13
**horrible** 55:18
**hospital** 79:8 81:24,25 82:4,
  7 83:12
**host** 94:9 103:11 109:15
  120:3,5,19,21 122:22 124:4
  128:24
**hostility** 52:9
**hosting** 115:18 116:9
  123:15 125:4,15 129:10
**hot** 160:22 164:2
**hour** 66:14 67:23,24 115:21
  120:7,8 126:19 127:1
  163:19 164:20,23 165:8
  175:13
**hours** 50:16 58:21 66:25
  76:13,21 126:9,10 142:12
  170:22 171:4 178:18,24
  179:13 180:20 181:12
  192:25 196:10,15,19,25
  202:17
**hours'** 43:20
**house** 226:13
**houses** 226:25
**human** 36:16
**hundred** 180:1
**hurry** 110:6
**husband** 220:1
**hydrated** 165:4

## I

**idea** 119:17
**identification** 130:23
  150:15,18 184:10 187:19,22

**ignore** 190:5
**ill-informed** 93:10
**illegal** 51:13 52:10
**illegally** 51:11
**lm** 99:19
**imagination** 131:7
**immigrants** 32:18 36:15
**immigrate** 31:20 32:5 33:4
**immigrated** 32:16 33:2,10
  49:16
**immigration** 30:18 32:4,20,
  25 33:14,15 47:13,24 49:5,8
  50:1,25 52:12 66:6 188:12
**impact** 89:15,24 182:1,16
**impermissible** 44:20
**impermissibly** 41:1,11
**implication** 47:21
**implications** 32:18 123:22
**implying** 51:11 52:10
**important** 111:16
**importantly** 7:12
**impression** 124:12
**improper** 42:4,25 47:12
  48:15,17,25 49:11,24 52:6,
  13 54:24 66:15 72:7 93:22
  226:20
**improperly** 25:5 44:5 126:21
**inaccurate** 14:15 135:20
**inadvertently** 45:22 191:17
**inappropriate** 65:24 68:1,8
  70:15 103:24 104:2 105:14
  108:21 109:4 110:4 112:18
  113:2 117:21 118:7 220:9
**inaudible** 16:12 110:6
  146:10
**incessantly** 119:2
**including** 123:7
**inclusive** 184:21
**income** 68:15,25
**incomplete** 192:23
**inconsistent** 146:11
**incorrect** 137:5
**incorrectly** 87:20
**Incredibly** 192:22
**indication** 25:3
**indifferent** 28:11
**individual** 43:23 136:12
**individually** 24:14
**information** 30:13 41:9 52:5
  62:4 71:2 135:7

**initial** 52:17
**injected** 74:23
**injury** 116:6
**inside** 159:14,16 192:6,8,13
  204:4 214:12
**insist** 124:16
**insists** 122:14 124:15
**install** 204:13,20 205:2,19,
  25 206:8
**installing** 191:10 204:8
**instance** 53:9
**instances** 75:16
**instruct** 38:8
**instructed** 43:25
**instructing** 28:5 30:8 32:12
  42:23 86:18 119:3 126:21
  173:7
**instruction** 14:6 29:4 46:20
  85:19 189:20
**insult** 116:6
**intents** 125:22
**interact** 11:7
**interposed** 38:20
**interpret** 56:14
**interpreter** 6:2 11:10 14:5,9
  15:2,20 28:17 29:9,14
  34:18,19 35:2 37:13 55:20
  56:14 57:16 85:3,6,25 96:23
  98:7,20,22 102:2,24 103:4
  107:22 136:8 145:6,7 165:5,
  6,10 202:7 210:20,21 223:1
**interpreter's** 187:8
**interpreting** 56:8,10
**interrupt** 209:25 210:1
**interrupting** 36:4 102:20,21
**introduce** 187:20
**introducing** 23:9 150:11
**invoices** 59:21
**involved** 39:24 57:5
**irrelevant** 30:11 38:13 39:7
  72:8 90:23
**issue** 6:20 12:1,7 40:25
  43:12 50:3 111:15 118:20
  120:8 135:19 223:7
**issued** 5:12
**issues** 25:4 40:23 72:13,18
  73:15 77:10,14 81:3 82:21
  86:12,14,24 87:6,7,14,15,
  17,24,25 88:2 100:1 119:8
  120:23

## J

**Jackson** 135:14
**Jamaica** 81:24 82:5,6 83:11
**janitor** 225:13,22
**January** 149:1
**Jason** 5:20 6:14 7:25 8:3,8,
  12,13,16,21 9:6,7 10:18
  11:21 14:18 15:3 16:4 17:7,
  22,24 19:6,16,17 20:13
  21:23 22:2 23:18 24:1 25:8,
  22,23,24 26:2,3 28:10 34:23
  35:7,23 36:3,20,23 37:17
  38:1,2,21,24,25 62:5 63:24
  66:19 93:9,19 94:3,10,14,15
  96:25 102:10 103:8,18
  106:18 107:21 108:6 110:13
  112:16,22 113:13,18 114:14
  115:17 124:4 151:3 165:1
  179:20 184:22 211:2,9,20
  212:5 218:24 219:15 222:16
  223:9,17
**Jeez** 72:2
**job** 193:11
**jobs** 203:1
**John** 138:23 139:5,15,20
  141:17 143:1,3,6,20 146:2,
  5,13,21 149:2
**Johns** 227:24
**joined** 40:15
**joins** 85:3
**judge** 10:24 11:9,16,19,23
  12:12 13:1 30:17 31:6 35:24
  36:2,6 37:16 40:9 67:23
  85:18 104:2,25 109:24
  110:17,23 111:1,15 112:12
  113:3,8 114:3,24 118:17
  121:16 123:18 184:4 210:3
  211:18 212:1 222:19,25
  223:11
**Judge's** 36:11 211:10
**judicial** 115:14
**juice** 157:7,12
**June** 29:20
**Junior** 185:16 186:7
**Justice** 115:2
**justify** 117:25

## K

**keeping** 165:3
**kind** 38:4 125:7,12 140:6,8
  141:25 170:14 179:20
  206:24 208:4
**knees** 73:20
**knew** 114:7,8
**knock** 123:11
**knowledge** 70:22 225:18
  226:2 227:8

## L

**laborer** 147:24
**lack** 140:3
**lacks** 92:11
**language** 6:2 41:5 55:19
  85:6
**laptop** 115:4
**Lastly** 9:25
**latest** 127:11
**law** 5:21 111:4 113:25
  188:10
**lawsuit** 30:22 39:23 42:24
  57:14,20 61:9 211:11
**lawsuits** 39:25 57:5
**lawyer** 55:1
**leading** 222:21
**leads** 119:11
**learn** 35:19,22
**leave** 22:6 48:18 56:13
  94:22 100:21 153:2,17
  162:10 167:12 170:9 177:21
  178:2,9,13 214:14,21 215:2,
  21
**leaving** 215:11
**leeway** 39:18
**left** 67:5 123:1 191:18
  197:23
**legal** 23:1 39:24 66:22 68:7
  107:17 135:10 193:6
  225:17,18 226:1 227:7
**legally** 103:24
**legs** 84:11
**length** 43:8
**Leon** 5:24 7:25 8:8 9:4 11:3,
  11 13:5,8,11,22 14:1,8,11,
  14,25 15:8,15 16:4,15

