## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 26, 2020 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA V PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:03 - 10:42 (AT&T) |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Plaintiff's Motion for Sanctions Against Defense Counsel [60] is granted in part and denied in part. The deposition of Plaintiff is stricken and Plaintiff is awarded costs for this motion and preparation for the initial deposition. Defendant can conduct another deposition of Plaintiff but must bear all costs for such a deposition. Defendant's MOTION for Extension of Time to File Exhibit "A" to Dckt. No. 63 [64] is denied as moot.