

## LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: ablum@cafroesq.com

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

June 9, 2020

***Via ECF***
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Chincha v. Patel
                  Case No.: 17-cv-06127-ILG-ST

Your Honor:

      This firm represents the named Plaintiff Carlos Chincha in the above-referenced action. We write in response to Defendant's motion to compel Plaintiff's deposition. [DE 67]. The motion should be denied for three reasons. First, defense counsel failed to meet and confer prior to making his motion. Second, we intend to move for reconsideration and clarification on Your Honor's Order, dated May 28, 2020, particularly about Defendants being allowed to re-depose Plaintiff and an issue concerning fees/costs. Third, the dates proposed by Defendants do not work for us.

                                Respectfully submitted,
                                LAW OFFICES OF WILLIAM CAFARO

                                _____/s/_____
                                Louis M. Leon (LL 2057)

To: All Counsel *via* ECF