## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 9, 2020 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-6127 (ILG) |
| **NAME OF CASE(S):** | **CHINCHA V PATEL** |
| **FOR PLAINTIFF(S):** | Leon |
| **FOR DEFENDANT(S):** | Mizrahi |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | N/A |

### RULINGS FROM MOTION HEARING:

Defendants' Motion to Compel [67] is denied at this time.  Plaintiff shall file a Motion for Reconsideration of the Court's May 28, 2020 Order by June 25, 2020.  Defendant shall respond to the Motion by July 2, 2020.