

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: ablum@cafroesq.com

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

June 25, 2020

***Via ECF***
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Chincha v. Patel
        Case No.: 17-cv-06127-ILG-ST

Your Honor:

  This firm represents the named Plaintiff Carlos Chincha in the above-referenced action. We write to request that the deadline to file the parties' motion for reconsiderations, which is due today, be extended to **June 30, 2020**.

  We need this additional time to finish going over the extensive deposition transcript with our client, with whom we have been unable to meet in person due to the COVID-19 pandemic. Our careful review of this transcript is critical to our motion for reconsideration. Further delaying our ability to submit the motion today, we only recently obtained the transcript from the last discovery hearing. Thus, we request that the Court grant this small extension of the deadline. We also ask that any opposition motions be submitted by **July 10, 2020**.

  Prior to making this application, we reached out to defense counsel, Jason Mizrahi, who indicated that he consented to extend the deadlines as proposed above by counsel.

         Respectfully submitted,
         LAW OFFICES OF WILLIAM CAFARO

         _____/s/_____
         Louis M. Leon (LL 2057)

To: All Counsel *via* ECF