```
 1          the question, mischaracterizing prior

 2          testimony.  You may respond to that

 3          question that you were just asked.

 4                  THE WITNESS:  Now, like a year ago.

 5          Q.   Carlos, why do you use a cane?

 6                  MR. LEON:  Objection, asked and

 7          answered.  You may respond to that

 8          question again.

 9                  THE WITNESS:  For my balance.

10          Q.   Do you have issues with your

11  balance?

12                  MR. LEON:  You may respond.

13                  THE WITNESS:  Yes.  A little.

14          Q.   What issues do you have?

15                  MR. LEON:  Objection to the form of

16          the question.  You may respond.

17                  THE WITNESS:  I don't have much

18          balance.

19          Q.   And how long have you been like

20  that?

21                  MR. LEON:  Objection to the form of

22          that question.  You may respond,

23          Mr. Chincha.

24                  THE WITNESS:  One year.

25          Q.   Have you ever undergone any
```

```
 1   surgeries?

 2           MR. LEON:  Objection to the form of

 3       the question.  You may respond.

 4           THE WITNESS:  Yes.

 5       Q.   What surgeries?

 6           MR. LEON:  Same objection to this

 7       line of questions.  Objection to the

 8       form.  You may respond.  And I'm sorry.

 9       Also objection, relevance.  You may

10       respond.

11           THE WITNESS:  On my eye, glaucoma.

12       Q.   When?

13           MR. LEON:  Objection to the form of

14       that question.  You may respond to that

15       question.

16           THE WITNESS:  April 2015.

17       Q.   So, you received the surgery in

18   April of 2015?

19           MR. LEON:  Objection to the form of

20       that question.  You may respond.

21           THE WITNESS:  Yes.  April 2015.

22       Q.   Before April of 2015 were you

23   receiving any treatment for your glaucoma?

24           MR. LEON:  Objection to the form of

25       the question.  You may respond to that
```

```
 1              THE WITNESS:  Yes.  I had another

 2        surgery.

 3        Q.   What surgery?

 4              MR. LEON:  You may respond.

 5              THE WITNESS:  They gave me a

 6        pacemaker.

 7        Q.   When did you receive that surgery?

 8              MR. LEON:  Objection to the form of

 9        the question.  You may respond.

10              THE WITNESS:  May 2015.

11        Q.   Were you also treated at Jamaica

12   Hospital Medical Center?

13              MR. LEON:  Objection to the form of

14        that question.  You may respond to that

15        question that Counsel just asked.

16              THE WITNESS:  Yes.

17        Q.   And why did you receive that

18   surgery?

19              MR. LEON:  Objection to the form of

20        the question.  You may respond.

21              THE WITNESS:  Because I was not able

22        to walk.

23        Q.   Prior to getting the surgery, how

24   long were you unable to walk for?

25              MR. LEON:  Objection to the form of
```

Carlos Chincha
April 23, 2020

```
 1          that question.  Ambiguous.  You may

 2          respond if you understand it.

 3               THE WITNESS:  One day.

 4          Q.   Can you describe to me what

 5   happened?

 6               MR. LEON:  Objection to the form of

 7          that ambiguous question.  You may respond

 8          to that ambiguous question.

 9               THE WITNESS:  I fainted and I got

10          his care.  When I wanted to get up I

11          couldn't lift my legs.

12          Q.   Besides the eye surgery and besides

13   the pacemaker surgery, did you receive any

14   other medical treatment in 2015?

15               MR. LEON:  Objection to the form of

16          the question.  You may respond to that

17          question.

18               THE WITNESS:  No.

19               MR. LEON:  Before you go on, it's

20          now 1:16.  When we resumed we had agreed

21          to take a lunch break at 1:15, so I just

22          wanted to bring that up again.

23               MR. MIZRAHI:  Would you like to take

24          that break now?

25               MR. LEON:  Yeah, since it's 1:16.
```

```
 1          the question.  It's ambiguous.  You may

 2          respond to that question if you

 3          understand it.

 4               THE WITNESS:  Can you repeat the

 5          question, please?

 6      Q.   Carlos, after you received the eye

 7  surgery in April of 2015, were you able to

 8  stand for long periods of time?

 9               MR. LEON:  Objection to the form of

10          the question.  It's ambiguous.  You may

11          respond to that question if you

12          understand it.

13               THE WITNESS:  Yes.

14      Q.   Carlos, did the surgery that you

15  received in May 2015 negatively impact your

16  ability to engage in physical activities?

17               MR. LEON:  Objection to the form of

18          that question, compound and ambiguous.

19          You may respond to the extent that you

20          understand that question.

21               THE WITNESS:  Can you repeat the

22          question?

23      Q.   Did the surgery that you received in

24  May 2015 negatively impact your ability to

25  engage in physical activity?
```

 1              MR. LEON:  Objection to the form of

 2         that question.  It's more ambiguous than

 3         the previously withdrawn question.  You

 4         may respond to that question,

 5         Mr. Chincha.

 6              THE WITNESS:  No.

 7         Q.   Do you currently engage in any

 8    physical activities?

