M Gmail          Louis Leon <lleon@cafaroesq.com>

---

# Re: Chinca v. Patel
1 message

---

**Louis Leon** <lleon@cafaroesq.com>         Wed, Jul 8, 2020 at 2:44 PM
To: Jason Mizrahi <Jason@levinepstein.com>
Cc: Joshua Levin-Epstein <Joshua@levinepstein.com>

Jason:

We can't consent to an extension of this deadline. This week was not cut short by the holiday weekend. Furthermore, as you will remember, you originally asked me for a month plus to respond to our motion for reconsideration, but you ultimately agreed to Fridays' deadline. I'm sure you knew about your "back-to-back mediations" at that time. This case has been needlessly delayed by what happened at Plaintiff's deposition. Let's not continue delaying things.

**Sincerely,**
**Louis M. Leon, Esq.**
**Associate**

Description: Doc1

108 West 39th Street, Suite 602

New York, NY 10018

Main (212) 583-7400

Fax. (212) 583-7401

LLeon@CafaroEsq.com


On Wed, Jul 8, 2020 at 2:32 PM Jason Mizrahi <Jason@levinepstein.com> wrote:
> Our office has two conflicting back-to-back mediations coming up.
>
> We are also operating on a short week due to the long holiday weekend.
>
> Jason
>
> _____
> Jason Mizrahi, Esq.
> Levin-Epstein & Associates, P.C.
> 420 Lexington Ave., Suite 2525
> New York, NY 10170
> Phone: (212) 792-0048
> Mobile: (301) 758-7351
> Facsimile: (646) 786-3170

Email: Jason@levinepstein.com

The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.

-----Original Message-----
From: Louis Leon <lleon@cafaroesq.com>
Sent: Wednesday, July 8, 2020 2:24 PM
To: Jason Mizrahi <Jason@levinepstein.com>
Cc: Joshua Levin-Epstein <Joshua@levinepstein.com>
Subject: Re: Chinca v. Patel

Why do you need the extension of time?

Sincerely,
Louis M. Leon
Sent from my iPhone

> On Jul 8, 2020, at 2:08 PM, Jason Mizrahi <Jason@levinepstein.com> wrote:
>
> Louis,
>
> To clarify, we're seeking an extension to Wednesday (7/15).
>
> _____
> Jason Mizrahi, Esq.
> Levin-Epstein & Associates, P.C.
> 420 Lexington Ave., Suite 2525
> New York, NY 10170
> Phone: (212) 792-0048
> Mobile: (301) 758-7351
> Facsimile: (646) 786-3170
> Email: Jason@levinepstein.com
>
> The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.
>
> -----Original Message-----
> From: Jason Mizrahi
> Sent: Wednesday, July 8, 2020 2:05 PM
> To: Louis Leon <lleon@cafaroesq.com>
> Cc: Joshua Levin-Epstein <Joshua@levinepstein.com>
> Subject: RE: Chinca v. Patel
>
> Hi Louis,

>
> I just tried your line but couldn't reach you.
>
> Can you please return my call? We'd like to request an extension of the July 10, 2020 Opposition Filing Deadline.
>
> Do you consent? Please let me know so I can inform the Court.
>
> Jason
>
> _____
> Jason Mizrahi, Esq.
> Levin-Epstein & Associates, P.C.
> 420 Lexington Ave., Suite 2525
> New York, NY 10170
> Phone: (212) 792-0048
> Mobile: (301) 758-7351
> Facsimile: (646) 786-3170
> Email: Jason@levinepstein.com
>
> The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.
>
> -----Original Message-----
> From: Jason Mizrahi
> Sent: Thursday, June 25, 2020 10:15 AM
> To: Louis Leon <lleon@cafaroesq.com>
> Cc: Joshua Levin-Epstein <Joshua@levinepstein.com>
> Subject: RE: Chinca v. Patel
>
> Louis,
>
> Good morning. July 10th is fine.
>
> We consent.
>
> Jason
>
> -----Original Message-----
> From: Louis Leon <lleon@cafaroesq.com>
> Sent: Wednesday, June 24, 2020 8:01 PM
> To: Jason Mizrahi <Jason@levinepstein.com>
> Cc: Joshua Levin-Epstein <Joshua@levinepstein.com>
> Subject: Re: Chinca v. Patel
>
> Jason:
>
> That doesn't really sound plausible. If we are asking for the motion deadline to be extended by five days,  the opposition deadline should also be extended by five days only. That brings us to July 7. If you want, we would agree to extend the opposition deadline to July 10, but I don't think the judge will appreciate more than that. Please let me know ASAP.
>

> Sincerely,
> Louis M. Leon
> Sent from my iPhone
>
>> On Jun 24, 2020, at 6:15 PM, Jason Mizrahi <Jason@levinepstein.com> wrote:
>>
>> Louis,
>>
>> We are amenable to an extension of time to file the motions to 6/30, with oppositions being due on 7/21, in light of the 4th of July holiday.
>>
>> Jason
>>
>>>> On Jun 24, 2020, at 4:46 PM, Louis Leon <lleon@cafaroesq.com> wrote:
>>>



**image001.jpg**
4K