

Louis Leon <lleon@cafaroesq.com>

# RE: Chincha v. Patel - Time-Stamped Transcript from April 23, 2020: Job Number 305065

1 message

**Andrew Zampella** <azampella@uslegalsupport.com>  
To: Louis Leon <lleon@cafaroesq.com>  
Cc: Jennifer Grauer <jgrauer@uslegalsupport.com>

Wed, Jul 8, 2020 at 4:43 PM

Answers are below in red

Regards,

Andy Zampella

Production Coordinator | U.S. Legal Support

Office: (212) 750-6434

Direct: (646) 532-5421

azampella@uslegalsupport.com

http://www.uslegalsupport.com


**From:** Louis Leon <lleon@cafaroesq.com>  
**Sent:** Wednesday, July 8, 2020 4:27 PM  
**To:** Andrew Zampella <azampella@uslegalsupport.com>  
**Cc:** Jennifer Grauer <jgrauer@uslegalsupport.com>  
**Subject:** Chincha v. Patel - Time-Stamped Transcript from April 23, 2020: Job Number 305065

> This message has originated from an **External Source.** Please use caution when opening attachments, clicking links, or responding to this email.

Andrew:

I really appreciate you speaking to me today about Plaintiff's deposition transcript.  Just for my own clarity I'd like to confirm two things simple things:

First, to your knowledge, Mr. Mizrahi for the first time today requested a time-stamped copy of the transcript, and it will probably not be available until at least this Friday afternoon. To my knowledge, he hasn't contacted us (or at least me) until today. And yes, as of this moment the transcript will not be available until Friday late afternoon

Second, a time-stamped copy of the transcript will only show the digital time stamps of when the Court reporter took down testimony that she heard on the record.  It will not have any evidence - or time stamped information - for testimony or statements made that she didn't hear. That is correct. It will be the same transcript but in the left margin will be a running timestamp down to the seconds.

Please confirm.  Thanks again.

**Sincerely,
Louis M. Leon, Esq.
Associate**

Description: Doc1

108 West 39th Street, Suite 602

New York, NY 10018

Main (212) 583-7400

Fax. (212) 583-7401

LLeon@CafaroEsq.com