| | | |
|---|---|---|
| 12:56:31 | 1 | the question, mischaracterizing prior |
| 12:56:37 | 2 | testimony.  You may respond to that |
| 12:56:39 | 3 | question that you were just asked. |
| 12:56:49 | 4 |     THE WITNESS:  Now, like a year ago. |
| 12:57:05 | 5 | Q.   Carlos, why do you use a cane? |
| 12:57:14 | 6 |     MR. LEON:  Objection, asked and |
| 12:57:18 | 7 | answered.  You may respond to that |
| 12:57:19 | 8 | question again. |
| 12:57:22 | 9 |     THE WITNESS:  For my balance. |
| 12:57:41 | 10 | Q.   Do you have issues with your |
| 12:57:45 | 11 | balance? |
| 12:57:53 | 12 |     MR. LEON:  You may respond. |
| 12:57:55 | 13 |     THE WITNESS:  Yes.  A little. |
| 12:57:56 | 14 | Q.   What issues do you have? |
| 12:58:10 | 15 |     MR. LEON:  Objection to the form of |
| 12:58:11 | 16 | the question.  You may respond. |
| 12:58:15 | 17 |     THE WITNESS:  I don't have much |
| 12:58:23 | 18 | balance. |
| 12:58:23 | 19 | Q.   And how long have you been like |
| 12:58:40 | 20 | that? |
| 12:58:44 | 21 |     MR. LEON:  Objection to the form of |
| 12:58:46 | 22 | that question.  You may respond, |
| 12:58:51 | 23 | Mr. Chincha. |
| 12:58:53 | 24 |     THE WITNESS:  One year. |
| 12:58:55 | 25 | Q.   Have you ever undergone any |

| | | |
|---|---|---|
| 12:59:05 | 1 | surgeries? |
| 12:59:09 | 2 | MR. LEON: Objection to the form of |
| 12:59:10 | 3 | the question. You may respond. |
| 12:59:27 | 4 | THE WITNESS: Yes. |
| 12:59:27 | 5 | Q. What surgeries? |
| 12:59:31 | 6 | MR. LEON: Same objection to this |
| 12:59:33 | 7 | line of questions. Objection to the |
| 12:59:35 | 8 | form. You may respond. And I'm sorry. |
| 12:59:43 | 9 | Also objection, relevance. You may |
| 12:59:45 | 10 | respond. |
| 13:00:01 | 11 | THE WITNESS: On my eye, glaucoma. |
| 13:00:10 | 12 | Q. When? |
| 13:00:12 | 13 | MR. LEON: Objection to the form of |
| 13:00:13 | 14 | that question. You may respond to that |
| 13:00:16 | 15 | question. |
| 13:00:22 | 16 | THE WITNESS: April 2015. |
| 13:00:27 | 17 | Q. So, you received the surgery in |
| 13:00:38 | 18 | April of 2015? |
| 13:00:48 | 19 | MR. LEON: Objection to the form of |
| 13:00:50 | 20 | that question. You may respond. |
| 13:00:52 | 21 | THE WITNESS: Yes. April 2015. |
| 13:01:04 | 22 | Q. Before April of 2015 were you |
| 13:01:08 | 23 | receiving any treatment for your glaucoma? |
| 13:01:19 | 24 | MR. LEON: Objection to the form of |
| 13:01:20 | 25 | the question. You may respond to that |

```
13:11:30   1              THE WITNESS:  Yes.  I had another
13:11:43   2       surgery.
13:11:44   3       Q.   What surgery?
13:11:53   4              MR. LEON:  You may respond.
13:11:55   5              THE WITNESS:  They gave me a
13:12:04   6       pacemaker.
13:12:05   7       Q.   When did you receive that surgery?
13:12:13   8              MR. LEON:  Objection to the form of
13:12:13   9       the question.  You may respond.
13:12:19  10              THE WITNESS:  May 2015.
13:12:27  11       Q.   Were you also treated at Jamaica
13:12:27  12   Hospital Medical Center?
13:12:40  13              MR. LEON:  Objection to the form of
13:12:41  14       that question.  You may respond to that
13:12:44  15       question that Counsel just asked.
