

**LAW OFFICES OF WILLIAM CAFARO**

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: ablum@cafroesq.com

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

May 10, 2021

***Via ECF***
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Chincha v. Patel
      Case No.: 17-cv-06127-ILG-ST

Your Honor:

  This firm has represented the named Plaintiff Carlos Chincha in the above-referenced action. We write to advise the Court that Plaintiff's family has confirmed that he did, in fact, pass away. The undersigned has no intention of seeking the appointment of a personal administrator for the decedent, nor is there a valid deposition transcript with Plaintiff's testimony, so we have no means of prosecuting his case. We consent to the defense and the Court treating this letter as a suggestion of death within the purview of F.R. Civ. P 25(a)(1).

        Respectfully submitted,
        LAW OFFICES OF WILLIAM CAFARO

        _____/s/_____
        Louis M. Leon (LL 2057)

To: All Counsel *via* ECF