Carlos Chancha
April 23, 2020

17:11,17,21,24 18:4,8,14,23
19:14 20:6,13 21:9,13,24
22:20,25 23:17 24:1,17
25:6,22 26:2 27:17,24 28:5,
10,25 29:11 30:2,10 31:7,
12,17 32:1,7,14 33:12,22
34:2,8,12,15,23 35:4,7,19,
22 36:23 37:5,17,25 38:12,
17,24 39:15 40:1,5 42:13,16
48:25 50:6,13 53:3,7 54:18
55:23 56:23 57:1,6,11,21
58:4,10,16,22 59:3,7,15,23
60:3,15,19,24 61:5,10,17,23
62:5,14,23 63:3,8,14,21
64:3,8,12,17,21 65:1,6,12,
20 66:19 67:4,14 68:17,23
69:10,15,21 70:11,19,25
71:10,15,22 72:2,14,19,24
73:3,8,17,21 74:1,6,15,19,
25 75:8,11 76:8,11,17,25
77:6,12,15,21 78:2,6,13,19,
24 79:5,10,17 80:1,10,17,24
81:5,10,15,21 82:1,8,14,23
83:4,8,13,19,25 84:6,15,19,
25 85:10 86:8,15,25 87:9,18
88:3,12,18,25 89:9,17 90:1,
9,15,21 91:7,15,24 92:10,17
93:2,9,19 94:8,18 95:17,25
96:4,20,25 97:4,7,17 98:8,
13 99:3,11,19,22 100:9,12
101:1,13,25 102:6,10 103:6
104:6,11,14,19 106:5,9,21
107:9,25 108:5,19 110:8,12,
15 111:3,4,21,25 112:3,6,
16,22 113:13,18 114:14,25
115:2,3 119:20 120:2,11,25
122:9,20 125:17 126:20,23
127:3,19 128:5,19,21 129:7,
18,25 130:5,14 131:4,10,19
132:7,21 133:10,20 134:4,
12 135:3,9,16 136:16,21
137:3,14,20,25 138:9,13,18,
24 139:6,11,16 140:2,19,23
141:5,10,21 142:2,14,23
143:13,16,21 144:5,11,16,
24 145:4,10,17,22 146:7,14,
19 147:1,8,14 148:3,11
149:10,16,24 151:3,10,19,
23 152:8,13,19 153:1,11,25
154:14,20 155:1,6,12,17
156:1,6,10,14,19 157:2,9,
14,20 158:1,20 159:1,5,11,
17,23 160:7,19 161:3,14,22
162:7,16,23 163:4,9,16,23

164:6,17,22 165:1,9,13,22
166:5,12,20 167:2,7,13,18,
24 168:5,11,16,23 169:4,12,
22 170:4,10,16,23 171:5,13,
19 172:5,14 173:2,6,14,21
174:2,6 175:1,10,16,24
176:5,15,25 177:13,18,23
178:4,10,15,20 179:1,15,19
180:22 181:3,16,22 182:3,
10,17,23 183:3,10,18 184:1,
19 185:8,11 186:4,15 187:1,
10,23 189:1,11,19 190:3,16,
20,22,24 191:15,25 192:3,
10,17,21 193:4,13,25 194:7,
20 195:2,8,23 196:3,12,22
197:3,9,15 198:4,9,16,22
199:2,10,16,23 200:6,11,17,
20,25 201:8,24 202:5,13,19
203:3,8,12,17,25 204:9,15,
22 205:4,11,16,21 206:1,10,
15,20 207:1,12,19,25
208:13,22 209:6,11,16,24
210:16 211:2,9 212:9,12,24
213:4,17 214:1,9,16,23
215:4,12,17,24 216:9,14,19,
25 217:7,17 218:5,12,19
219:5,9,15,23 220:3,15,21,
23 221:1,6,11,16 222:1,6,
11,16 223:6,17,23 224:4,9,
13,19,25 225:9,15,24 226:8,
19 227:5,13,19 228:3,6,13,
22

**letter** 122:12 132:5

**letting** 210:13 211:25 223:10

**level** 46:24

**Levin-epstein** 5:21

**license** 70:1,3,8

**licenses** 69:20 70:10,18,24
71:3,4

**lie** 119:22

**lieu** 5:9

**lift** 84:11

**light** 192:7 227:17

**lights** 193:18

**Lima** 29:24

**limited** 10:11 22:16 26:14
35:16 42:6 92:12 222:20

**limits** 128:7

**lines** 191:19 220:10

**listen** 72:3 100:11 113:6
114:17 117:17 121:23

**listening** 106:21 123:11
124:8

**lists** 191:1

**literal** 219:16

**literally** 20:14 39:2 123:16
169:15 210:17

**litigator** 68:2

**live** 51:19 144:4,10,22 146:1
217:5,21 219:13,21 220:2
221:9,15

**lived** 31:8 51:21,25 59:2
144:18 221:21,22,23

**lives** 30:20,22 51:22 145:2
220:7

**living** 31:11 144:15 146:6
162:1 217:3

**local** 60:7,8

**located** 81:20 135:14 136:13
138:12,17 227:22

**location** 51:22

**locked** 193:19,22

**locks** 193:17

**log** 58:20

**long** 31:8 52:18 73:6 76:23
77:19 79:14,23 82:12 83:24
88:24 89:8 92:15,25 95:15
102:2,8,11 109:3 129:16,23
130:3,12 159:21 160:4,13
161:12,19 163:7,14,21
164:4,25 166:18,25 196:4
200:4 202:11 205:9 217:10

**longer** 43:24 88:16 212:8

**lookout** 169:7 213:10

**loss** 80:16 82:20 181:21
182:1

**lot** 165:3 201:12

**loud** 7:13 98:15

**Louis** 5:24 25:18 35:15
36:21 61:7 62:3 63:1,6
65:17 111:3 112:21 113:11
115:3 228:1,13

**low** 75:2,3 182:13

**luck** 56:18

**lumped** 44:22

**lunch** 84:21 126:11 165:8
167:17,23 168:4,10,14
174:25 175:6,9,15,21
212:16,22

**luncheon** 85:1

**lungs** 95:7

**luxury** 44:11
**lying** 119:23 121:8,16,17
  122:15 124:15

# M

**Madam** 8:12 11:3 14:1 16:15
  18:17 19:11 20:6 28:13 29:2
  34:25 76:8 94:5,18 96:12
  98:17 100:10 110:20 112:6
  128:23 130:20 150:10
  192:10 219:2
**made** 11:5 21:18 25:6,10
  51:7 52:8 53:12 61:21 67:9
  68:25 127:3,4 135:20 184:3
  202:8
**Magistrate** 10:24 11:15,19,
  23 40:8 110:22 111:1
  114:23
**maintain** 58:14
**maintaining** 116:8
**maintenance** 164:10,12,25
  191:6 192:2,19
**make** 6:19 7:12 8:1,7 9:4
  10:13 11:13 13:12,16,17
  15:18 17:4 20:3,4 22:1,8,10
  25:3 26:7 41:20 45:19 46:2
  50:8 53:4 67:15,21 75:12
  76:3 85:14 95:13 104:24
  106:3,19,22 125:7,11
  144:25 151:14 152:1 161:8
  167:14 169:8 176:14 187:12
  188:2 192:11,14 193:19,21
  194:23 195:14 196:17 212:4
  213:12 217:11 228:3,24
**makes** 158:12
**making** 9:1 39:2 44:20,24
  48:4,25 103:15,22 108:25
  115:21,24 125:19 179:22
  180:10 229:5
**man** 153:16
**managers** 143:19
**manner** 5:16 49:18,21 50:4
**manners** 53:2
**Manojkumar** 5:23
**March** 5:12 226:12
**mark** 150:13
**marked** 20:9 130:23 150:17
  151:17 184:10,13 187:18,21
**marking** 130:21 151:25

**married** 33:18,21 34:1
**materials** 140:10,11 141:13
**matter** 11:22 14:13 40:19
  52:17 65:25 111:6,14
  118:22
**means** 7:16 13:19 35:8,10,
  11,14 70:13 181:2,5 224:8
**meant** 30:12 69:2 72:9 158:6
**mediations** 43:20
**medical** 82:7 83:12 84:14
  86:7
**medications** 26:24 27:1,5
**meet** 61:8 62:21 63:2 139:5
  148:14,21,25
**mention** 165:7
**mentioned** 53:9 146:24
  166:2 228:16
**message** 184:9 186:9,10
**messed** 43:19
**messes** 125:5
**met** 62:22 63:7 149:8
**mic** 40:7 76:2 103:21 104:4,
  10,15,16,20 105:3,23
  106:11 108:14 123:2
  124:18,19 125:5 165:16
  223:15
**mic'ing** 125:16
**microphone** 11:12 119:19
**middle** 212:11,18
**mind** 129:4 136:7 180:13
  181:8
**minute** 32:15 175:17
**minutes** 27:14 61:14,15
  104:13,18 108:1,4,8,10,11
  123:17 126:12 160:15
  164:15 167:22 169:25
  192:18 200:8 212:3 219:18
  222:17,21 223:18,22,24
**mischaracterized** 130:7
**mischaracterizes** 80:3,19
  87:11 88:5 129:20 130:15
  134:6,15 142:16 143:24
  161:4 166:7 168:17 169:14
  175:25 181:23 183:20 204:1
  207:3 209:18
**mischaracterizing** 76:18
  77:1 79:19 147:2 149:17
  182:5
**misconstrues** 92:1 169:24
  172:7 176:16 177:2 200:13