 9              MR. LEON:  Objection to the form of

10         that question.  Super confusing.  You may

11         respond.

12              THE WITNESS:  I go walking.

13         Q.   Do you engage in any other physical

14    activities?

15              MR. LEON:  Objection to the form of

16         that question.  Confusing, ambiguous.

17         You may respond.

18              THE WITNESS:  No.

19         Q.   Are you able to engage in any other

20    physical activities besides walking?

21              MR. LEON:  Objection to the form of

22         that question.  Confusing, ambiguous and

23         also highly irrelevant.  You may respond

24         to this question and this line of

25         questions one last time.

```
 1              And just to clarify, like I said,

 2         the last part, that he's going to answer

 3         this line of questions one last time.

 4              THE WITNESS:  No.

 5         Q.   Earlier today, Carlos, you testified

 6    that you get tired frequently; is that correct?

 7              MR. LEON:  Objection to the form of

 8         that question and to the extent that it

 9         mistakenly recounts prior testimony.  You

10         may respond.

11              THE WITNESS:  Now, recently, not

12         before.

13         Q.   Do you need to rest during the day

14    because of your health problems?

15              MR. LEON:  Objection to the form of

16         the question to the extent that it

17         assumes evidence and testimony not

18         previously acknowledged or admitted in

19         this action.  You may respond.

20              THE WITNESS:  Can you repeat the

21         question?

22         Q.   Do you need to rest during the day

23    because of your health problems?

24              MR. LEON:  Objection to the form of

25         the question and to the extent that it
```

```
1          misconstrues prior testimony or assumes

2          prior evidence and testimony that has not

3          been admitted into this action or this

4          deposition.  Subject to those objections,

5          you may respond.

6               THE WITNESS:  No.

7     Q.   Did you have to rest during the day

8  because of the health problems that you've

9  previously described in 2015?

10              MR. LEON:  Objection to the form of

11         the question.  Confusing, lacks scope --

12         limited scope or clear scope.  You may

13         respond.

14              THE WITNESS:  Yes.

15    Q.   And how long did you rest during the

16  day in 2015?

17              MR. LEON:  Objection to the form, to

18         the extent that it assumes facts in

19         evidence not previously admitted, to the

20         extent that it is confusing and

21         misleading.  You may respond if you

22         understand the question.

23              THE WITNESS:  Could you repeat the

24         question?

25    Q.   How long did you rest during the day
```

```
 1   we're done, a clear question's asked --
 2        I'm sorry.  Did you just mute me?
 3   Did you just mute me?  Jason, did you
 4   just mute me?
 5        Madam Court Reporter, can you hear
 6   me?
 7        THE REPORTER:  Yes, I can.
 8        MR. LEON:  Okay.  Because, I just
 9   saw "Muted by the host," so I'm not sure,
10   Jason, if you have access and you're
11   muting me.  Because, if that's what
12   you're doing, then we're not going to
13   continue this until you stop doing that.
14        So, Jason, were you muting me?
15   Jason, were you muting me?
16        MR. MIZRAHI:  No.  I wasn't muting
17   you.
18        MR. LEON:  Okay.  Madam Court
19   Reporter and Mr. Translator and my
20   client, if at any point in time I'm
21   talking and it seems like I went mute,
22   please let me know so we can leave a
23   clear record.
24        So, what I was saying before is,
25   Mr. Mizrahi, you asked a question, I
```

```
 1   break.
 2        THE INTERPRETER:  How long is the
 3   break?
 4        MR. MIZRAHI:  We'll take a
 5   two-minute.
 6        MR. LEON:  No, I'm sorry.  I'm
 7   sorry.  You're not going to dictate how
 8   long I'm going to use the bathroom for.
 9        MR. MIZRAHI:  We're going to take --
10        MR. LEON:  No, no.  Jason, you're
11   not going to dictate how long I'm going
12   to use the bathroom for.  So, I'm taking
13   a bathroom break.  I hope you can respect
14   biological necessities.  Please.  Please.
15        I'm going to take a five- to
16   ten-minute break and I'm going to ask my
17   client -- I'm going to ask my client --
18   I'm going to ask my client -- I'm going
19   to ask my client -- I'm going to ask my
20   client -- stop interrupting.  Stop
21   interrupting.  Stop interrupting.  I'm
22   going to ask my client to turn off the
23   video --
24        THE INTERPRETER:  I can't hear
25   anymore.
```

```
 1        MR. MIZRAHI:  He needs to go to the

 2   bathroom.  I'm not going to waste time

 3   with him explaining --

 4        THE INTERPRETER:  The Witness cannot

 5   hear us.

 6        MR. LEON:  Okay.  I want this to be

 7   translated, as well.

 8        Jason, you've done this now three

 9   times and I'm calling you out on it, that

10   when I've been talking on the record you

11   have abused the Zoom host -- now you're

12   walking out.  I'm going to put this

13   statement on the record.

14        You have muted me when I've been

15   talking in order to stop me from making

16   statements on the record.  You do that

17   again and this deposition will not

18   continue, Jason.

19        Do you understand me?  I'm talking

20   to you.  Because, you don't get to do

21   that.  You don't get to shut my mic off

22   when I'm making a statement on the record

23   on behalf of my client.

24        How many more legally inappropriate

25   things can you do in this deposition?
```

```
 1    You've already been told by the federal
 2    court judge to stop asking inappropriate
 3    questions.  Now you're cutting off my
 4    mic?
 5         MR. MIZRAHI:  Yeah.
 6         MR. LEON:  No.  You don't get to do
 7    that.
 8         MR. MIZRAHI:  You're wasting
 9    everyone's time, so I'm cutting off your
10    mic.
11         MR. LEON:  No, no.
12         MR. MIZRAHI:  We're taking five
13    minutes.
14         MR. LEON:  No, no.  So, you admit
15    that you cut my mic off?  You admit that
16    you cut my mic off?
17         MR. MIZRAHI:  We'll come back in
18    five minutes.
19         MR. LEON:  Have you admitted -- do
20    you admit that you cut my mic off
21    repeatedly now, at least two to three
22    times?  Do you admit it?
23         Okay.  You do that again,
24    deposition's over and you get to make an
25    application to the Judge.  And you walked
```