13:12:56  16              THE WITNESS:  Yes.
13:12:57  17       Q.   And why did you receive that
13:13:01  18   surgery?
13:13:02  19              MR. LEON:  Objection to the form of
13:13:04  20       the question.  You may respond.
13:13:13  21              THE WITNESS:  Because I was not able
13:13:23  22       to walk.
13:13:24  23       Q.   Prior to getting the surgery, how
13:13:42  24   long were you unable to walk for?
13:13:51  25              MR. LEON:  Objection to the form of
```

| | | |
|---|---|---|
| 13:13:52 | 1 | that question.  Ambiguous.  You may |
| 13:13:56 | 2 | respond if you understand it. |
| 13:13:58 | 3 | THE WITNESS:  One day. |
| 13:14:08 | 4 | Q.   Can you describe to me what |
| 13:14:18 | 5 | happened? |
| 13:14:18 | 6 | MR. LEON:  Objection to the form of |
| 13:14:20 | 7 | that ambiguous question.  You may respond |
| 13:14:23 | 8 | to that ambiguous question. |
| 13:14:26 | 9 | THE WITNESS:  I fainted and I got |
| 13:14:46 | 10 | his care.  When I wanted to get up I |
| 13:15:01 | 11 | couldn't lift my legs. |
| 13:15:14 | 12 | Q.   Besides the eye surgery and besides |
| 13:15:17 | 13 | the pacemaker surgery, did you receive any |
| 13:15:21 | 14 | other medical treatment in 2015? |
| 13:16:02 | 15 | MR. LEON:  Objection to the form of |
| 13:16:03 | 16 | the question.  You may respond to that |
| 13:16:06 | 17 | question. |
| 13:16:07 | 18 | THE WITNESS:  No. |
| 13:16:15 | 19 | MR. LEON:  Before you go on, it's |
| 13:16:16 | 20 | now 1:16.  When we resumed we had agreed |
| 13:16:17 | 21 | to take a lunch break at 1:15, so I just |
| 13:16:17 | 22 | wanted to bring that up again. |
| 13:16:17 | 23 | MR. MIZRAHI:  Would you like to take |
| 13:16:17 | 24 | that break now? |
| 13:16:36 | 25 | MR. LEON:  Yeah, since it's 1:16. |

```
14:02:15   1          the question.  It's ambiguous.  You may
14:02:17   2          respond to that question if you
14:02:19   3          understand it.
14:02:20   4              THE WITNESS:  Can you repeat the
14:02:30   5          question, please?
14:02:30   6      Q.   Carlos, after you received the eye
14:02:33   7   surgery in April of 2015, were you able to
14:02:35   8   stand for long periods of time?
14:02:45   9              MR. LEON:  Objection to the form of
14:02:46  10          the question.  It's ambiguous.  You may
14:02:49  11          respond to that question if you
14:02:51  12          understand it.
14:02:52  13              THE WITNESS:  Yes.
14:03:00  14      Q.   Carlos, did the surgery that you
14:03:20  15   received in May 2015 negatively impact your
14:03:26  16   ability to engage in physical activities?
14:03:37  17              MR. LEON:  Objection to the form of
14:03:39  18          that question, compound and ambiguous.
14:03:44  19          You may respond to the extent that you
14:03:47  20          understand that question.
14:03:48  21              THE WITNESS:  Can you repeat the
14:04:04  22          question?
14:04:04  23      Q.   Did the surgery that you received in
14:04:08  24   May 2015 negatively impact your ability to
14:04:12  25   engage in physical activity?
```

```
14:04:15   1            MR. LEON:  Objection to the form of
14:04:21   2       that question.  It's more ambiguous than
14:04:25   3       the previously withdrawn question.  You
14:04:28   4       may respond to that question,
14:04:30   5       Mr. Chincha.
14:04:31   6            THE WITNESS:  No.
14:04:54   7       Q.   Do you currently engage in any
14:04:58   8  physical activities?
14:04:59   9            MR. LEON:  Objection to the form of
14:05:00  10       that question.  Super confusing.  You may
14:05:04  11       respond.