**misheard** 59:17
**misleading** 50:23 92:21
**misreading** 122:15
**misrepresentation** 181:4
**mistakenly** 91:9
**misunderstanding** 122:16
**Mizrahi** 5:20 6:11 8:6 9:2
  10:19,22 11:20,21 12:6,13,
  17,20,23 13:3,7 14:12
  15:13,24 16:12 17:2 19:11
  21:21,23 22:14,23 23:3,7,
  12,24 24:7,13 25:2,18 26:1,
  11,18 28:8 30:7 31:4 32:10
  34:21 35:5,14,20 36:21
  37:12,14,24 40:3,10,14 43:7
  44:3 45:9 46:1,5,12,16,21
  47:14 48:2,20,24 49:7,14
  52:24 53:4,19 54:14 55:2
  56:15,20 57:3 62:2,3 65:14,
  17 66:16 69:5 70:12 72:4
  84:23 86:1 93:4,17 94:16,25
  96:7,12,19,23 97:2,6,15
  98:10,17,24 99:17,20
  100:10,24 101:12,23 102:4,
  9 103:1 104:5,8,12,17
  105:9,17 106:2,19,22 108:2,
  19 110:6,10,14 112:14,21
  113:11,17 114:12 115:17
  117:3,9,25 118:13,17
  119:25 120:2,12 121:3,8
  122:3,7,14 123:7,15,24
  124:4,11,15 125:19,22
  126:3,7,17 127:1,15 128:5,
  13,18 129:12,15 130:20,25
  131:8,25 132:11,18 133:1
  150:10,19 151:7,16,21
  153:4 156:9 165:19 179:18
  184:23 185:14 187:24
  188:15 191:23 196:1 201:4
  207:7 209:22 210:14,23
  211:5 212:6 215:8 216:5
  219:2,19 222:24 223:3,21
  224:6,21 228:1
**Mizrahi's** 43:13 53:8 62:18
  181:7 221:20 225:11 227:9
**moment** 14:24 17:19,23
  18:1 28:22 108:12 110:18
  114:15 131:17 133:6 151:1
  152:3 184:14 185:1 189:7
  228:22
**Monday** 80:21 142:11,12,18
  143:8 155:22 157:1,25
  158:19,25 162:4 172:4,17

213:15,21

**Mondays** 155:16 156:18
159:4,10 160:18 168:22
169:3

**monetary** 105:15

**month** 80:22 164:13,24
208:21

**months** 31:10 73:10 146:3
147:11 221:8

**morning** 6:12,13,16 11:18,
20 40:17 155:23 157:6,18,
23 158:19,25 160:12 171:16
172:2 173:11 174:16

**mornings** 156:4,13 157:1,25
173:20 174:1,5

**motion** 125:7

**move** 56:17 112:14 113:12
145:8,16,20 161:10 212:7

**moved** 145:14

**multiple** 41:3 82:15 119:6
173:7

**mute** 94:2,3,4,21 123:3,13
124:7

**muted** 94:9 103:14 121:4

**muting** 94:11,14,15,16
119:18

---

### N

**named** 138:22

**nasty** 8:10

**native** 36:13

**necessarily** 24:20

**necessitated** 229:4

**necessities** 102:14

**needed** 23:19,21 24:21
43:11 139:8 216:8,11
227:16

**negatively** 89:15,24

**newspaper** 60:7,8,11 149:3

**night** 126:7 169:7,9 198:13

**nodding** 7:17

**nonsensical** 108:15

**Northern** 135:14 136:14

**Notary** 6:8

**note** 24:22 31:4 191:20

**noted** 229:9

**nothing's** 45:20

**notice** 9:15,17 45:6,10 72:6
187:17 210:6

**noticed** 45:2

**number** 5:11 9:6,9 12:10,13,
22,23 42:2 51:9 55:2 110:17
111:20,22

**numbers** 112:9

---

### O

**oath** 5:9,10 6:3 20:23,24
21:25 22:4 51:7 85:7 121:2
181:2

**obey** 20:18

**object** 21:25 24:18 34:16
36:3,6 45:13 48:8 112:8
186:17 191:21

**objected** 93:5,6,7 95:2,4

**objecting** 93:14,21 95:8
99:3,5 119:1 180:10 220:8

**objection** 13:22 14:14,25
15:8,11,22 16:20,21,22
17:6,11,17 18:4,8,14,23
20:13 21:13 27:17,24 28:25
29:3 30:2 31:5,12,17 32:1,7
33:12,22 34:2,8,12 35:15,
16,17 37:5 38:12,17 40:1
48:9 49:4 56:6 57:6,11,21
58:4,10,16,22 59:3,7,18,23
60:3,15,19,24 61:5,10,17,23
62:14,23 63:3,8,14,21 64:3,
8,12,17,21 65:1,6,12 67:4,5,
10,14,15 68:17,23 69:15,16,
21 70:19,25 71:10,15,22
72:3,14,19,24 73:3,17,21
74:1,6,15,19 76:11,17,25
77:6,15,21 78:2,6,7,9,13,19,
24 79:5,10,17 80:1,10,17,24
81:5,10,15,21 82:1,2,8,14,
23 83:8,13,19,25 84:6,15
86:8,15,25 87:9,18 88:3,4,
12,18,25 89:9,17 90:1,9,15,
21 91:7,15,24 92:10,17 93:2
95:5,13,17 99:8 129:18,25
130:5,14 133:10,20 134:4,5,
12 135:3,9,16 136:16,21
137:14,20,25 138:9,13,18,
24 139:11,16 140:2,23
141:5,6,21 142:2,14,23
143:13,21,22,23 144:5,11,
16,24 145:10,17,22 146:7,
14,19 147:1,8,14 148:3,11
149:10,16,24 152:8,13,19
153:11,25 154:14,20 155:1,
6,12,17 156:1,6,14,19,20

157:2,9,14,20 158:1 159:1,
5,11,17,23 160:7,19 161:3,
14,22 162:7,16,23 163:4,9,
16,23 164:6,17 165:22
166:5,12,20 167:2,7,13,18
168:5,11,16,23 169:4,12,22
170:4,10,16,23 171:5,13,19
172:5,14 173:2,6,14,21
174:2,7 175:1,10,16,24
176:15,25 177:13,18,23
178:4,10,15,20 179:1,22
180:22 181:3,16,22 182:3,
10,17,23 183:3,18 184:1
186:4,15 187:1,10 189:11,
19 190:3 191:15 192:3,21
193:4,13,25 194:7,20 195:2,
8,14,23 196:12,22 197:3,9,
15 198:4,9,16,22 199:2,10,
16,23 200:6,11,17,25 201:8,
24 202:5,9,13,19 203:3,8,
12,17,25 204:9,15,22 205:4,
11,16,21 206:1,6,10,15,20
207:1,12,19,25 208:13,22
209:6,16 212:12,24 213:4
214:1,9,16,23 215:4,12,17,
24,25 216:14,19,25 217:7,8,
17 218:5,12 219:5,9,23
220:3,4,15,21 221:1,6,11,16
222:1,6,11 224:9,13,19,25
225:9,15,24 226:8,19 227:5,
13,19

**objections** 5:16 14:3,17
15:14,25 16:1,9 19:10 22:16
37:15 38:5 42:4,5 44:24
46:14 47:1 48:5 49:1 55:3,5,
24 56:1 72:5 85:13 92:4
95:22 115:21,25 119:5,6
120:15 125:8 170:6 184:2
188:9 226:3

**obstructions** 161:9

**obvious** 62:6

**occasions** 117:12

**occur** 162:21

**October** 64:5 131:16 133:5

**off-the-record** 56:25 108:18
129:5

**offered** 69:8

**office** 62:1,17 129:2

**offices** 5:21 111:4

**Okey-dokey** 110:19

**onboard** 85:19

Carlos Chincha
April 23, 2020

14

**One-** 197:25
**one-bedroom** 197:24 198:2
**Ooh** 32:1 69:21
**open** 25:1,14 26:10 53:25
184:17,18 188:19 189:1
190:17
**open-ended** 170:24 171:20
175:12
**opened** 24:19 26:8 43:11
**opening** 26:5
**opens** 160:12
**opinion** 113:19
**opportunity** 41:6,14
**opposing** 40:15 54:16 69:6
**order** 5:11 100:19 103:15
**ordered** 44:3
**ordering** 19:22 54:5,8
**orders** 20:18 211:10
**outright** 47:12
**owner** 139:2,3 148:15
**owns** 136:13