 1   away -- I'm still talking on the record,

 2   the court reporter can get this.

 3       You do not get to cut my mic.  You

 4   do that again, I can't trust that the

 5   transcript is accurate and no fault of

 6   the court reporter, the translator or my

 7   client.

 8       You do that again -- and just to

 9   clarify, Mr. Mizrahi has walked away.

10   He's probably just a couple feet away

11   from the camera, can hear me.  If he does

12   that again this deposition's over,

13   because I'm not going to allow that to

14   happen.  It's inappropriate and if you do

15   it again I will request monetary

16   sanctions against you and your firm.

17       Hello, Mr. Mizrahi.  You returned as

18   soon as that was done being translated,

19   so I'm going to assume you heard all

20   that.  Thank you.  We're going to be

21   taking that break now.

22       Mr. Chincha, please have your

23   daughter cut off the mic and the video

24   while we take that break to stop Counsel

25   from engaging in anything that might be

 1  appropriate.  I am now exiting.

 2      MR. MIZRAHI:  Before we go off the

 3  record I'd just like to make a point that

 4  Counsel cannot use --

 5      MR. LEON:  We're off the record?

 6  We're off the record?

 7      THE REPORTER:  No.  We're not off

 8  yet.

 9      MR. LEON:  Oh, okay.  So,

10  Mr. Chincha, please have your daughter

11  cut your video and your mic so that

12  Counsel can have a conversation on the

13  record.

14      Okay.  All right.  We're back on the

15  record.  So, my client is not on this

16  call right now or this part of the Zoom

17  deposition.

18      What were you saying, Jason?

19      MR. MIZRAHI:  I would like to make a

20  quick statement before we break.

21      MR. LEON:  I'm listening.

22      MR. MIZRAHI:  I'd like to make a

23  statement for the record that counsel is

24  prohibited from engaging in any ex parte

25  conversations or consultations with his

                          C E R T I F I C A T E


STATE OF NEW YORK     )

                             : ss

COUNTY OF NEW YORK    )


             I, TONI FREEMAN GREENE, a Notary

Public within and for the State of New York, do

hereby certify:

             That CARLOS CHINCHA, the witness

whose deposition is hereinbefore set forth, was

duly sworn by me and that such deposition is a

true record of the testimony given by such

witness.

             I further certify that I am not

related to any of the parties to this action by

blood or marriage and that I am in no way

interested in the outcome of this matter.

             IN WITNESS WHEREOF, I have hereunto

set my hand this 29th day of April, 2020.




_____

TONI FREEMAN GREENE