14:05:05  12            THE WITNESS:  I go walking.
14:05:18  13       Q.   Do you engage in any other physical
14:05:22  14  activities?
14:05:23  15            MR. LEON:  Objection to the form of
14:05:25  16       that question.  Confusing, ambiguous.
14:05:29  17       You may respond.
14:05:31  18            THE WITNESS:  No.
14:05:36  19       Q.   Are you able to engage in any other
14:05:45  20  physical activities besides walking?
14:05:51  21            MR. LEON:  Objection to the form of
14:05:52  22       that question.  Confusing, ambiguous and
14:05:56  23       also highly irrelevant.  You may respond
14:05:58  24       to this question and this line of
14:06:02  25       questions one last time.
```

```
14:06:14   1               And just to clarify, like I said,
14:06:16   2         the last part, that he's going to answer
14:06:18   3         this line of questions one last time.
14:06:26   4               THE WITNESS:  No.
14:06:26   5         Q.   Earlier today, Carlos, you testified
14:06:46   6   that you get tired frequently; is that correct?
14:06:52   7               MR. LEON:  Objection to the form of
14:06:57   8         that question and to the extent that it
14:07:01   9         mistakenly recounts prior testimony.  You
14:07:05  10         may respond.
14:07:22  11               THE WITNESS:  Now, recently, not
14:07:24  12         before.
14:07:26  13         Q.   Do you need to rest during the day
14:07:30  14   because of your health problems?
14:07:31  15               MR. LEON:  Objection to the form of
14:07:33  16         the question to the extent that it
14:07:36  17         assumes evidence and testimony not
14:07:38  18         previously acknowledged or admitted in
14:07:42  19         this action.  You may respond.
14:07:44  20               THE WITNESS:  Can you repeat the
14:07:56  21         question?
14:07:57  22         Q.   Do you need to rest during the day
14:08:00  23   because of your health problems?
14:08:02  24               MR. LEON:  Objection to the form of
14:08:05  25         the question and to the extent that it
```

| | | |
|---|---|---|
| 14:08:08 | 1 | misconstrues prior testimony or assumes |
| 14:08:11 | 2 | prior evidence and testimony that has not |
| 14:08:14 | 3 | been admitted into this action or this |
| 14:08:16 | 4 | deposition.  Subject to those objections, |
| 14:08:18 | 5 | you may respond. |
| 14:08:33 | 6 |         THE WITNESS:  No. |
| 14:08:33 | 7 |     Q.   Did you have to rest during the day |
| 14:08:44 | 8 | because of the health problems that you've |
| 14:08:47 | 9 | previously described in 2015? |
| 14:08:56 | 10 |         MR. LEON:  Objection to the form of |
| 14:08:57 | 11 |     the question.  Confusing, lacks scope -- |
| 14:09:02 | 12 |     limited scope or clear scope.  You may |
| 14:09:06 | 13 |     respond. |
| 14:09:07 | 14 |         THE WITNESS:  Yes. |
| 14:09:17 | 15 |     Q.   And how long did you rest during the |
| 14:09:23 | 16 | day in 2015? |
| 14:09:32 | 17 |         MR. LEON:  Objection to the form, to |
| 14:09:33 | 18 |     the extent that it assumes facts in |
| 14:09:37 | 19 |     evidence not previously admitted, to the |
| 14:09:40 | 20 |     extent that it is confusing and |
| 14:09:43 | 21 |     misleading.  You may respond if you |
| 14:09:46 | 22 |     understand the question. |
| 14:10:02 | 23 |         THE WITNESS:  Could you repeat the |
| 14:10:05 | 24 |     question? |
| 14:10:06 | 25 |     Q.   How long did you rest during the day |

| | | |
|---|---|---|
| 14:11:00 | 1 | we're done, a clear question's asked -- |
| 14:11:03 | 2 |     I'm sorry.  Did you just mute me? |
| 14:11:07 | 3 | Did you just mute me?  Jason, did you |
| | 4 | just mute me? |
| | 5 |     Madam Court Reporter, can you hear |
| | 6 | me? |
| | 7 |     THE REPORTER:  Yes, I can. |
| | 8 |     MR. LEON:  Okay.  Because, I just |
| | 9 | saw "Muted by the host," so I'm not sure, |
| 14:11:14 | 10 | Jason, if you have access and you're |