**P**

**P.C.** 5:22
**p.m.** 85:1,2 172:17 209:15
211:8 213:15,22,25 222:18
223:11 229:9
**pacemaker** 83:6 84:13 86:6,
23 88:10 183:13
**packing** 142:5
**paid** 49:20,21 50:3,5,11,15,
19,20 146:13
**paint** 142:6 160:21 161:13
162:4,6 182:22 227:17
**painted** 203:23
**painting** 160:25 161:20
191:9 202:23,25 203:1,15
**paperwork** 27:16,22 28:2,23
**paragraph** 136:4,5,10
147:22 190:14,24 191:1,13,
19 208:16
**parcel** 70:14
**part** 15:12 36:17 44:21 70:14
76:1 91:2 106:16 192:12
**part's** 222:17
**partaking** 111:9
**parte** 106:24
**participate** 41:18 42:12,23

**participating** 5:3 44:7,14
52:19
**parties** 5:14 111:7
**partner** 220:7
**party** 54:5
**past** 16:13 223:9
**Patel** 5:23 40:20 51:3 57:10
58:3,9,15 59:22 64:15 111:6
134:7 143:2 147:12,19
148:6,7,9,14,18,21,25
149:7,22 150:3,7 153:19
154:13,19,25 155:5,11,24
169:10,20 170:9,21 171:3,
17 173:12,16,18,25 176:3,8,
22 185:16,24 196:8 207:24
215:10 228:17,19
**Patel's** 31:19 152:17
**paused** 32:14
**pay** 176:7 209:4,9 212:4
**paying** 37:18,19 100:18
**Pena** 61:7 63:1
**penalty** 180:19
**pending** 11:22 97:3,5,10,16
98:9,11,12 99:25 100:15
101:3 187:5
**people** 66:4 113:5 125:16
161:9
**people's** 159:16
**perfectly** 52:23
**perform** 155:4,10 159:9
160:18 161:20 164:9 182:2,
16
**performed** 137:12 138:11,16
143:10,11 154:25 161:2
164:11 174:22 182:14
190:12 220:18
**performing** 143:6 144:9
146:2 191:5 192:19 207:11,
18
**period** 67:7
**periods** 88:17,24 89:8
**perjury** 180:20,25
**permissible** 32:22
**permission** 170:8,14
**permitted** 188:10
**person** 5:9 25:24 26:4,5
122:23
**person's** 122:25
**personal** 108:23
**perspective** 113:20

**pertaining** 58:2,8
**Peru** 29:22 33:8
**phone** 10:23,25 11:14 12:10,
13 30:16 31:5 37:16 40:3
42:17 48:7 117:17 120:16,
24 126:2,18 127:3,5
**phonetic** 61:7
**phrased** 95:1 183:4 206:16
212:14,25 215:18 216:1
**physical** 18:25 72:22 73:12
89:16,25 90:8,13,20 182:2,
16
**physically** 5:4 226:6,17
**pick** 55:19 212:15
**pipe** 204:4
**pipes** 159:20,22
**place** 11:17 40:9 110:24
114:24 149:15 153:21 154:9
**places** 143:18
**placing** 10:23
**plaintiff** 12:2 19:12 68:3
111:5 147:23
**Plaintiff's** 5:24 40:21,23,25
42:3,8 111:10 115:3 118:24
119:15 127:16
**played** 124:19
**plumbing** 142:5
**point** 6:22 7:5 48:24 51:23
54:22 67:9 94:20 98:3 106:3
115:16 125:12 174:9
**pointed** 45:9
**points** 47:4
**pose** 186:21
**posed** 100:25 218:14 224:21
**position** 10:12 19:16 28:11
110:2 189:14
**possibly** 193:6
**potential** 39:6
**potentially** 111:17
**prejudicial** 51:14
**prepare** 27:11,22 28:23
45:12 157:12 160:22 162:11
166:19 167:1,5 174:16
183:2
**prepared** 27:13 157:8
167:23
**preparing** 160:25
**prescription** 26:24
**presence** 26:13 56:12

**present** 5:5 12:16 26:19
41:16,25 75:18,19 111:24
154:5 207:21
**pressure** 27:3 75:9
**presume** 67:19
**pretty** 47:20 118:10
**prevent** 8:19
**previous** 86:17 139:2,3
148:15
**previously** 8:1 31:11 86:13
87:15,16,21,25 88:1 90:3
91:18 92:9,19 95:21 96:16
131:2 144:1 146:8 150:13
176:18 181:20 183:7,15
184:13 185:18 187:21
209:13 213:14,20
**prime** 121:9
**prior** 9:15 72:5 77:1 79:19
80:3,19 83:23 87:11 88:5
91:9 92:1,2 129:20 130:7,16
134:6,15 143:24 146:11
149:17 161:4 166:7 168:17
169:24 172:8 175:25 176:16
177:2 181:23 182:5 183:20
188:8 200:13 204:1 207:3
209:18 226:20
**privacy** 123:10
**private** 30:12 113:7 117:10
**privilege** 22:17 35:17 38:19
39:1 42:6 46:25 58:12
**privileged** 57:23 117:11
124:14
**privileges** 109:16 115:18
116:9 120:3,5,20,21 122:23
123:16 125:4,15
**problem** 14:10 86:21,22
**problems** 15:17 74:5,10
76:24 79:15,24 80:7 87:5
91:14,23 92:8 96:16 203:22
**Procedure** 229:3
**proceed** 10:18 13:6,7 14:18
17:7 19:5 24:6,24 30:5
36:20 53:23 113:1,9 129:13
**proceeded** 95:3
**proceeding** 11:25 39:4 49:2
**product** 43:4
**professional** 70:23
**professionals** 128:4
**prohibited** 26:18 49:6
106:24 107:4 215:11

**prolonging** 118:25 120:13,
16
**promise** 48:21
**proof** 54:19
**properly** 10:2 45:12 95:1
**property** 137:1
**Protective** 190:1
**provide** 48:13 52:18 54:7
65:15 66:22 71:2
**provided** 208:19
**providing** 122:13
**proving** 124:17
**Public** 6:8
**pull** 23:8 24:13 184:14
188:24
**pulled** 23:16 25:16 131:13
132:1 133:2
**pulling** 25:4 110:16 150:21
**purchase** 165:21
**purpose** 26:20 49:17,24
52:6
**purposely** 117:3
**purposes** 55:7 125:23
**pursuant** 5:11 184:2 222:18
229:2
**put** 8:15,17,23 10:2 13:9
19:17 21:3 36:19 44:10,17,
19 45:18 103:12 116:3
128:6 162:12 174:7 210:5
**putting** 10:17 202:22

---

## Q

**Queens** 31:14 82:4
**question** 7:3,8,9 13:23 16:6
17:22,25 18:5,11,12,16,17
19:13 21:7,8,9,10,15 27:18
29:1,13 30:4,6,9,25 31:18
32:2,9,13,24 33:13 35:18
37:6,11 38:22 39:6,11,16
40:2 43:4 46:18 47:17,21,23
48:11,13 49:11,17 56:5
57:7,12,22 58:5,17,18,23,24
59:4,10,13,19,24 60:4,5,16,
20,21,25 61:6,18,19,24
62:9,18,24 63:4,9,10,15,16,
22,25 64:4,13,22,23 65:2,3,
7,8 66:23 68:18,19 70:20
71:1,5,11,12,16,17,23
72:11,15,20,25 73:4,18,22,
23 74:2,3,7,8,16,20,21