| 14:11:15 | 11 | muting me.  Because, if that's what |
| 14:11:17 | 12 | you're doing, then we're not going to |
| 14:11:19 | 13 | continue this until you stop doing that. |
| 14:11:22 | 14 |     So, Jason, were you muting me? |
| 14:11:22 | 15 | Jason, were you muting me? |
| 14:11:25 | 16 |     MR. MIZRAHI:  No.  I wasn't muting |
| 14:11:25 | 17 | you. |
| 14:11:25 | 18 |     MR. LEON:  Okay.  Madam Court |
| 14:11:29 | 19 | Reporter and Mr. Translator and my |
| 14:11:31 | 20 | client, if at any point in time I'm |
| 14:11:33 | 21 | talking and it seems like I went mute, |
| 14:11:36 | 22 | please let me know so we can leave a |
| 14:11:39 | 23 | clear record. |
| 14:11:47 | 24 |     So, what I was saying before is, |
| 14:11:48 | 25 | Mr. Mizrahi, you asked a question, I |

```
14:18:54   1    break.
14:19:02   2         THE INTERPRETER:  How long is the
           3    break?
           4         MR. MIZRAHI:  We'll take a
           5    two-minute.
           6         MR. LEON:  No, I'm sorry.  I'm
           7    sorry.  You're not going to dictate how
14:19:02   8    long I'm going to use the bathroom for.
14:19:04   9         MR. MIZRAHI:  We're going to take --
14:19:04  10         MR. LEON:  No, no.  Jason, you're
14:19:04  11    not going to dictate how long I'm going
14:19:04  12    to use the bathroom for.  So, I'm taking
14:19:04  13    a bathroom break.  I hope you can respect
14:19:13  14    biological necessities.  Please.  Please.
14:19:14  15         I'm going to take a five- to
14:19:17  16    ten-minute break and I'm going to ask my
          17    client -- I'm going to ask my client --
          18    I'm going to ask my client -- I'm going
          19    to ask my client -- I'm going to ask my
          20    client -- stop interrupting.  Stop
          21    interrupting.  Stop interrupting.  I'm
          22    going to ask my client to turn off the
          23    video --
          24         THE INTERPRETER:  I can't hear
          25    anymore.
```

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | MR. MIZRAHI:  He needs to go to the                |
|          | 2  | bathroom.  I'm not going to waste time             |
|          | 3  | with him explaining --                             |
|          | 4  |         THE INTERPRETER:  The Witness cannot       |
|          | 5  | hear us.                                           |
| 14:19:52 | 6  |         MR. LEON:  Okay.  I want this to be        |
| 14:19:52 | 7  | translated, as well.                               |
| 14:19:54 | 8  |         Jason, you've done this now three          |
| 14:19:56 | 9  | times and I'm calling you out on it, that          |
| 14:19:58 | 10 | when I've been talking on the record you           |
| 14:20:01 | 11 | have abused the Zoom host -- now you're            |
| 14:20:03 | 12 | walking out.  I'm going to put this                |
| 14:20:05 | 13 | statement on the record.                           |
| 14:20:07 | 14 |         You have muted me when I've been           |
| 14:20:10 | 15 | talking in order to stop me from making            |
| 14:20:13 | 16 | statements on the record.  You do that             |
| 14:20:15 | 17 | again and this deposition will not                 |
| 14:20:18 | 18 | continue, Jason.                                   |
| 14:20:19 | 19 |         Do you understand me?  I'm talking         |
| 14:20:28 | 20 | to you.  Because, you don't get to do              |
| 14:20:30 | 21 | that.  You don't get to shut my mic off            |
| 14:20:34 | 22 | when I'm making a statement on the record          |
| 14:20:34 | 23 | on behalf of my client.                            |
| 14:20:40 | 24 |         How many more legally inappropriate        |
| 14:20:42 | 25 | things can you do in this deposition?              |

```
14:20:43   1   You've already been told by the federal
14:20:44   2   court judge to stop asking inappropriate
14:20:47   3   questions.  Now you're cutting off my
14:20:47   4   mic?