75:15,17,23,25 76:4,7,9,12,
18 77:1,3,8,16,22 78:3,14,
15,20,25 79:1,6,7,11,18
80:2,4,12,18,25 81:6,7,11,
12,16,17,22,23 82:9,16,24
83:9,14,15,20 84:1,7,8,16,
17 85:16 86:16,18 87:1,2,
10,19,22 88:4,19 89:1,2,5,
10,11,18,20,22 90:2,3,4,10,
16,22,24 91:8,16,21,25
92:11,22,24 93:3,8,13,14,18
94:25 95:4,11,18 97:2,5,8,9,
13,15,18 98:2,9,10,12 99:8,
24 100:2,4,9,13,14,15,22
101:2,4,11,14,15,17,21,22,
24 109:23 116:10 119:9
129:19,23 130:1,2,6 131:11
134:5,9,14 135:4,17,18
136:17,18,22 137:15,21
138:1,19 139:12,17 140:3,
24 141:6,11,22 142:3,15,24,
25 143:4,14 144:6,8,12,17
145:1,11,12,18,23 146:10,
15,16,20 147:9,15,16 148:4,
5,12 149:11,25 153:3,4,12
154:1,15,17,21,22 155:2,7,
9,18 156:2,7,8,11,15,16,21
157:3,4,15,16 158:4,22
159:2,6,12,24 160:9,20
161:4,6,15,18 162:17,18,24,
25 163:5,10,11,24 164:19
165:6,23,24 166:6,21,22
167:14,19 168:6,17,19,24
169:5,13,16,23 170:2,11,12,
24 171:2,6,20,21,24 172:6,
15 173:8,15,24 174:12
175:2,11 176:16,21 177:1,
19,24 178:5,11,21,22
179:11,23 180:7,13,17,23,
24 181:10,17 182:4,11,18,
19,24 183:4,5,19 184:8
186:5,18,20 187:5,6,11
188:1,5,11,15,16,23 189:15,
17,21 191:22,24 192:4,22,
24 193:5,14 194:4,8,9
195:3,9,16,18,25 196:2,3,
13,14,23,24 197:4,8 198:10
199:11,17,18,24,25 200:7,
12,18,22 201:1,2,5,9,10,25
202:1,6,20 203:4,5,20
204:10,11,18,23,25 205:7,
12,22 206:2,3,11,16,21
207:2,6,8,13,14,20 208:1,
14,23,25 209:7,17,21,23

212:13,25 213:5,8,19 214:2,
3,10,11,25 215:5,7,13,18,
19,25 216:2,6,15,20,21
217:1,2,8,11,13,18,19,23
218:10,13,14,17,20,22,24,
25 219:3,10,16,17,20,24
220:16,22 221:2,7,12,13,17,
20 222:2,7,12 224:10,14,20,
21 225:1,11,16,19,20,25
226:9,10,22 227:6,9,14
228:18

**question's** 94:1
**questioned** 22:5 50:16
**questioning** 96:14 98:19,25
100:8 119:2
**questions** 6:4,23 7:14 8:14
10:18 11:6 18:24 19:2,8,17,
20 20:2,5,23 22:13 24:6,24
25:10,12 26:21 35:13 39:4,
9,19 41:8,13 46:4 47:5,6
48:2 49:4,8 51:16 52:11,15
54:1,25 55:11 65:14,24
67:25 68:4,8,13 70:1,4,15
72:7 78:7 85:8 90:25 91:3
93:22 96:11 99:15 104:3
121:2 124:24 129:14 174:14
180:15 184:5,8 186:19
189:24 190:12 195:11 210:7
220:10 222:21 223:19
228:2,9
**questions's** 100:24
**quick** 8:1 9:1 36:7 48:22
56:21 96:21 106:20 108:3
125:18 129:4 165:5 209:24
210:4,21,22 222:20 224:2
228:4
**quickly** 42:13 48:9,21
107:20
**quiet** 36:22,24
**quote** 51:9

**R**

**raise** 31:5
**raised** 119:5
**raises** 119:8
**ranting** 121:5
**rare** 206:19
**rarely** 206:14
**reach** 111:20
**reached** 12:11

**read** 59:12,14 76:5,10 96:18
98:15,23 99:10,15 100:17
101:15 119:21 133:18,24
134:2,10 136:5,7 170:3
185:3 189:18 195:10,13
197:11 208:24 218:18
219:3,4
**readily** 43:9
**reading** 51:2 99:11,12
186:25 187:2 208:23
**reads** 46:23 186:10
**ready** 56:16 223:5
**real** 44:11
**rear** 194:14
**reason** 27:8 30:4 32:9 50:24
51:4 52:2 56:9 65:20 71:21
120:23 124:10 212:19,23
**reasonable** 21:5
**reasons** 10:7 30:15
**recall** 33:25 60:10 63:18
64:1 98:16 147:18 150:6
179:13 181:21 183:9 185:23
197:19 201:22 202:3 205:24
209:15 213:16
**receipts** 59:2,6,10
**receive** 59:21 68:20 79:3,9,
12 83:7,17 84:13 86:7
140:10 141:12 198:15 199:8
208:5,7,11 209:1
**received** 65:10,22 68:15
78:17 79:15 88:10,15,22
89:6,15,23
**receiving** 71:25 78:23 86:4
146:23 150:6
**recently** 82:18 91:11 119:14
186:1
**recess** 56:24 85:1 108:17
129:6 165:18 223:16
**recites** 87:20
**recognize** 133:9 152:7,10
189:10,23
**recollection** 147:21
**record** 5:19 8:15,18,24 9:8
10:2,17,20 11:1 19:3 20:4
21:3,17 22:1,10 24:22 25:11
29:7 32:10 36:13,19 43:8,24
44:6,18,19 45:19 48:18
53:12 55:6 56:20 57:1 59:14
61:11 69:5 75:12 76:5,10
85:11 94:23 95:14 96:8,18
98:23 99:10 100:22 103:10,
13,16,22 105:1 106:3,5,6,

13,15,23 107:18 108:21
109:1 110:21 112:11 113:6
114:6,9,11,21 115:22 116:4,
21 117:23 118:3,15 119:20,
24 121:4,12,17,21,22
124:20,22,24 128:21 132:9
152:2 154:11,18,24 170:3
174:8 184:19 188:2 189:18
191:21 197:11 218:18 219:4
224:4,5
**record's** 176:14
**recorded** 9:11,19,23 45:21,
23
**recording** 9:14,21 45:4,8,11,
15
**records** 58:14
**recount** 109:22
**recounts** 91:9
**recycle** 194:14
**red** 95:6 186:14
**redacted** 112:10
**redirect** 210:4 211:24
222:20 223:20 224:2
**reed** 120:1
**refer** 132:1,3 187:8 225:22
**referencing** 66:18
**referring** 96:7 137:1 138:6,7
153:18
**reflect** 21:17
**refrain** 42:3,8,10 54:16
**refresh** 147:21
**refusing** 65:18
**related** 10:7 41:8,12 48:1
57:10
**relates** 47:24
**relating** 30:18
**relationship** 58:2,9,15
**relevance** 30:21 33:22 34:2,
12 37:5,9 38:18 41:10 47:8
49:1,3 50:22 64:8,17 69:1,7
78:9 177:14 181:17 198:4
217:9 220:4,11
**relevant** 39:21 49:18 50:2
**rely** 45:24
**remainder** 136:25 138:5
**remained** 44:1
**remember** 31:22 34:5 69:11
80:22 81:19 139:19 140:13
144:19 145:25 146:12
147:20 148:24 153:22
162:19 163:1 178:23 179:12

180:1,2,3 198:18 201:11 202:2,10 203:6,10,14 204:12 205:1,23 206:4,7 227:25

**remind** 188:20

**remote** 45:3

**remotely** 5:7,10 9:18 53:10

**rent** 191:5

**rent-free** 208:19 209:2

**rental** 208:20

**repair** 142:7 193:17 201:6, 13,16,19,23 202:12,18 204:5 205:10,13,15

**repaired** 202:4

**repairing** 191:8,10 202:23, 24 203:24

**repairs** 141:24,25

**repeat** 15:3 60:21 72:6 75:25 76:6,9 89:4,21 91:20 92:23 93:7 95:3,11 96:13 98:11, 18,25 100:3 101:2,19,20 143:4 144:7 150:1 154:16 155:8 161:17 170:1,5 171:1, 24 172:10 173:23 176:20 177:25 181:9 189:17 194:3 195:17 196:2 197:7 199:19 201:3 209:20 213:18 216:3, 22 218:16 225:21

**repeated** 95:5

**repeatedly** 47:16 104:21 109:7 116:2 117:3 124:5,7

**rephrase** 6:24 7:1 156:9,11

**replace** 192:8

**replacement** 85:3

**Replacements** 166:9

**reply** 50:7

**reporter** 5:2 10:21 11:2 12:16 16:1 19:12 20:6,9 29:9 40:12,16 55:4,7 59:12 76:8 94:5,7,19 96:12 98:17 99:14 100:7,10,17 101:2,19 105:2,6 106:7 110:20 111:24 112:6 115:5 119:21 120:1 122:8 123:8 125:3,14 128:23,25 129:8 130:20 150:10 189:16 192:10,16 219:2 228:25 229:8