14:20:47   5           MR. MIZRAHI:  Yeah.
14:20:47   6           MR. LEON:  No.  You don't get to do
14:20:47   7   that.
14:20:49   8           MR. MIZRAHI:  You're wasting
14:20:50   9   everyone's time, so I'm cutting off your
14:20:42  10   mic.
          11           MR. LEON:  No, no.
          12           MR. MIZRAHI:  We're taking five
          13   minutes.
          14           MR. LEON:  No, no.  So, you admit
          15   that you cut my mic off?  You admit that
          16   you cut my mic off?
          17           MR. MIZRAHI:  We'll come back in
          18   five minutes.
          19           MR. LEON:  Have you admitted -- do
          20   you admit that you cut my mic off
          21   repeatedly now, at least two to three
          22   times?  Do you admit it?
14:21:00  23           Okay.  You do that again,
14:21:05  24   deposition's over and you get to make an
14:21:07  25   application to the Judge.  And you walked
```

```
14:21:10   1   away -- I'm still talking on the record,
14:21:11   2   the court reporter can get this.
14:21:13   3       You do not get to cut my mic.  You
14:21:17   4   do that again, I can't trust that the
14:21:19   5   transcript is accurate and no fault of
14:21:20   6   the court reporter, the translator or my
14:21:23   7   client.
14:21:24   8       You do that again -- and just to
14:21:26   9   clarify, Mr. Mizrahi has walked away.
14:21:27  10   He's probably just a couple feet away
14:21:27  11   from the camera, can hear me.  If he does
14:21:30  12   that again this deposition's over,
14:21:31  13   because I'm not going to allow that to
14:21:33  14   happen.  It's inappropriate and if you do
14:21:36  15   it again I will request monetary
14:21:38  16   sanctions against you and your firm.
14:21:38  17       Hello, Mr. Mizrahi.  You returned as
14:21:55  18   soon as that was done being translated,
14:21:57  19   so I'm going to assume you heard all
14:21:59  20   that.  Thank you.  We're going to be
14:21:59  21   taking that break now.
14:22:03  22       Mr. Chincha, please have your
14:22:04  23   daughter cut off the mic and the video
14:22:07  24   while we take that break to stop Counsel
14:22:08  25   from engaging in anything that might be
```

| | | |
|---|---|---|
| 14:22:12 | 1 | appropriate.  I am now exiting. |
| 14:22:16 | 2 |         MR. MIZRAHI:  Before we go off the |
| 14:22:18 | 3 | record I'd just like to make a point that |
| 14:22:20 | 4 | Counsel cannot use -- |
| | 5 |         MR. LEON:  We're off the record? |
| | 6 | We're off the record? |
| | 7 |         THE REPORTER:  No.  We're not off |
| | 8 | yet. |
| | 9 |         MR. LEON:  Oh, okay.  So, |
| 14:22:08 | 10 | Mr. Chincha, please have your daughter |
| | 11 | cut your video and your mic so that |
| | 12 | Counsel can have a conversation on the |
| | 13 | record. |
| 14:22:34 | 14 |         Okay.  All right.  We're back on the |
| 14:22:34 | 15 | record.  So, my client is not on this |
| 14:22:37 | 16 | call right now or this part of the Zoom |
| 14:22:40 | 17 | deposition. |
| 14:22:41 | 18 |         What were you saying, Jason? |
| 14:22:41 | 19 |         MR. MIZRAHI:  I would like to make a |
| 14:22:41 | 20 | quick statement before we break. |
| 14:22:44 | 21 |         MR. LEON:  I'm listening. |
| 14:22:46 | 22 |         MR. MIZRAHI:  I'd like to make a |
| 14:22:48 | 23 | statement for the record that counsel is |
| 14:22:49 | 24 | prohibited from engaging in any ex parte |
| 14:22:55 | 25 | conversations or consultations with his |