**reporters** 120:4,5

**reporting** 5:6,16

**represent** 6:14 11:21 111:5

**representation** 181:7 186:16 195:24

**representations** 135:19

**representing** 186:8 195:19

**request** 15:18 21:6 41:24 42:1 105:15 210:21 228:24 229:1,4,5

**requested** 25:15 26:9 41:23 120:2

**requesting** 211:3

**requests** 65:21

**require** 69:17 204:16 205:6 227:4

**required** 183:16 226:5,16

**requires** 193:15 225:17,25 227:7

**research** 66:21

**residence** 31:16

**residential** 71:4 136:13 137:19 139:25

**respect** 12:1 40:23 102:13

**respectfully** 15:19 16:16,19 42:7,10 50:7 54:15 85:13

**respond** 14:16 15:9 16:5,13, 23,24 17:18 18:5 21:14 27:18,25 28:6,14 29:1 30:3, 9,24 31:3,13,18 32:2,8,12, 24 33:12,23 34:3,9 36:8 37:10 38:14 39:11,18 41:6, 14 42:14 47:23 48:11,12,21 52:15 54:1,24 56:2,3,6 57:7, 12,22 58:5,17,23 59:4,19,24 60:4,16,20,25 61:6,12,18,24 62:2,9,15,18,24 63:4,9,15 64:4,9,13,18,22 65:2,7,13, 16,19 67:5,19 68:10,18,24 69:3,7,16,23 70:7,12,16,20 71:12,16,23 72:15,20,25 73:4,8,18,22 74:2,7,20,25 75:8 76:12,19 77:2,7,12,16, 22 78:3,8,10,14,20,25 79:6, 11,20 80:4,11,20 81:1,6,11, 16,22 82:3,9,17,25 83:4,9, 14,20 84:2,7,16 86:10,19 87:1,12 88:7,20 89:2,11,19 90:4,11,17,23 91:10,19 92:5,13,21 95:2,12,23 100:5,16 101:16 117:1 129:21 130:10,18 133:21 134:7,14 135:5,18,21 136:17,22 137:16,21 138:2, 14 139:6,12,17 140:4,19,24

141:7,10,22 142:3,17,25 143:15 144:2,12,17,25 145:3,11,18,23 146:9,15,20 147:2,10,15 148:4,12 149:11,18,25 152:14 153:14 154:1,15,21 155:2,13,18 156:2,7,15,22 157:3,10,15 158:21 159:6,12,18 160:10 161:5,16,23 162:8,17,24 163:5,10,24 164:7,22 165:23 166:8,13,21 167:3,8, 14,20,24 168:6,18,24 169:16,25 170:6,11,17,25 171:14,21 172:9,15 173:22 175:12 176:5,19 177:5,14, 19,24 178:5,11,16,21 179:2, 3,9,10 180:5,12,17,23 181:18,24 182:6,11,18,24 183:4,10,21 184:5,7 186:5, 20,22 187:14 190:9 192:4, 23 193:7,16 194:2,8 195:3, 16 196:13,23 197:6,16 198:5,11,23 199:3,11,17,24 200:5,7,14 201:1,9,25 202:6,15,20 203:4,9,13,20 204:2,10,17,25 205:12,22 206:2,6,11,17,21 207:6,13, 21 208:1,14,25 209:7,19 212:13 213:1,7 214:2,10,19, 25 215:13,19 216:2,9,15,20 217:1,10,12,18 218:6,14 219:6,10,24 220:9,12,22 221:2,7,12,19 222:2,7,12 224:10,14,20 225:1,10,19 226:2,3,9,21 227:8,14,20

**responded** 74:16 76:1 97:13 141:9

**responding** 191:7 202:8

**responds** 75:18

**response** 19:13 20:7 48:21 98:14 101:11 200:24

**responses** 7:14,18 13:17

**responsibilities** 140:22 141:4,16,20 191:2,4,14

**Responsibility** 150:17 151:18

**responsible** 128:8

**rest** 91:13,22 92:7,15,25 95:15 96:15 125:13 129:16, 24 130:3,12

**rested** 99:1

**result** 111:17

**resumed** 84:20
**return** 107:20 212:10
**returned** 105:17
**returning** 108:7
**reveal** 62:4
**revealing** 57:23 61:25 62:16
**revenue** 224:8,11
**revenues** 224:18,23 225:8
**review** 27:15,22 28:3,23
**Roger** 185:22
**role** 10:10,11 20:1 42:21
**roll** 101:8
**roof** 194:17,22
**room** 5:5 7:22 10:5 13:21
  14:21,23 15:7 17:9,15 18:20
  19:24 20:12,18,19 21:1,2,
  12,19 25:21 41:17,21 43:10,
  24 44:1,2 52:21 56:13
  114:17 117:8 127:23 128:2
  146:25 162:2 217:4
**rule** 113:3 128:1
**rules** 6:18 36:11 229:3
**ruling** 109:13 115:14 117:20
  125:12
**run** 12:1
**running** 6:19 40:22 113:24

**S**

**salary** 208:7,9,12,18
**sale** 149:3
**SANCHEZ** 21:20,22 23:6,11
  24:11,16 25:1,16 26:10,16,
  22 132:10,16 133:3 150:22
  185:10,13,17 189:3 190:19,
  21,23,25
**sanctionable** 110:4,5 118:9
**sanctions** 105:16
**sand** 162:13
**sandwich** 157:6,11
**sandwiches** 168:1
**satisfactory** 126:8
**Saturday** 142:11,13,19
  143:8 172:18 173:19 174:1,
  4 178:7
**Saturdays** 172:23 173:1,5,
  13 174:19,22 175:6,15,23
  176:4,9,24 177:9,17,22
  178:3,9

**savvy** 43:3
**schedule** 142:9,21 143:5,12,
  18 154:12,19 172:3,12,16
  177:9 215:16,23
**scheduled** 211:7
**scope** 92:11,12
**screen** 123:1 131:1,5,9,20
  132:2,3
**scroll** 185:6,15
**search** 58:1
**seconds** 39:3 169:15,25
**secret** 10:4
**Security** 51:9 68:6 72:1
**seemingly** 46:16
**sense** 50:8 76:3 187:12
**sensitive** 111:14
**sentence** 108:13
**separated** 218:2,7,10
  222:14
**September** 64:14
**served** 9:17
**services** 144:9 161:20 190:2
  227:3
**session** 61:16,20
**setting** 122:25 123:12 128:7
**seven-hour** 128:2,11
**Shame** 37:2 38:9
**shape** 9:11,24 44:15 45:24
  53:6 98:14
**share** 53:15
**shared** 131:2,22 132:2,3
  143:12
**sharing** 10:8 23:12,14
  131:5,8,20
**Sheetrock** 162:12
**Shirley** 23:17 24:17 25:13
  26:7,11 132:9,12 133:1
  185:8 189:1
**short** 16:22 85:14 223:4
**shortly** 13:1
**show** 45:11 184:12
**showing** 131:15 133:4
  150:23 184:24 189:5
**shut** 36:24 103:21
**side** 7:18 123:25 226:15
**significant** 126:25
**simple** 16:22,24 42:19
**simplest** 42:20
**simply** 19:15 20:24 24:2
  42:1 43:22 44:10 48:18 50:1

**sincere** 101:9
**single** 25:3 48:3 53:9 56:4
  119:1 174:9 201:13,16,19
  203:15
**sink** 206:8
**sinks** 191:10 205:19,24
**sipping** 101:10
**sir** 37:13 174:23 195:15
**sit** 6:16 128:1
**sixth** 180:3
**Sixty-seven** 71:8
**sleep** 169:2
**smoke** 194:24
**Social** 51:9 68:6 72:1
**sole** 129:10
**someone's** 117:17
**son** 36:14 185:19,23 186:10
  187:8 222:13
**son's** 185:21
**sons** 221:9,15,24 222:4,9
**soot** 164:11
**sort** 37:7 95:10 190:10
**sound** 13:10 32:15
**sounds** 21:18 35:24 37:9
  225:4
**space** 140:1
**Spanish** 6:2 13:9 28:6,14
  34:17 36:14 46:6,8,10
  55:10,14,17 60:14,17 85:6
  95:24 96:6 134:20,23 136:9
**speak** 7:13 8:9 46:8 148:18
  149:12,19 155:24 169:10,20
  171:17 173:12,18,25 176:3,
  8,22 179:17
**speaker** 11:18 12:4,8,15,18,
  21,25 36:14 46:7 110:25
  111:19,23 112:1,4 115:4
**speakerphone** 12:19 40:14
  112:1
**speaking** 8:10 13:8 22:15
  35:6,8,15 37:22 42:4,5
  44:24 46:9 48:5 95:24
  165:14 179:19 180:10
**specific** 41:5 46:4 47:4
**speculate** 186:19 193:15
  194:2 197:6 204:17,24
  205:6 221:18
**speculation** 135:10,11
  187:13 193:5 197:15
**spell** 29:6,15

**spelling** 29:10
**spend** 164:15 192:19 196:4,
10,20 204:7 207:10,17
**spoke** 34:24 35:1 150:3
176:12
**spoken** 41:11 55:5,6 149:22
**spot** 128:6
**spotlight** 53:15
**stairs** 161:8
**stamp** 151:4,7,9,13,20,24
**stand** 88:16,23 89:8 183:17
**star** 19:12,14
**starred** 20:8
**start** 9:12,13 42:20 45:5 76:4
80:15 97:21 99:7 140:12
155:21 156:12 157:13,25
158:18 168:3 171:11 172:25
173:4 175:8,14 196:9
**started** 8:9,17 9:25 10:4
95:6 125:21 146:6 147:7
148:1,7,19 149:23 150:4,7
155:25 158:15 171:18
173:13,19 174:1
**starting** 114:16
**starts** 151:7
**state** 48:8 85:10 96:8 126:5
227:4
**stated** 18:2 43:1 44:6 51:4,8
116:17 121:3
**statement** 8:2,15,17,23 9:1,
5,8 10:2 13:23 14:15 20:3
21:3 22:1,8,10 25:7,10 36:7
44:18 103:13,22 106:20,23
130:1 156:21 188:2
**statements** 24:25 44:20
46:2 103:16 109:1 115:22
**states** 32:17 51:18,19
147:22
**stating** 5:18 62:6 107:17
**status** 30:18 32:4,20,25
33:14,15 47:13,25 49:5,8
50:1,25 52:12 66:5 68:7
188:12
**statute** 113:25
**stay** 147:4,13 214:7,12
**Steven** 10:24 11:16 40:9
110:23 114:24
**stick** 55:19
**stipulated** 225:3,10
**stop** 12:8,9 22:12,15,18
25:19,20 26:1 34:22 35:6

37:14 39:3 94:13 96:10
102:20,21 103:15 104:2
105:24 123:3,12,13 140:17
152:24 153:6 168:21 169:11
176:10 177:6 187:25 211:21
228:14
**stopped** 168:25 169:19,21
176:4,9,13,23
**store** 135:23,24 136:1 137:6,
24 138:8,17 140:5,6,7,9,18,
22 141:2,4 142:10 143:11
144:10,23 148:22,23 160:3,
5,11 165:21 166:3,11
227:21,22
**stores** 138:3
**stoves** 161:11
**street** 137:9 144:20
**stress** 72:8
**strike** 207:8
**String** 184:10
**stuff** 18:11 99:7 220:6
**subject** 14:16 19:10 92:4
95:22 226:2
**submitted** 144:1
**submitting** 124:16
**subordinate** 37:2
**subsequently** 124:21
**suffer** 72:12,18,22 73:11
74:5,13,24 82:21 86:13,23
87:7,16
**suffered** 73:6 181:14
**suffering** 72:17 76:23 79:14,
24 80:15 82:20 87:4
**sugar** 80:13
**suggests** 54:22
**summarizing** 99:6
**summer** 163:12,15,21 199:7
200:3
**Sunday** 172:18
**Sundays** 177:9,12,17
178:14
**Sunnyside** 227:1
**Super** 90:10
**superbly** 67:6
**superintendent** 147:24
150:17 151:17 225:23 226:4
227:2
**supplement** 19:15
**supplies** 227:11,16,18
**supposed** 123:10 126:4

128:1 223:25
**supposedly** 48:4
**surgeries** 78:1,5
**surgery** 78:17 79:22,25 80:8
83:2,3,7,18,23 84:12,13
88:10,15,23 89:7,14,23
178:6,8 182:7,9,14,15,21
183:1,8,12,16 214:20
220:18
**surprised** 54:3
**surprising** 109:11
**sworn** 6:3,8 85:7
**symptoms** 74:24

---

**T**

**tack** 120:9
**tainted** 114:6
**taking** 26:6,23 27:2 40:21
85:23 97:19,24 98:3 101:10,
25 102:12 104:12 105:21
109:14 116:13 119:14
123:18 165:7 202:22 212:2
223:8
**talk** 85:21 116:15,18 117:18
122:5 149:9
**talking** 8:22 12:9 25:23,24,
25 26:2,4 53:21 94:21
103:10,15,19 105:1 114:18
118:3,4 119:17 121:5 227:2
**tape** 162:13
**taping** 202:23
**taxes** 67:13 68:3
**tea** 101:10
**technical** 10:6 52:18 54:7
**technologically** 43:3
**technology** 18:3 23:5 26:14
43:18 52:22
**telling** 45:7 46:18 54:23 62:7
108:6 112:23 113:20 123:24
210:18 211:22
**ten** 107:25 108:8,11 123:16
192:25 198:25 199:1,8,9,14,
15,21,22 223:18,21,22,24
**ten-minute** 102:16 107:23
**tenant** 162:10 167:11 198:7
200:5
**tenants** 197:1,13,19
**tenants'** 191:8
**tense** 75:14,20,23 207:21

**term** 224:7

**termination** 153:10

**terms** 125:15 225:2

**testified** 6:9 88:9 91:5 174:8
177:8 181:20 183:7,15
185:18 209:13 213:14,20
220:5

**testify** 27:6,9 41:4 55:9
124:23

**testimony** 13:13 28:16
49:23,25 61:11 77:2 79:19
80:3,19 87:11 88:5 91:9,17
92:1,2 95:20 129:20 130:7,
8,16,17 134:6,15 142:16
143:24,25 146:11 149:17,21
150:2 161:5 166:7 168:17
169:14,24 172:8 175:25
176:17,18 177:2,3 180:19
181:11,23 182:6 183:20
200:13 204:1 207:3,4
209:18 213:6 226:21 228:9

**Text** 184:9

**texting** 185:24

**Thee's** 138:3

**thieves** 193:20

**thing** 7:7,21 37:7 42:21
44:21 55:24 56:4 85:11 99:4
116:7 118:7 122:2 126:25
209:24 215:5 225:9

**things** 17:3 30:23 35:25 51:5
52:3 69:12 103:25 108:21
114:16 115:12 117:16
127:24 160:24 166:15

**thinking** 117:9

**thinks** 113:8 126:8

**thought** 95:1 109:2 115:19
121:24

**threaten** 24:1

**three-page** 184:20

**tile** 142:9 143:11 144:10,23

**time** 8:5,9 16:10 18:15 20:2
22:12 23:24 28:16 47:16
51:23 52:1 63:17 66:21
67:7,10 71:13 82:15 86:9,19
88:13,24 89:8 90:25 91:3
94:20 101:10 103:2 104:9
107:6 109:23 110:1,3,11
114:13,15 118:19 120:12
126:7,22 127:2 128:7,12
134:16 144:4,18 155:21
157:13,19,24 158:5,16,18,
24 164:5,21,23 168:3,9,21

169:2 171:11 172:25 173:4,
9,22 174:11,18 175:8,14,18
176:7 179:15 180:5 189:13
203:20 207:10,17 210:12,24
211:10,21 216:10 221:14
225:4 226:12 229:9

**times** 33:20 41:3 61:8 63:6,
11 82:15 88:17 97:13 103:9
104:22 108:25 116:5 121:21
124:19 134:2,10,18 158:4
162:14,20,21 164:1 168:1
173:7 199:13,20,21,22
204:7

**tired** 73:1,13 91:6

**Tiscione** 10:24 11:23 30:17
31:6 40:9 67:23 112:13
114:24 115:2 184:4

**Tiscione's** 11:16,19 109:24
110:17,23 111:1

**title** 151:8 228:15

**today** 13:13 23:4 27:6,9 91:5
111:8 118:19 149:21 150:2
228:10,16

**told** 8:16 9:25 10:1,4 43:7
44:16 46:12 47:16 48:6
51:20 67:23 79:22 82:10,19
104:1 108:8,20 116:14
140:25 143:7 158:11 159:19
182:12 186:24 189:13 190:4
202:16 215:20

**Toni** 10:19 19:11 29:10

**tools** 212:20,22

**top** 95:7 211:6

**total** 196:19

**touched** 53:17

**train** 147:3

**transcript** 37:19 100:19
105:5 122:14 125:6 229:2,6

**transfer** 120:19

**transferred** 120:21

**translate** 6:3 14:2 15:10,14
16:9,20,25 18:17 28:7 29:3
30:3 32:2 46:14 56:1 75:14,
22 85:7 95:25 98:6,20
132:23 136:9

**translated** 85:17 103:7
105:18 134:20,22 187:2

**translates** 190:8

**translating** 37:15 75:19

**translation** 15:1 36:17 187:8

**translator** 8:12 11:3 14:2
16:9,15 18:18 28:7,13,15
29:2 34:24,25 36:16 37:20
38:8 46:6,7,11,13 56:1,7,9
75:13,19,21 85:12,23,24
94:19 98:5 105:6 115:6
123:7 132:23 165:14 190:7
192:12 212:2

**translators** 123:8

**trash** 162:12

**travel** 227:4

**treated** 81:9 82:6 83:11

**treatment** 78:23 79:4,9,16
84:14 86:5,6,7

**trial** 45:25

**true** 148:1

**trust** 105:4

**truth** 139:18 145:24 185:25

**truthfully** 19:9 27:6,9

**Tuesdays** 171:9,12,23,25

**turn** 11:12 40:7 102:22
141:13 164:2 165:15

**turned** 95:6

**Twenty-eight** 197:17

**two-bedrooms** 197:25

**two-minute** 102:5

**type** 43:5 69:25 70:2 121:10
166:15 179:23 180:6 207:16
208:2

**typically** 157:24 158:18,25
159:21 160:4 161:12,19
163:22 164:5 166:25 168:3,
9 174:18 175:8,14 198:15
199:7 200:4 202:11 204:8
205:9 207:17 209:14 213:24

## U

**un-mic** 109:4 113:4 115:24
117:5,13 118:2

**un-mic'd** 108:24 109:7
117:4

**un-mic'ing** 125:16

**un-mute** 124:4

**un-muting** 119:18 123:25

**unable** 48:3 83:24

**unclear** 80:25 95:19 138:9,
19

**undergoing** 79:24

**undergone** 77:25

**understand** 6:22 7:21 13:24
23:3 26:16,22 46:19 50:10
56:4 84:2 88:20 89:3,12,20
92:22 103:19 133:8 144:21
152:22 169:17 193:8 200:24
218:9 225:20 227:15 228:10
**understanding** 7:3 129:1,9
211:10
**understands** 17:5 38:4
46:22 55:10 119:10
**undocumented** 66:5
**unethical** 114:16
**unhappy** 46:1
**UNIDENTIFIED** 11:18 12:4,
8,15,18,21,25 110:25
111:19,23 112:1,4
**unilaterally** 46:12
**unintelligible** 37:24 53:19
54:3 61:2 179:18
**United** 32:17 51:17,18
**unnecessarily** 118:25
**unnecessary** 6:20 53:8
120:15 126:14,16
**unquote** 51:10
**uploaded** 28:22
**uploading** 43:13
**upstairs** 196:17
**urgent** 111:14 123:23
**useless** 54:13 154:4
**utilities** 209:4
**utility** 59:1

---

### V

**vacant** 183:2
**vague** 162:17 192:22
**verb** 75:14,22
**verbal** 7:14,19
**verify** 117:14 134:25
**versa** 75:20
**version** 131:23
**vice** 75:20
**video** 9:10,20 11:12 13:10
40:7 45:11,15 102:23
105:23 106:11 108:14 115:7
117:6 123:4,12,13 165:16
223:14
**violation** 113:22
**vision** 75:2,3 76:15,21
79:13,15,21 80:7,14,16

82:20 86:21 87:4,14,24
181:21 182:1,13,21 183:1
**visit** 170:19 216:11,13
217:15,24 218:3,20,23
220:13,19,24 221:4,5,24
222:4,9
**visited** 218:11
**vivid** 131:6
**voice** 7:13
**voluntarily** 49:19 50:4
**voluntary** 55:12

---

### W

**wage** 66:13
**wait** 13:5 21:9,10 25:22
63:21 93:25 99:8 112:12
113:14 114:2,10 130:1
156:11 187:5 188:14,20
195:25 218:19
**waiting** 63:24
**waive** 5:15
**waiving** 110:3
**wake** 157:5,19 158:15
**walk** 22:5 71:9,14,18,20
83:22,24 107:10 183:23
**walked** 104:25 105:9
**walking** 90:12,20 103:12
**wall** 162:11 167:1 201:13,16,
19 202:12,18 203:22,24
204:4,5
**walls** 160:22,25 166:19,24
167:5 182:22 191:9 201:6,
22 202:3
**wanted** 6:17 8:1,17 33:6
50:11 84:10,22 115:9
116:13 148:16 170:18
**wanting** 99:14
**warrants** 115:13
**waste** 103:2 225:4
**wasted** 114:15
**wasting** 16:10 20:2 22:12
104:8 110:1,10 114:12
120:6 126:22 211:21
**water** 160:23 164:3 165:3
166:16
**ways** 134:13 214:17,24
215:6
**week** 50:17 147:5 155:20
167:6 174:23 178:19,25
179:4,5,14 180:2,3,21

181:12 209:14
**weekly** 146:17,23 172:12
208:7,9,12
**weeks** 180:1
**whatsoever** 45:4 112:20
220:5
**wife** 217:5,15,24 218:3
222:15
**willfully** 14:15
**William** 111:4
**winter** 163:13,18 199:6
200:3
**wished** 49:20 50:4
**withdraw** 101:23 191:23
201:4 207:9 209:22 216:5
217:23
**withdrawing** 17:21,25
100:12,13,22 101:17,22
**withdrawn** 90:3
**withdrew** 219:16,17
**woke** 158:13
**word** 17:1 181:7
**wording** 119:9
**words** 48:10
**work** 69:18 100:1 137:12
138:11,16 139:21 140:8
143:6,10,11 146:2 147:19
154:12,18,25 155:4,10,15
159:4,9,13,15 160:18 161:2
171:8 172:16,22 174:21
178:18,24 180:18 182:2,16
190:12 192:6 194:25 206:24
207:11,16,18 209:14 210:18
213:3,9 226:5,13,15,16,24
228:19
**workday** 212:18
**worked** 51:23 52:1 58:21
140:5 141:1 143:18 147:23
155:19 170:22 171:4 179:14
180:20 181:11 213:15,21
228:18
**worker** 139:8 148:16
**working** 67:8 139:24 140:12,
17 141:16 142:22 144:23
148:2,19 149:23 150:4,8
152:24 153:6 154:12,19
155:5,11,21,25 168:21
169:1,11,19,21 171:11,18
172:25 173:4,13,19 174:1
176:4,9,13,23 177:7 207:24
214:5 217:6,22,25 218:4

219:14,22 220:20,25
221:10,25 222:5,10 228:15
**works** 37:18 66:1
**worth** 43:20
**worthless** 153:16
**wrapped** 222:22
**writes** 46:23
**written** 152:16
**wrong** 17:4 34:19 36:18,19
50:22 126:16 151:6
**wrongfully** 46:13

---

## X

---

**X'D** 10:15 45:16
**X's** 43:15
**XXX-XXX-XXXX** 12:14
111:22

---

## Y

---

**year** 64:15 77:4,24 80:23
82:19 145:19,20 162:14
199:14,20 226:11
**years** 31:23 33:3 34:6 71:8
139:13 140:14
**yell** 93:11,12 196:9
**yelled** 153:16
**yelling** 95:6
**York** 66:2 135:15
**young** 118:11
**youngest** 222:13

---

## Z

---

**Zampella** 129:1,3
**Zoom** 10:7,9 23:13 43:14
103:11 106:16 115:18
122:2,22 123:2,5
**zooming** 10:8